1 | Anna Y. Park, SBN 164242
2 | anna.park@eeoc.gov
  | Nakkisa Akhavan, SBN 236260
3 | nakkisa.akhavan@eeoc.gov
  | Taylor Markey, SBN 319557
4 | taylor.markey@eeoc.gov
5 | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
6 | 255 East Temple Street, Fourth Floor
  | Los Angeles, CA 90012
7 | Telephone: (213) 422-8396
  | Facsimile: (213) 894-1301
8 | E Mail: lado.legal@eeoc.gov
9 |
10 | Attorneys for Plaintiff
   | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
11 |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., and KING.COM, INC., and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No.: 2:21-CV-07682 DSF-JEM<br><br>**NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; EXHIBIT 1- [PROPOSED] CONSENT DECREE** |

//

//

**TO THE HONORABLE DISTRICT COURT JUDGE, MAGISTRATE JUDGE, ALL PARTIES, AND ATTORNEYS OF RECORD:**

  Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") hereby lodges as Exhibit 1 the [Proposed] Consent Decree for this Court's approval and entry into the record.

Dated:  September 27, 2021    Respectfully Submitted,

          By: /s/ Taylor Markey
            Taylor Markey
            Trial Attorney
            U.S. EQUAL EMPLOYMENT
            OPPORTUNITY COMMISSION