Christian Schreiber (Bar No. 245597)
christian@osclegal.com
Monique Olivier (Bar No. 190385)
monique@osclegal.com
Rachel Bien (Bar No. 315886)
rachel@osclegal.com
OLIVIER SCHREIBER & CHAO LLP
201 Filbert Street, Suite 201
San Francisco, California 94133
Tel: (415) 484-0980
Fax: (415) 658-7758

Attorneys for Proposed Intervenor
Department of Fair Employment and Housing

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., and KING.COM, INC., and DOES ONE through TEN, inclusive <br><br> Defendants. | Case No. 2:21-CV-07682 DSF-JEM <br><br> **NOTICE OF DFEH *EX PARTE* APPLICATION TO SHORTEN TIME REQUIRED UNDER LOCAL RULE 7-3; AND MOTION TO INTERVENE** <br><br> Judge: Hon. Dale S. Fischer <br><br> Action Filed: September 27, 2021 |

1     The California Department of Fair Employment and Housing ("DFEH") hereby applies to this Court *ex parte* for an Order shortening time to file its motion to intervene in this action for the purpose of objecting to the consent decree proposed by plaintiffs and defendants at the time the action was filed. ECF Dkt. No. Counsel for DFEH has advised counsel for plaintiff that such an *ex parte* request will be made to this Court. Counsel for plaintiffs and defendants stated that the intend to oppose the DFEH's request. The DFEH has not sought or obtained any previous orders shortening time.

    Such an order is timely necessary given the temporal urgency and to avoid irreparable harm to the interests of the DFEH's state court claims in the matter of *DFEH v. Activision Blizzard, etc. et al.*, Los Angeles County Superior Court Case No. 21STCV26571, as well as the interests of the employees whose interests will be negatively impacted by the proposed consent decree.

    It is necessary to grant the order shortening time to allow the DFEH to prepare and file its substantive and procedural objections which will provide the court with information necessary for a full and fair assessment of the proposed consent decree.

    DFEH respectfully requests that the Court allow the DFEH to file its objections by October 29, 2021 and that the hearing for approval of the consent decree be scheduled for December 13, 2021 to allow all parties to fully brief the matter.

    This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on October 5, 2021.

Dated: October 6, 2021            Respectfully submitted,

                                               OLIVIER SCHREIBER & CHAO LLP

                                               /s/ Christian Schreiber
                                               Christian Schreiber

1
2  *Attorneys for Proposed Intervenor*
3  *DEPARTMENT OF FAIR*
   *EMPLOYMENT AND HOUSING*
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28