Christian Schreiber (Bar No. 245597)
christian@osclegal.com
Monique Olivier (Bar No. 190385)
monique@osclegal.com
Rachel Bien (Bar No. 315886)
rachel@osclegal.com
OLIVIER SCHREIBER & CHAO LLP
201 Filbert Street, Suite 201
San Francisco, California 94133
Tel: (415) 484-0980
Fax: (415) 658-7758

Attorneys for Intervenor
Department of Fair Employment and Housing

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., and KING.COM, INC., and DOES ONE through TEN, inclusive<br><br>Defendants. | Case No. 2:21-CV-07682 DSF-JEM<br><br>**[PROPOSED] ORDER GRANTING APPLICATION TO SHORTEN TIME REQUIRED UNDER LOCAL RULE 7-20; EX PARTE APPLICATION UNDER LR 7-3 TO FILE MOTION TO INTERVENE**<br><br>Judge: Hon. Dale S. Fischer<br><br>Action Filed: September 27, 2021 |

The *ex parte* application of the California Department of Fair Employment and Housing ("DFEH") for an order shortening time to file its motion to intervene to object to the proposed consent decree in the above-captioned action came before the Court on October ___, 2021.

For good cause appearing,

IT IS ORDERED that:

1. The DFEH may file a motion to intervene and object to the proposed consent decree no later than _____, 2021. The DFEH shall file the motion attached as Exhibit D to the Declaration of Christian Schreiber within two days of this Order.

2. Opposition to the DFEH motion and objections must be filed on later than _____, 2021.

3. Any reply to the opposition shall by filed no later than _____, 2021.

4. Hearing on the motion to approve consent decree shall be heard on _____, 2021. All earlier dates are vacated.

_____
Hon. Dale S. Fischer
U.S. District Court Judge

[PROPOSED] ORDER GRANTING APP. TO SHORTEN TIME REQUIRED UNDER LOCAL RULE 7-20; EX PARTE APP. UNDER LR 7-3 TO FILE MOTION TO INTERVENE