Christian Schreiber (Bar No. 245597)
christian@osclegal.com
Monique Olivier (Bar No. 190385)
monique@osclegal.com
Rachel Bien (Bar No. 315886)
rachel@osclegal.com
OLIVIER SCHREIBER & CHAO LLP
201 Filbert Street, Suite 201
San Francisco, California 94133
Tel: (415) 484-0980
Fax: (415) 658-7758

Attorneys for Intervenor,
Department of Fair Employment and Housing

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., and KING.COM, INC., and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. 2:21-CV-07682 DSF-JEM<br><br>**DECLARATION OF PATRICK O. PATTERSON IN SUPPORT OF DFEH EX PARTE APPLICATION TO SHORTEN TIME REQUIRED UNDER LOCAL RULE 7-3; MOTION TO INTERVENE**<br><br>Judge: Hon. Dale S. Fischer<br><br>Action Filed: September 27, 2021 |

I, Patrick O. Patterson, declare:

1. I am an attorney admitted to practice law in the State of California and in the United States District Court for the Central District of California. The matters stated in this declaration are within my personal knowledge and if called as a witness I can and would attest to the truth thereof.

2. On October 5, 2021, I participated as counsel for the California Department

of Fair Employment and Housing (DFEH) in a meet and confer teleconference with counsel for the U.S. Equal Employment Opportunity Commission (EEOC), Anna Park and Christopher Lage; and with counsel for the Defendants Activision Blizzard, Inc., et al., Elena Baca and Ryan Derry.

3. During the call, as supplemented by a subsequent email I sent to counsel for the EEOC and for the Defendants on the same date, I informed counsel for the EEOC and counsel for Defendants that the DFEH intended to file a motion to intervene for the purpose of opposing the proposed consent decree, as well as an application for an order shortening time under Local Rule 3-7.

4. During the call, I discussed the basis for the DFEH's motion and application, and counsel for the EEOC and for the Defendants discussed their basis for opposing the same.

5. In my subsequent email dated October 5, 2021, I confirmed my understanding from our earlier call that counsel for the EEOC and counsel for Defendants would oppose the DFEH's ex parte application for an order shortening time and the motion to intervene.

6. In the same email, I asked counsel to contact me by 12:00 pm EDT/9:00 am PDT on October 6, 2021, if my understanding of their position was incorrect. My email further stated that, if I had not heard from them by that time, I would go forward with the understanding that they intended to oppose the DFEH's application for an order shortening time and the motion to intervene.

7. It is now past the time specified in my email, and I have not received a response indicating any change in either the EEOC's or the Defendants' position regarding the DFEH's proposed application for an order shortening time and motion to intervene. As the DFEH intends to file, and the EEOC and the Defendants intend to oppose, the application and the motion, the parties are at an impasse.

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed October 6, 2021, in Fox Point, Wisconsin.

*[signature]*
Patrick O. Patterson