Christian Schreiber (Bar No. 245597)
christian@osclegal.com
Monique Olivier (Bar No. 190385)
monique@osclegal.com
Rachel Bien (Bar No. 335886)
rachel@osclegal.com
OLIVIER SCHREIBER & CHAO LLP
201 Filbert Street, Suite 201
San Francisco, California 94133
Tel: (415) 484-0980
Fax: (415) 658-7758

Attorneys for Intervenor
Department of Fair Employment and Housing

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., and KING.COM, INC., and DOES ONE through TEN, inclusive<br><br>Defendants. | Case No. 2:21-CV-07682 DSF-JEM<br><br>**CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF EX PARTE APPLICATION TO SHORTEN TIME REQUIRED UNDER LOCAL RULE 7-3; MOTION TO INTERVENE**<br><br>Judge: Hon. Dale S. Fischer<br><br>Action Filed: September 27, 2021 |

1    Intervenor California Department of Fair Employment and Housing

2    ("DFEH") requests that this Court take judicial notice of a set of documents filed in

3    support of its concurrently-filed Ex Parte Application to Shorten Time Required

4    Under Local Rule 7-3 and Motion to Intervene. These documents are attached

5    hereto as Exhibits A–C. For the following reasons, these documents are the

6    appropriate subject of judicial notice.

7    First, DFEH requests judicial notice of documents and pages publicly

8    available on the U.S. Equal Employment Opportunity Commission's website,

9    **attached as Exhibits A–B,** that show the notice standards and procedures

10   applicable to the Equal Employment Opportunity Commission ("EEOC"). *See*

11   EEOC Settlement Standards and Procedures, publicly available at

12   https://www.eeoc.gov/settlement-standards-and-procedures#section2d (last visited

13   Oct. 6, 2021) (Exhibit A); EEOC Notice and Claims Procedures in the Settlement

14   of Class Cases, publicly available at https://www.eeoc.gov/d-notice-and-claims-

15   procedures-settlement-class-cases (last visited Oct. 6, 2021) (Exhibit B).

16   Rule 201 permits a court to take judicial notice of an adjudicative fact "not

17   subject to reasonable dispute" because the fact is either "(1) generally known within

18   the territorial jurisdiction of the trial court or (2) capable of accurate and ready

19   determination by resort to sources whose accuracy cannot reasonably be

20   questioned." Fed. R. Evid. 201(b). Pursuant to Rule 201, this Court may properly

21   take judicial notice of **Exhibits A and B**, both of which were found on the publicly

22   accessible website of the U.S. Equal Employment Opportunity Commission

23   ("EEOC"). Federal courts typically grant requests for judicial notice for publicly

24   available websites, *Caldwell v. Caldwell*, No. C 05-4166 PJH, 2006 WL 618511, at

25   *4 (N.D. Cal. Mar. 13, 2006) (taking judicial notice of publicly accessible

26   websites), and where documents are the publicly available files of an administrative

27   agency such as the EEOC, *Winzler v. Toyota Motor Sales U.S.A.*, Inc., 681 F.3d

28   1208, 1213 (10th Cir. 2012) ("The contents of an administrative agency's publicly

available files, after all, traditionally qualify for judicial notice."). Here, the information available on the EEOC's own website and related to the standards applicable to its operations are "capable of accurate and ready determination." Fed. R. Evid. 201(b)(2).

Second, DFEH requests judicial notice of its First Amended Civil Rights Complaint and Equal Pay Act Complaint for Injunctive and Monetary Relief and Damages ("First Amended Complaint") filed in *DFEH v. Activision et al.*, No. 21STCV26571 (L.A. Superior Ct. Aug. 23, 2021), **attached as Exhibit C**. "The court can take judicial notice of matters of public record, such as pleadings in another action and records and reports of administrative bodies." *Von Koenig v. Snapple Beverage Corp.*, 713 F. Supp. 2d 1066, 1073 (E.D. Cal. 2010); *see also Emrich v. Touche Ross & Co.*, 846 F.2d 1190, 1198 (9th Cir. 1988). Here, the fact that DFEH's First Amended Complaint contains certain allegations is set forth as a matter of the public record and is "capable of accurate and ready determination." Fed. R. Evid. 201(b)(2).

For the foregoing reasons, the Court should take judicial notice of Exhibits A–C attached hereto.


Dated: October 6, 2021                    Respectfully submitted,

                                          OLIVIER SCHREIBER & CHAO LLP

                                          /s/ Christian Schreiber
                                          Christian Schreiber

                                          *Attorneys for Proposed Intervenor*
                                          *DEPARTMENT OF FAIR*
                                          *EMPLOYMENT AND HOUSING*