Christian Schreiber (Bar No. 245597)
christian@osclegal.com
Monique Olivier (Bar No. 190385)
monique@osclegal.com
Rachel Bien (Bar No. 315886)
rachel@osclegal.com
OLIVIER SCHREIBER & CHAO LLP
201 Filbert Street, Suite 201
San Francisco, California 94133
Tel: (415) 484-0980
Fax: (415) 658-7758

Attorneys for Proposed Intervenor,
Department of Fair Employment and Housing

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., and KING.COM, INC., and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. 2:21-CV-07682 DSF-JEM<br><br>**DECLARATION OF CHRISTIAN SCHREIBER IN SUPPORT OF DFEH'S *EX PARTE* APPLICATION TO SHORTEN TIME REQUIRED UNDER LOCAL RULE 7-3; MOTION TO INTERVENE**<br><br>Judge:  Hon. Dale S. Fischer<br><br>Action Filed:  September 27, 2021 |

I, Christian Schreiber, declare:

1. I am a member of the State Bar of California and admitted to practice law in all the courts of the State of California and in the United States District Court for the Northern District of California. I am in good standing with the Bar and with this Court. I am a partner in the law firm of Olivier Schreiber & Chao LLP and am counsel for proposed intervenor Department of Fair Employment and Housing ("DFEH") in this matter.

2. I make this declaration in support of the DFEH's *Ex Parte* Application to Shorten Time Required Under Local Rule 7-3 and its Motion to Intervene. The facts contained in this declaration are within my personal knowledge, and I could and would testify truthfully to those facts if called to do so under oath.

3. Attached hereto as **Exhibit A** is a true and correct copy of an article published by Law360 on September 21, 2021, titled, "A Cheat Sheet For Activision Blizzard's Legal Woes," which can be accessed at https://www.law360.com/employment-authority/articles/1423693/a-cheat-sheet-for-activision-blizzard-s-legal-woes.

4. Attached hereto as **Exhibit B** is a true and correct copy of an article published by Kotaku on September 29, 2021, titled, "Labor Union Suggests $18M Activision Blizzard Settlement Akin to Pennies," which can be accessed at https://kotaku.com/labor-union-suggests-18m-activision-blizzard-settlemen-1847771572.

5. Attached hereto as **Exhibit C** is a true and correct copy of an article published by GameIndustry.biz on October 1, 2021, titled, "Activision Blizzard settles for less | This Week in Business -  Publisher pledges to set up $18 million fund for people it never wronged as government regulator avoids the "distraction" of a lawsuit," which can be accessed at

https://www.gamesindustry.biz/articles/2021-10-01-activision-blizzard-settles-for-less-this-week-in-business.

6. Attached hereto as **Exhibit D** is a true and correct copy of the proposed Motion to Intervene that DFEH wishes to file.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on October 6, 2021, in Oakland, California.

*/s/ Christian Schreiber*
Christian Schreiber