# EXHIBIT A

# A Cheat Sheet For Activision Blizzard's Legal Woes

By Amanda Ottaway · September 21, 2021, 9:41 PM EDT

The gaming giant behind Call of Duty, World of Warcraft and Candy Crush is facing legal threats from an alphabet soup of government agencies, many stemming from its alleged fostering of a toxic "frat boy" work environment rife with pay bias, sexual harassment and assault.

Activision Blizzard Inc. confirmed Monday that one agency on its back is the U.S. Securities and Exchange Commission, whose investigation pertains to the company's "disclosures regarding employment matters and related issues," the video game developer and distributor said.

The company's woes geared up this summer when the California Department of Fair Employment and Housing, or DFEH, filed a sweeping civil rights lawsuit against it in July. Employees then organized a walkout and filed a charge earlier this month with the National Labor Relations Board. In a statement Tuesday, the company also said it is "actively engaged" in talks with the U.S. Equal Employment Opportunity Commission.

Nicole Page, a partner at Reavis Page Jump LLP with specialties in entertainment and employment, said she thinks the SEC's involvement is significant and could be a "real wake-up call" to companies.

Other enforcement agencies deserve respect, she said, but it's the SEC in particular that corporations worry about.

"I think these big companies are a lot more afraid of the SEC, frankly," Page said. "I think that you need a combination of public outcry at the behavior backed up with some serious financial repercussions to make change."

Here, Law360 looks at four fronts on which Activision Blizzard is dealing with government enforcers.

California Department of Fair Employment and Housing Lawsuit

The California DFEH [sued Activision Blizzard July 20](), following what it said was a more than two-year investigation.

Though women and girls now comprise nearly half of all U.S. gamers, "the gaming industry continues to cater to men," according to the suit. Activision Blizzard's staff is only about 20% female and the women who work there are paid less than their male counterparts, the lawsuit says.

Women who work at Activision are also subjected to "constant sexual harassment" that includes groping and inappropriate comments and advances, according to the suit. It accuses Activision's top brass of refusing to take action to curb the behavior, retaliating against women who complained and in some cases perpetrating the harassment themselves.

The agency points to a purported tradition in the office called "cube crawls," in which male employees drink "copious amounts of alcohol" and "crawl" their way through various cubicles, sometimes groping their female colleagues.

"Male employees proudly come into work hungover, play video games for long periods of time during work while delegating their responsibilities to female employees, engage in banter about their sexual encounters, talk openly about female bodies and joke about rape," the DFEH says.

In what the agency calls a tragic illustration of what women have endured, a female employee died by suicide during a business trip with a male supervisor who had brought lubricant and sex toys with him, according to the suit. Male colleagues had allegedly circulated a photo of her vagina at a holiday party before she died, the suit says.

The company responded immediately to the allegations from the DFEH. In responses, it said the agency's complaint "includes distorted, and in many cases false, descriptions of Blizzard's past" and is filled with "inaccurate" information. The company took aim at the DFEH's purported failures in its investigation of Activision Blizzard, calling it a "shame" that the agency didn't fully engage with the company on its probe.

Thousands of current and former employees signed a petition blasting this response as "abhorrent and insulting," according to media reports, and staged a walkout July 28.

Activision Blizzard CEO Bobby Kotick walked things back, telling employees in a letter July 27 that the company's initial response was "tone deaf" and that it had tapped D.C.-headquartered law firm WilmerHale to conduct a probe into its workplace culture.

Former Blizzard president J. Allen Brack stepped down just a few weeks after the DFEH filed its suit.

Then on Monday, Sept. 20, Blizzard Chief Legal Officer Claire Hart announced on LinkedIn that she had left the company effective Friday, Sept. 17, which Activision Blizzard confirmed to Law360 on Tuesday.

U.S. Securities and Exchange Commission Probe

Activision Blizzard confirmed this week that the SEC has lodged an investigation, and said the agency subpoenaed the company as well as "several current and former employees and executives regarding disclosures on employment matters and related issues."

Representatives for the SEC did not respond to requests for comment Tuesday.

Walter M. Foster, a Boston-based labor and employment member at Eckert Seamans Cherin & Mellott LLC, also said the SEC's entry on the scene is a big deal.

"Essentially, the pocketbook is now going to come into play," Foster said.

Separately, shareholder Gary Cheng filed a proposed class action lawsuit in California federal court last month, alleging Activision and its executives hid that California was investigating an allegedly sexist workplace culture at the gaming behemoth.

The action at the heart of Cheng's shareholder suit is the investigation and lawsuit by the California DFEH.

Activision Blizzard and its executives buried the probe and made false and misleading statements about the company's treatment of women and minority employees, Cheng claims.

"The assault on the company by its shareholders saying, 'You underestimated the effect of discrimination in the workplace' — it goes to the heart of the company's earnings," Foster said.

"It turns out that this is not just a frat boy, boys-will-be-boys situation. It's about running a multibillion-dollar, international company, where within our capitalist system, you owe an obligation because your shareholders are supporting and funding all of that — and they have expectations," he said.

### National Labor Relations Board Charge

Following the employee walkout that stemmed from the DFEH lawsuit and the company's initial reaction to it, Activision Blizzard employees filed a charge dated Sept. 10 with the NLRB.

The Communications Workers of America filed the charge for A Better ABK, which workers formed days after the July suit.

They accuse the company of violating federal labor law by threatening workers for exercising their organizing rights, including by telling workers they're forbidden from discussing wages, working conditions and ongoing investigations; enforcing an overbroad social media policy against workers engaged in protected group activity; and threatening and surveilling workers who took protected group actions.

A Better ABK was created "to unite developers behind a shared set of concerns," according to a Sept. 14 CWA press release.

NLRB prosecutors will investigate the charge, and may bring an administrative lawsuit or seek to reach a settlement if they find the claims have merit.

### U.S. Equal Employment Opportunity Commission Investigation

Activision Blizzard said in a press release Tuesday that the EEOC is also looking into the company, saying the gaming giant "continues to productively engage with regulators," including the EEOC, NLRB and others.

"The company is actively engaged in continued discussions with the EEOC and has cooperated with the EEOC's investigation concerning certain employment practices," it said.

An EEOC spokesperson said Tuesday that complaints made to the agency are confidential

under federal law and that she could not comment nor confirm or deny whether there had been a charge.

--Additional reporting by Dave Simpson, Hailey Konnath, Anne Cullen, Lauren Berg and Braden Campbell. Editing by Abbie Sarfo.

*Correction: A previous version of this story misidentified the company of which Brack was president. The error has been corrected.*

For a reprint of this article, please contact reprints@law360.com.

## 0 Comments

Add Comment

## Related Articles

**Activision Inks $18M Deal Resolving EEOC Gender Bias Probe**

**SEC Probing Activision Blizzard Employment-Related Issues**

**Activision Blizzard Investor Says Co. Hid Calif. Investigation**

**Activision Taps WilmerHale For Bias Probe After Lawsuit**

**Calif. Agency Accuses Activision Blizzard Of 'Frat Boy' Culture**

## Here's What You Missed

**Judge Reprimands Littler For False Claims In FMLA Case**

**Ga. Attorney's Job Offer Suit Against Taylor English Tossed**

**Morgan Lewis Snags SF Shareholder From Ogletree**