# EXHIBIT B

    Gaming Reviews, News, Tips and More.    Shop    Subscribe

HOME    LATEST    COSPLAY    THE BESTS    REVIEWS    KOTAKU EAST    OPINION    CULTURE

NEWS

# Labor Union Suggests $18M Activision Blizzard Settlement Akin To Pennies

Unionized workers want real accountability from Activision Blizzard, not an $18 million buyout

By Jeremy Winslow  9/29/21 7:40PM  |  Comments (45)  |  Alerts



Image: Activision Blizzard

Following news that Activision Blizzard plans to settle the U.S. Equal Employment Opportunity Commission's (EEOC) complaint for just $18 million, workers at a labor union say it doesn't do enough to curb "corporate bad actors."

ADVERTISEMENT

Today the Campaign to Organize Digital Employees, a project by the Communication Workers of America labor union, released a brief statement regarding Activision Blizzard's proposed plans to settle the EEOC lawsuit, the existence of which was just revealed on Monday. In a tweet, the CODE-CWA called the payout "a slap in the face to workers [who have] dealt with toxic working conditions for [years]."

In a subsequent longer, more scathing response, CWA secretary-treasurer Sara Steffens said that not only is the $18 million settlement "mere pennies" to Activision Blizzard's $72 billion net worth, the company still has yet to acknowledge how its actions have actively harmed its workers.

"Yesterday's insufficient EEOC settlement made it clear that the thousands of Activision Blizzard workers who have suffered from years of toxic workplace misconduct on behalf of Activision Blizzard will not receive true justice," Steffens wrote in the tweeted statement.

---

**Related Stories**

- Destiny 2 Maker Ditches Corporate Anti-Worker Policy

- Everything That Has Happened Since The Activision Blizzard Lawsuit Was Filed

- Bandai Namco Changed Its Logo And Fans Think It Kinda Sucks

---

> Activision Blizzard is worth $72 billion—an $18 million settlement is mere pennies considering the resources available to this cash-rich corporation. Even

worse, Activision Blizzard's management does not acknowledge that their actions harmed their workers, viewing the settlement as a very small price to pay to rid themselves of a 'distraction'.



G/O Media may get a commission

NEW RELEASE FOR SWITCH

**Super Smash Brothers Ultimate,**

**New stages and fighters!**
Face off in 2-4 player battles, or play against the computer.

Buy for **$40** at Amazon

Steffens went on to say that the settlement does not punish "corporate bad actors," and called for the California Department of Fair Employment and Housing, National Labor Relations Board, and U.S. Securities and Exchange Commission to pay attention to this and "choose to truly hold Activision Blizzard accountable" for the sake of its 10,000 workers.

ABetterABK, a collective of workers from Activision Blizzard and King Digital Entertainment which formed in the wake of the ongoing trouble at those companies, retweeted the Sara Steffens and CODE-CWA statements.

ADVERTISEMENT

When reached for comment by *Kotaku*, an Activision Blizzard spokesperson released a statement:

> We agreed on $18 million with the EEOC, who is expert in this area.
>
> The EEOC will make an independent assessment of each claim they receive. Any employee who believes they have been the subject of harassment or retaliation should contact the EEOC. There will be multiple communications channels providing information on how to make a claim. We want the EEOC to know about everyone who believes they have suffered harassment or retaliation.

ADVERTISEMENT

Activision Blizzard has been in hot water since late July, when the California Department of Fair Employment and Housing sued the massive games publisher for discrimination and harassment, particularly of women and people of color. Executives of the company have apologized, while some—including Blizzard president J. Allen Brack—stepped down or left. A second lawsuit, this one from investors, landed in Activision Blizzard's lap in August, and the company's been doing damage control ever since.

While the just-revealed EEOC suit is reportedly getting settled for a mere $18 million, Activision Blizzard still faces three others, and is also dealing with investigations conducted by the Securities and Exchange Commission and U.S. Department of Justice.

Acti-Blizz made $5.75 BILLION in 2020 off microtransactions, dlc, services, etc. None of that includes actual game sales. Their total 2020 revenue was $8.09 Billion.

That $18 Million in hush money they paid is precisely 0.31% of $5.75 Billion, and 0.22% of their entire 2020 revenue.

See all 45 comments

ADVERTISEMENT

## Subscribe to our newsletter!

Get gaming news, reviews and tips delivered directly to your inbox.

Type your email

Sign Me Up

By subscribing you agree to our Terms of Use and Privacy Policy.

### MORE FROM KOTAKU

- **Finally, A *Genshin Impact* Event That's Not A Huge Grind**
- **Valve's Steam Deck Teardown Video Warns Against Tearing Down Your Steam Deck**
- ***Tales Of Arise* Reminds Me Why I Fell In Love With JRPGs**
- **Report: Twitch Is Hacked And Its Source Code Is In The Wild [Update]**

CULTURE  »  NEWS

### DISCUSSION

**By Gene Jacket**