Christian Schreiber (Bar No. 245597)
christian@osclegal.com
Monique Olivier (Bar No. 190385)
monique@osclegal.com
Rachel Bien (Bar No. 315886)
rachel@osclegal.com
OLIVIER SCHREIBER & CHAO LLP
201 Filbert Street, Suite 201
San Francisco, California 94133
Tel: (415) 484-0980
Fax: (415) 658-7758

Attorneys for Proposed Intervenor,
Department of Fair Employment and Housing

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., and KING.COM, INC., and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. 2:21-CV-07682-DSF-JEM<br><br>**PROPOSED INTERVENOR CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING'S NOTICE OF ERRATA RE: DKT NO. 13**<br><br>Judge: Hon. Dale S. Fischer<br><br>Action Filed: September 27, 2021 |

1 **TO THE COURT, DOCKET CLERK, AND ALL PARTIES AND COUNSEL OF RECORD:**

On October 6, 2021, Proposed Intervenor California Department of Fair Employment and Housing ("DFEH") erroneously labeled the documents filed as Dkt. No. 13 (13-1 through 13-12) as filed by Plaintiff U.S. Equal Employment Opportunity Commission.

The Documents were filed by Proposed Intervenor Department of Fair Employment and Housing.

DFEH hereby requests that Dkt. No. 13 be corrected to reflect that the filing party was DFEH.

Date:  October 7, 2021

Respectfully submitted,

OLIVIER SCHREIBER & CHAO LLP

*/s/ Christian Schreiber*
Christian Schreiber

*Attorneys for Proposed Intervenor Department of Fair Employment and Housing*