Anna Y. Park, SBN 164242
anna.park@eeoc.gov
Nakkisa Akhavan, SBN 286260
nakkisa.akhavan@eeoc.gov
Taylor Markey, SBN 319557
taylor.markey@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 422-8396
Facsimile: (213) 894-1301
E Mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., and KING DIGITAL ENTERTAINMENT, INC., and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No.: 2:21-CV-07682-DSF-JEM<br><br>**APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 26(c), Civil Local Rule 79-5, ECF Administrative Policies and Procedures section 2(j), and Honorable Dale S. Fischer's procedures, Plaintiff Equal Employment Opportunity Commission ("EEOC") will and hereby does move this Court for an order to file under seal certain documents in connection with EEOC's Memorandum of Points and Authorities in Support of Plaintiff EEOC's Opposition to Proposed Intervenor DFEH's Ex Parte Application to Shorten the Time to File Motion to Intervene ("Application to Shorten Time").

EEOC requests that the Court permit the EEOC to file redacted versions of the following documents: (1) the Memorandum of Points and Authorities in Support of the Opposition to the Application to Shorten Time with supporting exhibits; and (2) the Declaration of Taylor Markey in support of the Opposition to the Application to Shorten Time with supporting exhibits. EEOC also requests that Court permit EEOC to file the Declaration of Marla Stern-Knowlton in support of the Application to Shorten Time with supporting exhibits entirely under seal. Consistent with ECF Administrative Policies and Procedures section 2(j), EEOC will electronically lodge the proposed sealed documents with the Court.

Good cause exists for a sealing order. The evidence the EEOC requires to support its Opposition to the Application to Shorten Time contains communications protected by attorney-client privilege, the attorney work product doctrine, and deliberative process privilege, which EEOC cannot publicly disclose or else risk damaging its institutional mandate. EEOC will be irreparably harmed if Defendants in this lawsuit gain access to EEOC's privileged and confidential communications, including its strategies regarding EEOC's investigations of Defendants, EEOC's process for making decisions in this and other cases, and its litigation and mediation strategy. A sealing order is therefore necessary to prevent against the unauthorized disclosure of EEOC's protected communications in a public forum.

This Motion is based on this Notice of Application, the accompanying Memorandum of Points and Authorities, the Declaration of Taylor Markey, and the files and records in this action. For the Court's in camera review, the EEOC has lodged under seal unredacted versions of its Memorandum of Points and Authorities in Support of the Opposition to the Application to Shorten Time with supporting exhibits; the Declaration of Taylor Markey in support of the Opposition to the Application to Shorten Time with supporting exhibits; and the Declaration of Marla Stern-Knowlton in support of the Application to Shorten Time with supporting exhibits.

Respectfully submitted,

Dated: October 8, 2021

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By:    /s/ Taylor Markey
Senior Trial Attorney
E-Mail: taylor.markey@eeoc.gov