# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs,<br><br>ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., and KING.COM, INC, and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. 2:21-CV-07682-DSF-JEM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF EEOC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS UNDER SEAL** |

The Court has reviewed Plaintiff EEOC's Application for Leave to File Under Seal ("Application") exhibits and declarations in support of its Opposition to the DFEH's Ex Parte Application to Shorten Time ("Ex Parte Opposition")—and portions of the Memorandum of Points and Authorities that refer to them—as well as any opposition to or support for the Application. Good cause appearing, the Application is **GRANTED**.

Plaintiff may file the following eight unredacted documents under seal, with the redacted versions to remain on the public docket:

| Title of Document | Location |
|---|---|
| Memorandum of Points and Authorities in Support of Ex Parte Opposition | Attached to the Notice of Opposition to the Ex Parte |
| Declaration of Taylor Markey in Support of the Ex Parte Opposition ("Markey Opp'n Decl.") | Ex. B to Memorandum of Points and Authorities in Opposition to DFEH's Ex Parte Application |
| Ex. 1–6 to Markey Opp'n Decl. | |

Plaintiff may file the following sixteen documents under seal in their entirety, with no redacted versions to be filed on the public docket:

| Title of Document | Location |
|---|---|
| Declaration of Marla Stern-Knowlton in Support of Ex Parte Opposition ("Stern-Knowlton Decl.") | Ex. C to Memorandum of Points and Authorities in Opposition to DFEH's Ex Parte Application |
| Ex. A–N to Stern-Knowlton Decl. | |

**IT IS SO ORDERED.**

Date: _____        By: _____
                                  Hon. Dale S. Fischer
                                  UNITED STATES DISTRICT JUDGE