Anna Y. Park, SBN 164242
anna.park@eeoc.gov
Nakkisa Akhavan, SBN 286260
nakkisa.akhavan@eeoc.gov
Taylor Markey, SBN 319557
taylor.markey@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 422-8396
Facsimile: (213) 894-1301
E Mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., and KING.COM, INC., and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No.: 2:21-CV-07682-DSF-JEM<br><br>**NOTICE OF OPPOSITION TO DFEH'S *EX PARTE* APPLICATION TO SHORTEN TIME REQUIRED UNDER LOCAL RULE 7-3; AND MOTION TO INTERVENE, ACCOMPANYING MEMORANDUM OF POINTS AND AUTHORITIES FILED UNDER SEAL; EXHIBIT** |

      Plaintiff EEOC submits this Notice of Opposition to DFEH's Ex Parte Application to Shorten Time to File a Motion to Intervene with attached Exhibits and a Memorandum of Points and Authorities.  The Notice is also accompanied by an Application for Leave to File Documents Under Seal and a Memorandum of Points and Authorities in Support of that Application. The EEOC seeks to file portions of its Memorandum of Points and Authorities in Opposition to DFEH's Ex Parte Application to Shorten Time to File a Motion to Intervene and the accompanying exhibits under seal in order to protect its attorney client, deliberative process and work product privileges.

      Plaintiff EEOC hereby provides notice that it opposes DFEH's Ex Parte Application to file a Motion to Intervene on the grounds that it is necessarily the product of violations of California Rule of Professional Conduct 1.11(a)(2), and California Rule of Professional Conduct 1.11(b) because it relies upon work product produced by DFEH's attorneys whose participation in this matter constitutes a conflict of interest.

      The EEOC requests that this Court deny DFEH's Ex Parte Application and disallow the attached Motion to Intervene. If the Court is inclined to accept the Motion to Intervene, then EEOC respectfully submits its Opposition to the DFEH's Motion to Intervene for the Court's consideration. The EEOC's Opposition to the Motion to Intervene is attached as Exhibit A to the EEOC's Opposition to DFEH's Ex Parte Application to Shorten Time.  The Motion to Intervene should be denied due to violation of Rule 1.11 and on the merits.

      Respectfully submitted,

Dated: October 8, 2021

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: S/ Taylor Markey
    Senior Trial Attorney
    E-Mail: taylor.markey@eeoc.gov