# EXHIBIT A

# INTENTIONALLY LEFT BLANK