Anna Y, Park, SBN 164242
anna.park@eeoc,gov
Nakkisa Akhavan, SBN 286260
nakkisa.akhavan@eeoc,gov
Taylor Markey, SBN 319557
taylor.markey@eeoc,gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 422-8396
Facsimile: (213) 894-1301
E Mail:  lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs,<br><br>ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., and KING.COM, INC, and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. 2:21-CV-07682-DSF-JEM<br><br>**PLAINTIFF EEOC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS OPPOSITION TO DFEH'S MOTION TO INTERVENE; EXHIBITS A - C** |

TO THE COURT, TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff hereby requests, pursuant to Federal Rule of Evidence 201(b)(2), that the Court take judicial notice of the following documents submitted in support of Plaintiff's Opposition to DFEH's Motion to Intervene:

A. Plaintiffs' Opposition to the DFEH's Ex Parte Application Regarding Jurisdictional Issues filed in *Melanie McCracken, et al. v. Riot Games, Inc.*, Case No. 18STCV03957, Cal. Super. Court for the Cty. Of Los Angeles (Sept. 10, 2021). A true and correct copy of the document is attached hereto as **Exhibit A**. Judicial notice is proper because the existence of the document is not subject to reasonable dispute and is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b)(2); *see also Harris v. Cty. of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012) (holding that courts may take judicial notice under Rule 201 "of undisputed matters of public record, including documents on file in federal or state courts" (citations omitted)).

B. The fully-executed Settlement and Release of All Claims Agreement filed in *In the matter of the Complaint of the DFEH vs. Verizon Services Corp.*, Case Nos. E200708-R-2259-00-f, E200809-H-0034-00-f, E200708-S-0131-00-fpe, and E200809-H-0350-00-f (Sept. 15, 2021). A true and correct copy of the document is attached hereto as **Exhibit B**. The Settlement can be found on a publicly available webpage in PDF format.[1] Judicial notice is proper under FRE 201(b) because the existence of the document is not subject to reasonable dispute and is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b)(2); *see Mack v. South Bay Beer Distributors, Inc.*, 798 F.2d 1279, 1282 (9th Cir. 1986) (court may take judicial notice of records and reports of state administrative bodies), *overruled on other grounds by Astoria Fed. Sav. & Loan Ass'n v. Solimino*, 501 U.S. 104 (1991); *see, e.g., Duncan v. San Dieguito Union High Sch. Dist.*,

---

[1] http://s3.amazonaws.com/fcmd/documents/documents/000/002/804/original/verizon-calif-family-care_settlement.pdf?1423021461.

No. 3:18-CV-00321-BEN-BLM, 2019 WL 4016450, at *2 (S.D. Cal. Aug. 26, 2019) (finding judicial notice appropriate with respect to an executed settlement agreement "because they are records of an administrative agency"); *United States ex rel. Mei Ling v. City of Los Angeles*, No. CV 11-974 PSG (JCX), 2018 WL 3814498, at *17 (C.D. Cal. July 25, 2018) (taking judicial notice of publicly available agreements of an administrative agency).

      C.     The DFEH press release regarding its settlement with Venture Capital Partnership in 2020.  A true and correct copy of the document is attached hereto as **Exhibit C**.  Judicial notice is proper under FRE 201(b) because the existence of the document is not subject to reasonable dispute and is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b)(2); *see DeHoog v. Anheuser-Busch InBev SA/NV*, 899 F.3d 758, 762 n.5 (9th Cir. 2018) (taking judicial notice of "government documents, court filings, press releases, and undisputed matters of public record").

Respectfully submitted,

Dated:  October 8, 2021

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: /s/ Taylor Markey
     Senior Trial Attorney
     E-Mail: taylor.markey@eeoc.gov