Anna Y. Park, SBN 164242
anna.park@eeoc.gov
Nakkisa Akhavan, SBN 286260
nakkisa.akhavan@eeoc.gov
Taylor Markey, SBN 319557
taylor.markey@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 422-8396
Facsimile: (213) 894-1301
E Mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., and KING.COM, INC., and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No.: 2:21-CV-07682-DSF-JEM<br><br>**NOTICE OF ERRATA RE: DKT. NOS. 15-7 AND 15-8; EXHIBITS** |

**TO THE COURT, DOCKET CLERK, AND ALL PARTIES AND COUNSEL OF RECORD:**

Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") filed the Declaration District Director Rosa Viramontes, Dkt. No. 15-7. The EEOC re-submits the declaration with a clearer signature page and requests that Dkt. No. 15-7 be replaced to reflect the declaration hereto attached as Exhibit 1.

In addition, with respect to Dkt. No. 15-8, because of technical issues all the exhibits were not properly uploaded into the ECF system. As a result, the EEOC requests that Dkt. No. 15-8 be replaced with attached Exhibit 2, which reflects the full scope of the exhibits.

Respectfully Submitted,

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Date: October 9, 2021          By:   /s/   Taylor Markey
                                     Senior Trial Attorney
                                     E-Mail: taylor.markey@eeoc.gov

i