Anna Y. Park, SBN 164242
anna.park@eeoc.gov
Nakkisa Akhavan, SBN 286260
nakkisa.akhavan@eeoc.gov
Taylor Markey, SBN 319557
taylor.markey@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 422-8396
Facsimile: (213) 894-1301
E Mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., and KING.COM, INC., and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No.: 2:21-CV-07682-DSF-JEM<br><br>**NOTICE OF ERRATA**<br><br>**RE: DKT. NOS. 15-11 AND 15-12; EXHIBITS** |

**TO THE COURT, DOCKET CLERK, AND ALL PARTIES AND COUNSEL OF RECORD:**

Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") filed the unsigned version of the Declaration of Senior Trial Attorney Taylor Markey that is now Dkt. No. 15-11. The EEOC submits the signed version of the Declaration of Senior Trial Attorney Taylor Markey and requests that Dkt. No. 15-11 be replaced to reflect the proper declaration, attached as Exhibit 1.

In addition, with respect to Dkt. No. 15-12, because of technical issues all the exhibits were not fully upload to the ECF System. As a result, the EEOC requests that Dkt. No. 15-12 be replaced with attached Exhibit 2, which reflects the full scope of the exhibits.

Respectfully Submitted,

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Date:  October 9, 2021            By:   /s/   Taylor Markey
                                        Senior Trial Attorney
                                        E-Mail: taylor.markey@eeoc.gov

i