Christian Schreiber (Bar No. 245597)
christian@osclegal.com
Monique Olivier (Bar No. 190385)
monique@osclegal.com
OLIVIER SCHREIBER & CHAO LLP
201 Filbert Street, Suite 201
San Francisco, California 94133
Tel: (415) 484-0980
Fax: (415) 658-7758

Attorneys for Proposed Intervenor,
Department of Fair Employment and Housing

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., and KING.COM, INC., and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. 2:21-CV-07682 DSF-JEM<br><br>**DECLARATION OF CHRISTIAN SCHREIBER IN SUPPORT OF PROPOSED INTERVENOR CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING'S OBJECTIONS TO EVIDENCE RE DKT. 15 AND REQUEST THAT PRIVILEGED DOCUMENTS BE STRUCK**<br><br>Judge: Hon. Dale S. Fischer<br><br>Action Filed: September 27, 2021 |

I, Christian Schreiber, declare as follows:

1. I am a member of the State Bar of California and admitted to practice law in all the courts of the State of California and in the United States District Court for the Central District of California. I am in good standing with the Bar and with this Court. I am a partner in the law firm of Olivier Schreiber & Chao LLP and am counsel for the Proposed Intervenor Department of Fair Employment and Housing ("DFEH") in this action.

2. I make this declaration in support of DFEH's Objections to Evidence Submitted by Plaintiff U.S. Equal Opportunity Commission ("EEOC"), as contained in the Declaration of Rosa Villamontes (ECF Dkt. 15-7) and EEOC's Application to File Documents Under Seal. ECF Dkt. 15.

3. On October 10, 2021, I emailed EEOC attorney Taylor Markey and requested that EEOC remove from the public record any documents containing privileged and confidential communications. Attached hereto as **Exhibit A** is a true and correct copy of the email I sent. I did not receive a response.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11th day of October, in Oakland, California.

/s/ Christian Schreiber
Christian Schreiber

# EXHIBIT A

| | |
|---|---|
| **From:** | Christian Schreiber |
| **To:** | taylor.markey@eeoc.gov; anna.park@eeoc.gov; jebree.hinton@eeoc.gov; joshua.zugerman@eeoc.gov; lado.legal@eeoc.gov; lucy.chang@eeoc.gov; nakkisa.akhavan@eeoc.gov; roxanne.wann@eeoc.gov; tracy.villemarette@eeoc.gov |
| **Cc:** | Monique Olivier; Rachel Bien |
| **Subject:** | FW: Activity in Case 2:21-cv-07682-DSF-JEM U.S. Equal Employment Opportunity Commission v. Activision Blizzard, Inc. et al Errata |
| **Date:** | Saturday, October 9, 2021 6:22:24 PM |

Ms. Markey,

I have reviewed the EEOC's filing from early this morning, which were just refiled below. As an initial matter, I have not received unredacted copies of the documents already filed with the Court. Please provide unredacted copies of all filings.

Though the filing includes a motion to seal, your papers nevertheless disclose information and communications that are expressly privileged and confidential, and propose to provide additional such communications to the Court. DFEH objects to all such disclosures and requests that EEOC take all necessary steps to remove them immediately from the public record.

EEOC may not unilaterally disclose confidential and privileged communications to a third party, including the Court, at its sole discretion. The communications referenced in the Declaration of Rosa Viramontes are subject to the October 2018 Worksharing Agreement signed by Kevin Kish and Ms. Viramontes. Section IV.A. of the Agreement provides in relevant part, "The Agency accepting information agrees to comply with any confidentiality requirements imposed on the agency providing the information." Despite this, Ms. Viramontes' declaration quotes or references confidential communications protected under Evidence Code section 1040, the work-sharing agreement, attorney-client privilege, and the attorney work product doctrine throughout. The communications are each labeled "PRIVILEGED and CONFIDENTIAL, *subject to government privileges and attorney-client/ work-product privileges*" and "PRIVILEGED & CONFIDENTIAL EEOC/DFEH Investigation of Activision Blizzard."

Finally, DFEH objects to the EEOC's mischaracterization of the record through its omission of obviously relevant communications. EEOC's omissions amount to a breach of its duty of candor to the Court, which we intend to make clear when the merits of these issues are taken up.

