Christian Schreiber (Bar No. 245597)
christian@osclegal.com
Monique Olivier (Bar No. 190385)
monique@osclegal.com
Rachel Bien (Bar No. 315886)
rachel@osclegal.com
OLIVIER SCHREIBER & CHAO LLP
201 Filbert Street, Suite 201
San Francisco, California 94133
Tel: (415) 484-0980
Fax: (415) 658-7758

Attorneys for Proposed Intervenor,
Department of Fair Employment and Housing

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., and KING.COM, INC., and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. 2:21-CV-07682 DSF-JEM<br><br>**DECLARATION OF JANETTE WIPPER IN SUPPORT OF DFEH'S OBJECTIONS TO EVIDENCE RE DKT. 15**<br><br>Judge: Hon. Dale S. Fischer<br><br>Action Filed:     September 27, 2021 |

I, Janette Wipper, declare:

1.      I am the Chief Counsel of the California Department of Fair Employment and Housing (DFEH). I am an attorney admitted to practice law in the State of California and in the United States District Court for the Central District of California and I submit this declaration in support of DFEH's *Ex Parte* Application.

2.      The DFEH is a Fair Employment Practices Agency under Title VII of the Civil Rights Act, 42 U.S.C. § 2000e-8.

3.      DFEH Director Kevin Kish signed a Director's Complaint, DFEH Case No. 201810-03875512, EEOC Charge No. 37A-2019-00053-C, against Blizzard Entertainment, Inc. ("Director's Complaint") on October 12, 2018. The Director's Complaint was later amended to add entities Activision Blizzard, Inc. and Activision Publishing, Inc. (the "Activision Defendants"). The U.S. Equal Employment Opportunity Commission (EEOC) signed Charge No. 480-2018-05212 against Activision Blizzard, Inc. ("Commissioner's Charge") on September 26, 2018, though it did not notify the DFEH of the Commissioner's Charge pursuant to 29 C.F.R. § 1601.13(e). Nonetheless, after the DFEH learned of the Commissioner's Charge, the DFEH and EEOC proceeded with coordinated confidential investigations. This approach is customary for agencies to effectuate civil rights enforcement.

4.      DFEH is a party to a publicly available Worksharing Agreement with the EEOC, which states that the EEOC and the DFEH share both confidential information and personnel related to equal employment opportunity investigations. In the coordinated investigations, the exchange of confidential information between the EEOC and DFEH personnel were subject to the Worksharing Agreement, which was signed in October 2018 by DFEH Director Kevin Kish and EEOC's District Director for the Los Angeles District Office, Rosa Viramontes, and has been extended annually through the present.

5.      A true and correct copy of the Worksharing Agreement is available

online (https://www.dfeh.ca.gov/wp-content/uploads/sites/32/2019/01/WorksharingAgreementFY2019WSA.pdf) and has been previously filed in this matter. ECF 15-7 (Viramontes Decl., Exh. C).

6.      DFEH has actively investigated the claims in this matter and has never ceded investigative authority to the EEOC, nor waived its right to pursue all available remedies against the Activision Defendants that are available to DFEH under California law. In fact, as described below, the Consent Decree currently before the Court was achieved while the Activision Defendants refused to participate in DFEH's mandatory resolution processes, while concurrently participating in the EEOC conciliation process from which DFEH was excluded.

7.      Over the last several months, the coordinated investigations into the Activision Defendants involved many communications between and among EEOC, DFEH, and counsel for the Activision Defendants. DFEH considers the communications between DFEH and EEOC to be privileged and confidential and has contemporaneously objected to the inclusion of such email communications in EEOC's filings in this matter. DFEH does not consider communications with the Activision Defendants to be privileged.

8.      DFEH's active and coordinated investigation is evidenced by the numerous emails sent by DFEH staff in the months leading up to and following the filing of the superior court complaint. For example:

a. On June 11, 2021, I sent a privileged and confidential email communication concerning this matter to the EEOC Chair Charlotte Burrows.

b. On June 15, 2021, I sent privileged and confidential correspondence concerning this matter to Ms. Viramontes and the EEOC Director of Field Programs.

c. On July 30, 2021, I sent a privileged and confidential email communication concerning this matter to the EEOC Chair Charlotte

1    Burrows.

2          d.   Between May 25, 2021 and June 23, 2021, the EEOC Los Angeles

3                Regional Attorney Anna Park, the DFEH Associate Chief Counsel

4                Rumduol Vuong and counsel for Defendants exchanged numerous

5                email communications concerning this matter.

6          9.    As part of the investigation, EEOC and DFEH sent many other

7    privileged and confidential email communications. I sent privileged and

8    confidential emails concerning this matter to the EEOC Chair, the EEOC Acting

9    General Counsel, the EEOC Acting Associate General Counsel, the EEOC Los

10   Angeles Regional Attorney, the EEOC Los Angeles District Director, the EEOC

11   Los Angeles Deputy District Director, the EEOC Director of Field Programs, the

12   EEOC Director of State and Local Programs and other EEOC personnel, on at least

13   the following recent dates: July 27, 2021, August 3, 2021, August 9, 2021, August

14   13, 2021 and September 15, 2021.

