# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>    Plaintiff,<br><br>    v.<br><br>ACTIVISION BLIZZARD, INC., etc.,<br>    Defendants. | CV 21-7682 DSF (JEMx)<br><br>ORDER RE EX PARTE APPLICATION TO SHORTEN TIME TO FILE MOTION TO INTERVENE (Dkt. 13) |

    A motion to intervene may be filed as a regularly noticed motion. The EEOC and DFEH are ordered to meet and confer concerning an appropriate briefing schedule no shorter than the schedule provided in the Local Rules of the Central District of California.

    IT IS SO ORDERED.

Date: October 11, 2021

                                              Dale S. Fischer<br>                                              United States District Judge