Christian Schreiber (Bar No. 245597)
christian@osclegal.com
Monique Olivier (Bar No. 190385)
monique@osclegal.com
OLIVIER SCHREIBER & CHAO LLP
201 Filbert Street, Suite 201
San Francisco, California 94133
Tel: (415) 484-0980
Fax: (415) 658-7758

Attorneys for Proposed Intervenor,
Department of Fair Employment and Housing

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., and KING.COM, INC., and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. 2:21-CV-07682 DSF-JEM<br><br>**DECLARATION OF CHRISTIAN SCHREIBER IN SUPPORT OF PROPOSED INTERVENOR CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING'S MOTION TO STRIKE ECF DKT. NOS. 15, 16, AND 17**<br><br>Date: November 29, 2021<br>Time: 1:30pm<br>Judge: Hon. Dale S. Fischer |

I, Christian Schreiber, declare as follows:

1. I am a member of the State Bar of California and admitted to practice law in all the courts of the State of California and in the United States District Court for the Central District of California. I am in good standing with the Bar and with this Court. I am a partner in the law firm of Olivier Schreiber & Chao LLP and am counsel for the Proposed Intervenor Department of Fair Employment and Housing ("DFEH") in this action.

2. I make this declaration in support of DFEH's Motion to Strike ECF Dkt. Nos. 15, 16, and 17.

3. On Thursday, October 12, DFEH filed an *Ex Parte* Application seeking an order shortening time for it to file a Motion to Intervene in this action. ECF Dkt. 13.

4. On Saturday, October 9, DFEH Chief Counsel Janette Wipper emailed EEOC District Director Anna Park and requested that EEOC remove public filings that revealed confidential and privileged information. ECF Dkt. 18-2, Ex. B.

5. On Sunday, I emailed EEOC Senior Attorney Taylor Markey and requested that EEOC remove privileged information from the public record and that EEOC provide copies of all documents lodged with the Court. ECF Dkt. 18-1, Ex. A.

6. On Monday, October 11, 2021, having received no response from either Ms. Park or Ms. Markey, DFEH filed objections to EEOC's evidence. ECF Dkt. 18.

7. On Thursday, October 14, pursuant to the Court's Order (ECF Dkt. No. 19), I participated in a video conference meet and confer with EEOC counsel about a briefing schedule for any motion to intervene. During the meeting, I again raised the issue of EEOC's improper disclosure of information that DFEH considers privileged and confidential. I reiterated DFEH's position that the

disclosure was improper and that all documents containing privileged information or referring to privileged and confidential information be withdrawn. EEOC did not commit to taking any action during this call.

8. The following day, on Friday, October 15, I emailed EEOC to insist that it take the steps necessary to remove the privileged communications and requested a response by the close of business. Again, EEOC did not respond to the request. A true and correct copy of my email is attached hereto as **Exhibit A**.

9. On Saturday, October 9, I received an email from Anna Park of EEOC, which was sent to the Court's chamber's email, and counsel for DFEH and Defendants. The email states in part, "A separate email was sent with EEOC's Application to File Documents Under Seal with supporting Declaration of Taylor Markey and Exhibits (Dkt Nos. 15-1, 15-2 and 15-3.) A word version of the Proposed Order was also included. The documents we seek to file under seal will be sent under separate email and hand delivered on Tuesday." That day, I asked EEOC counsel Taylor Markey for a copy of all unredacted copies of documents filed by EEOC. I never received an email with the documents and no delivery was ever made to my office.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 19th day of October, in Oakland, California.

*/s/ Christian Schreiber*<br>Christian Schreiber