# EXHIBIT A

| | |
|---|---|
| **From:** | Christian Schreiber |
| **To:** | taylor.markey@eeoc.gov; anna.park@eeoc.gov; jebree.hinton@eeoc.gov; joshua.zugerman@eeoc.gov; lado.legal@eeoc.gov; lucy.chang@eeoc.gov; nakkisa.akhavan@eeoc.gov; roxanne.wann@eeoc.gov; tracy.villemarette@eeoc.gov |
| **Cc:** | Monique Olivier; Rachel Bien |
| **Bcc:** | Riot Games (DFEH) |
| **Subject:** | RE: Activity in Case 2:21-cv-07682-DSF-JEM U.S. Equal Employment Opportunity Commission v. Activision Blizzard, Inc. et al Errata |
| **Date:** | Friday, October 15, 2021 12:53:00 PM |

Taylor,

Following up on our call yesterday regarding our concerns about EEOC's filing various privileged and confidential information in the public record (specifically, the Viramontes Declaration and documents relying upon it, Dkt. Nos. 15, 16, and 17). Because of the EEOC and DFEH's agreements and joint enforcement efforts, we believe that information is privileged and confidential and should not have been filed publicly or disclosed to the defendant.

In the call, EEOC suggested that the Court be given documents to review in camera. As I mentioned, disclosure to any third party, including the court, would be improper. You also argued that the Court's Order (Dkt. No. 19) moots the issue. Again, we disagree because this confidential and privileged information cannot be publicly filed or revealed. Therefore, any order that falls short of removing it from the public record would not moot the issue.

DFEH maintains its position that the documents were improperly disclosed and should be stricken and removed from the record. I understand from the call that EEOC has not changed its position and that EEOC will not be seeking to remove those documents. Is this correct? Please let me know by close of business today.

If EEOC will not take the steps necessary to remove all references to the privileged and confidential information, we will have to take bring a motion to ask the Court to do so.

Christian Schreiber
OLIVIER SCHREIBER & CHAO LLP
201 Filbert Street, Suite 201
San Francisco, CA 94133
(415) 484-0980 - main
(415) 484-0161 - direct
www.osclegal.com
christian@osclegal.com

---

**From:** Christian Schreiber <christian@osclegal.com>
**Sent:** Saturday, October 9, 2021 6:22 PM
**To:** taylor.markey@eeoc.gov; anna.park@eeoc.gov; jebree.hinton@eeoc.gov; joshua.zugerman@eeoc.gov; lado.legal@eeoc.gov; lucy.chang@eeoc.gov; nakkisa.akhavan@eeoc.gov; roxanne.wann@eeoc.gov; tracy.villemarette@eeoc.gov
**Cc:** Monique Olivier <monique@osclegal.com>; Rachel Bien <rachel@osclegal.com>
**Subject:** FW: Activity in Case 2:21-cv-07682-DSF-JEM U.S. Equal Employment Opportunity

Commission v. Activision Blizzard, Inc. et al Errata

Ms. Markey,

I have reviewed the EEOC's filing from early this morning, which were just refiled below. As an initial matter, I have not received unredacted copies of the documents already filed with the Court. Please provide unredacted copies of all filings.

Though the filing includes a motion to seal, your papers nevertheless disclose information and communications that are expressly privileged and confidential, and propose to provide additional such communications to the Court. DFEH objects to all such disclosures and requests that EEOC take all necessary steps to remove them immediately from the public record.

EEOC may not unilaterally disclose confidential and privileged communications to a third party, including the Court, at its sole discretion. The communications referenced in the Declaration of Rosa Viramontes are subject to the October 2018 Worksharing Agreement signed by Kevin Kish and Ms. Viramontes. Section IV.A. of the Agreement provides in relevant part, "The Agency accepting information agrees to comply with any confidentiality requirements imposed on the agency providing the information." Despite this, Ms. Viramontes' declaration quotes or references confidential communications protected under Evidence Code section 1040, the work-sharing agreement, attorney-client privilege, and the attorney work product doctrine throughout. The communications are each labeled "PRIVILEGED and CONFIDENTIAL, *subject to government privileges and attorney-client/ work-product privileges*" and "PRIVILEGED & CONFIDENTIAL EEOC/DFEH Investigation of Activision Blizzard."

Finally, DFEH objects to the EEOC's mischaracterization of the record through its omission of obviously relevant communications. EEOC's omissions amount to a breach of its duty of candor to the Court, which we intend to make clear when the merits of these issues are taken up.