I am available to meet and confer about this demand if you want to discuss. We expect that you will take such steps to remove the documents from the public record by immediately notifying the clerk.

Please confirm your intent to do so or we will seek all available relief from the Court.

Thank you,

Christian Schreiber
OLIVIER SCHREIBER & CHAO LLP
201 Filbert Street, Suite 201
San Francisco, CA 94133
(415) 484-0980 - main

(415) 484-0161 - direct
www.osclegal.com
christian@osclegal.com

---

**From:** cacd_ecfmail@cacd.uscourts.gov <cacd_ecfmail@cacd.uscourts.gov>
**Sent:** Saturday, October 9, 2021 6:01 PM
**To:** noreply@ao.uscourts.gov
**Subject:** Activity in Case 2:21-cv-07682-DSF-JEM U.S. Equal Employment Opportunity Commission v. Activision Blizzard, Inc. et al Errata

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

## Notice of Electronic Filing

The following transaction was entered by Markey, Taylor on 10/9/2021 at 6:00 PM PDT and filed on 10/9/2021

| | |
|---|---|
| **Case Name:** | U.S. Equal Employment Opportunity Commission v. Activision Blizzard, Inc. et al |
| **Case Number:** | 2:21-cv-07682-DSF-JEM |
| **Filer:** | U.S. Equal Employment Opportunity Commission |

**Document Number:** 16

**Docket Text:**
**NOTICE OF ERRATA filed by Plaintiff U.S. Equal Employment Opportunity Commission. correcting APPLICATION to file document** *Memo of P&As in Opposition to Ex Parte* **under seal[15]** *Re: Dkt. Nos. 15-7 and 15-8* **(Attachments: # (1) Exhibit 1, # (2) Exhibit 2)(Markey, Taylor)**

**2:21-cv-07682-DSF-JEM Notice has been electronically mailed to:**

Anna Y Park    anna.park@eeoc.gov, jebree.hinton@eeoc.gov, joshua.zugerman@eeoc.gov, lado.legal@eeoc.gov, lucy.chang@eeoc.gov, nakkisa.akhavan@eeoc.gov, roxanne.wann@eeoc.gov, tracy.villemarette@eeoc.gov

Christian Schreiber     christian@osclegal.com, docket@osclegal.com, katharine-chao-2025@ecf.pacerpro.com

Monique Olivier     monique@osclegal.com, docket@osclegal.com, katharine-chao-2025@ecf.pacerpro.com

Nakkisa Akhavan     nakkisa.akhavan@eeoc.gov, jebree.hinton@eeoc.gov, lado.legal@eeoc.gov, roxanne.wann@eeoc.gov, tracy.villemarette@eeoc.gov, wilma.deguzman@eeoc.gov

Rachel Bien     rachel@osclegal.com, docket@osclegal.com, katharine-chao-2025@ecf.pacerpro.com

Taylor M. Markey     taylor.markey@eeoc.gov, jebree.hinton@eeoc.gov, lado.legal@eeoc.gov, nakkisa.akhavan@eeoc.gov, taymarkey@gmail.com, tracy.villemarette@eeoc.gov

**2:21-cv-07682-DSF-JEM Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\2021-10-09 Notice of Errata re Dkt Nos. 15-7 & 15-8.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/9/2021] [FileNumber=32761738-0
] [8facfffc9d0f1f273e8d613c8ae302fa978341855c20492827c91f77720274aa308
331b9ea2d1a8d8b7666abb8d21562ee226cfec87601e6d2c2da1a6240e0a3]]

**Document description:** Exhibit 1
**Original filename:** C:\fakepath\Ex. 1 1g FINAL Decl of Rosa Viramontes (signed).pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/9/2021] [FileNumber=32761738-1
] [1f0a8d8c1d99e8b65232a4e3992a515560572a594df3e0ee76025733bbb8965fd73
b16071096e8a64b40f382a98def32cae95cff044ba971b8ea796e41985329]]

**Document description:** Exhibit 2
**Original filename:** C:\fakepath\Ex. 2 1h Exs A-G to Rosa Decl (redacted)_Redacted.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/9/2021] [FileNumber=32761738-2
] [058f4d8847c5235812514b05abd5bce12d8412b3fdb838fbf2232b96e9d155d976f
d60dcde1ddb7ef0a80c43f3ccf678224b11bd5ca2ffdbe93ae250db726427]]