15         10.   DFEH considers the content of these communications to be privileged

16   and confidential. The DFEH's confidentiality requirements include compliance

17   with the official information privilege, law enforcement investigative privileges,

18   government deliberative process privileges, and attorney client and work product

19   privileges set forth in various statutes. *See* Cal. Evid. Code, § 1040 *et seq.*; Cal.

20   Gov't. Code § 11180 *et seq.*; *see also* 42 U.S.C. § 2000e-5(b); Cal. Evid. Code, §

21   952.

22         11.   Furthermore, the Worksharing Agreement provides in relevant part

23   that "[t]he Agency accepting information agrees to comply with any confidentiality

24   requirements imposed on the agency providing the information." Section IV,

25   Exchange of Information, Worksharing Agreement.

26         12.   I personally sent privileged and confidential emails to Ms. Viramontes,

27   each of which were labeled "PRIVILEGED & CONFIDENTIAL EEOC/DFEH

28   Investigation of Activision Blizzard" and "PRIVILEGED and CONFIDENTIAL,

*subject to government privileges and attorney-client/ work-product privileges*." For example, I sent confidential and privileged emails on May 22, 2020, June 1, 2020, June 2, 2020, June 4, 2020, and July 1, 2020 related to this investigation. Each of these emails bears this designation. A true and correct redacted copy of such an email is attached hereto as **Exhibit A** and is included as an example of how the communications were labeled.

13.     DFEH has not waived any privilege with respect to the communications between EEOC and DFEH, which I have made clear on multiple occasions to EEOC, including on August 27, 2020, and again more recently on June 11, 2021.

14.     On October 9, 2021, I reviewed the EEOC's response to DFEH's *ex parte* application and discovered that the declaration of Ms. Viramontes included statements from confidential and privileged communications. I sent an email to EEOC Los Angeles Regional Attorney Anna Park requesting that privileged communications be removed from the public record. I did not receive a response to my request. A true and correct copy of such an email is attached hereto as **Exhibit B.**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on October 11, 2021, in San Francisco, California.

*/s/ Janette Wipper*

_____

Janette Wipper

# EXHIBIT A

| | |
|---|---|
| **From:** | ROSA VIRAMONTES |
| **To:** | Wipper, Janette@DFEH |
| **Subject:** | RE: PRIVILEGED & CONFIDENTIAL EEOC/DFEH Investigation of Activision Blizzard |
| **Date:** | Thursday, June 4, 2020 2:02:47 PM |

**[EXTERNAL]** This email originated from outside DFEH. Do not click links or open attachments unless you recognize the sender and know the content is safe.

█████

**From:** Wipper, Janette@DFEH <Janette.Wipper@dfeh.ca.gov>
**Sent:** Thursday, June 04, 2020 2:02 PM
**To:** ROSA VIRAMONTES <ROSA.VIRAMONTES@EEOC.GOV>
**Subject:** RE: PRIVILEGED & CONFIDENTIAL EEOC/DFEH Investigation of Activision Blizzard

████████████████

**From:** ROSA VIRAMONTES <ROSA.VIRAMONTES@EEOC.GOV>
**Sent:** Thursday, June 4, 2020 10:52 AM
**To:** Wipper, Janette@DFEH <Janette.Wipper@dfeh.ca.gov>
**Subject:** RE: PRIVILEGED & CONFIDENTIAL EEOC/DFEH Investigation of Activision Blizzard

**[EXTERNAL]** This email originated from outside DFEH. Do not click links or open attachments unless you recognize the sender and know the content is safe.

████████████████████

**From:** Wipper, Janette@DFEH <Janette.Wipper@dfeh.ca.gov>
**Sent:** Tuesday, June 02, 2020 12:04 PM
**To:** ROSA VIRAMONTES <ROSA.VIRAMONTES@EEOC.GOV>
**Subject:** RE: PRIVILEGED & CONFIDENTIAL EEOC/DFEH Investigation of Activision Blizzard

█████

████████████████████████
████████████████████████
████████████████████████
██████████
████████████████
█████

**From:** ROSA VIRAMONTES <ROSA.VIRAMONTES@EEOC.GOV>
**Sent:** Tuesday, June 2, 2020 11:18 AM
**To:** Wipper, Janette@DFEH <Janette.Wipper@dfeh.ca.gov>
**Subject:** RE: PRIVILEGED & CONFIDENTIAL EEOC/DFEH Investigation of Activision Blizzard

**[EXTERNAL]** This email originated from outside DFEH. Do not click links or open attachments unless you recognize the sender and know the content is safe.