I am available to meet and confer about this demand if you want to discuss. We expect that you will take such steps to remove the documents from the public record by immediately notifying the clerk.

Please confirm your intent to do so or we will seek all available relief from the Court.

Thank you,

Christian Schreiber
OLIVIER SCHREIBER & CHAO LLP
201 Filbert Street, Suite 201
San Francisco, CA 94133
(415) 484-0980 - main
(415) 484-0161 - direct
www.osclegal.com
christian@osclegal.com

**From:** cacd_ecfmail@cacd.uscourts.gov <cacd_ecfmail@cacd.uscourts.gov>

**Sent:** Saturday, October 9, 2021 6:01 PM
**To:** noreply@ao.uscourts.gov
**Subject:** Activity in Case 2:21-cv-07682-DSF-JEM U.S. Equal Employment Opportunity Commission v. Activision Blizzard, Inc. et al Errata

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Markey, Taylor on 10/9/2021 at 6:00 PM PDT and filed on 10/9/2021

| | |
|---|---|
| **Case Name:** | U.S. Equal Employment Opportunity Commission v. Activision Blizzard, Inc. et al |
| **Case Number:** | 2:21-cv-07682-DSF-JEM |
| **Filer:** | U.S. Equal Employment Opportunity Commission |

**Document Number:** 16

**Docket Text:**
**NOTICE OF ERRATA filed by Plaintiff U.S. Equal Employment Opportunity Commission. correcting APPLICATION to file document *Memo of P&As in Opposition to Ex Parte* under seal[15] *Re: Dkt. Nos. 15-7 and 15-8* (Attachments: # (1) Exhibit 1, # (2) Exhibit 2)(Markey, Taylor)**

**2:21-cv-07682-DSF-JEM Notice has been electronically mailed to:**

Anna Y Park    anna.park@eeoc.gov, jebree.hinton@eeoc.gov, joshua.zugerman@eeoc.gov, lado.legal@eeoc.gov, lucy.chang@eeoc.gov, nakkisa.akhavan@eeoc.gov, roxanne.wann@eeoc.gov, tracy.villemarette@eeoc.gov

Christian Schreiber    christian@osclegal.com, docket@osclegal.com, katharine-chao-2025@ecf.pacerpro.com

Monique Olivier    monique@osclegal.com, docket@osclegal.com, katharine-chao-

2025@ecf.pacerpro.com

Nakkisa Akhavan    nakkisa.akhavan@eeoc.gov, jebree.hinton@eeoc.gov, lado.legal@eeoc.gov, roxanne.wann@eeoc.gov, tracy.villemarette@eeoc.gov, wilma.deguzman@eeoc.gov

Rachel Bien    rachel@osclegal.com, docket@osclegal.com, katharine-chao-2025@ecf.pacerpro.com

Taylor M. Markey    taylor.markey@eeoc.gov, jebree.hinton@eeoc.gov, lado.legal@eeoc.gov, nakkisa.akhavan@eeoc.gov, taymarkey@gmail.com, tracy.villemarette@eeoc.gov

**2:21-cv-07682-DSF-JEM Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\2021-10-09 Notice of Errata re Dkt Nos. 15-7 & 15-8.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/9/2021] [FileNumber=32761738-0
] [8facfffc9d0f1f273e8d613c8ae302fa978341855c20492827c91f77720274aa308
331b9ea2d1a8d8b7666abb8d21562ee226cfec87601e6d2c2da1a6240e0a3]]
**Document description:**Exhibit 1
**Original filename:**C:\fakepath\Ex. 1 1g FINAL Decl of Rosa Viramontes (signed).pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/9/2021] [FileNumber=32761738-1
] [1f0a8d8c1d99e8b65232a4e3992a515560572a594df3e0ee76025733bbb8965fd73
b16071096e8a64b40f382a98def32cae95cff044ba971b8ea796e41985329]]
**Document description:**Exhibit 2
**Original filename:**C:\fakepath\Ex. 2 1h Exs A-G to Rosa Decl (redacted)_Redacted.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/9/2021] [FileNumber=32761738-2
] [058f4d8847c5235812514b05abd5bce12d8412b3fdb838fbf2232b96e9d155d976f
d60dcde1ddb7ef0a80c43f3ccf678224b11bd5ca2ffdbe93ae250db726427]]