███████████████████

**From:** Wipper, Janette@DFEH <Janette.Wipper@dfeh.ca.gov>

**Sent:** Tuesday, June 02, 2020 8:57 AM
**To:** ROSA VIRAMONTES <ROSA.VIRAMONTES@EEOC.GOV>
**Subject:** RE: PRIVILEGED & CONFIDENTIAL EEOC/DFEH Investigation of Activision Blizzard

██████

███████████████████████████

████████████████████████████████████

█████████████████████████████████████████████████
█████████████████████████████████████████

██████████████████████████

████

████████████████████████████████████████████
███████████████████████████████████████████
█████████████████████████████████████████████████
█████████████████████████████████████████
████████████████████████

---

**From:** ROSA VIRAMONTES <ROSA.VIRAMONTES@EEOC.GOV>
**Sent:** Monday, June 1, 2020 4:24 PM
**To:** Wipper, Janette@DFEH <Janette.Wipper@dfeh.ca.gov>
**Subject:** RE: PRIVILEGED & CONFIDENTIAL EEOC/DFEH Investigation of Activision Blizzard

> **[EXTERNAL]** This email originated from outside DFEH. Do not click links or open attachments unless you recognize the sender and know the content is safe.

████████████████████████████████████████████████
███████████████████████████
████

████████████████████████████████████████████████
██████████████████████████████████

████

---

**From:** Wipper, Janette@DFEH <Janette.Wipper@dfeh.ca.gov>
**Sent:** Monday, June 01, 2020 8:24 AM
**To:** ROSA VIRAMONTES <ROSA.VIRAMONTES@EEOC.GOV>
**Subject:** Re: PRIVILEGED & CONFIDENTIAL EEOC/DFEH Investigation of Activision Blizzard

████████████████████████████████████████████████
█████████████████████████████████████████
██████████████████████████████████████

██████████████████

On May 29, 2020, at 12:09 PM, ROSA VIRAMONTES <ROSA.VIRAMONTES@eeoc.gov> wrote:

> **[EXTERNAL]** This email originated from outside DFEH. Do not click links or open attachments unless you recognize the sender and know the content is safe.

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████

---

**From:** Wipper, Janette@DFEH <Janette.Wipper@dfeh.ca.gov>
**Sent:** Friday, May 22, 2020 9:29 AM
**To:** ROSA VIRAMONTES <ROSA.VIRAMONTES@EEOC.GOV>
**Subject:** PRIVILEGED & CONFIDENTIAL EEOC/DFEH Investigation of Activision Blizzard

PRIVILEGED and CONFIDENTIAL,
*subject to government privileges and attorney-client/ work-product privileges*

████

███████████████████████████████████████████████
███████████████████████████████████████████████
█████████████

███████████████████████████████████████
███████████████████████████████████
████████████████████████████████████████████████
███████████████████████

█████████████████████████

██████

---

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# EXHIBIT B

| | |
|---|---|
| **From:** | Wipper, Janette@DFEH |
| **To:** | ANNA PARK |
| **Cc:** | CHRISTOPHER LAGE |
| **Subject:** | Request to Withdraw Privileged and Confidential Communications from Public Filing in EEOC v. Activision Blizzard |
| **Date:** | Saturday, October 9, 2021 11:56:00 AM |
| **Attachments:** | Rosa Declaration.pdf |

Dear Ms. Park,

I have reviewed the EEOC's public filing yesterday in *EEOC v. Activision Blizzard*, Case No.: 2:21-CV-07682-DSF-JEM.  I am dismayed by your agency's decision to publicly disclose confidential and privileged communications between the EEOC and the DFEH, and make misrepresentations to the Court.

The Declaration of Rosa Viramontes references and quotes from confidential and privileged communications between the EEOC and the DFEH, which were expressly marked: PRIVILEGED and CONFIDENTIAL, *subject to government privileges and attorney-client/ work-product privileges* and PRIVILEGED & CONFIDENTIAL EEOC/DFEH Investigation of Activision Blizzard.

The Declaration of Rosa Viramontes also incorrectly states that "DFEH did not respond to my June 23, 2021 letter or otherwise reach out to EEOC to coordinate resolution efforts prior to filing its lawsuit."  DFEH sent several email communications to EEOC, including on June 11, June 15, July 27, July 30, August 3, August 9, August 13, and September 15.

The following individuals were included on the communications: the EEOC Chair, the EEOC Acting General Counsel, the EEOC Acting Associate General Counsel, the EEOC Los Angeles Regional Attorney, the Los Angeles District Director, the Los Angeles Deputy District Director, the EEOC Director of Field Operations, the EEOC Director of State and Local Programs, the DFEH Director and me.

The DFEH requests that the EEOC immediately withdraw the public filings referencing confidential and privileged communications between the DFEH and the EEOC, as well as the public filings containing misrepresentations to the Court.  Please confirm your position immediately.

Regards,

Janette Wipper


Janette Wipper
Chief Counsel, California Department of Fair Employment and Housing

_____

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.