Christian Schreiber (Bar No. 245597)
christian@osclegal.com
Monique Olivier (Bar No. 190385)
monique@osclegal.com
OLIVIER SCHREIBER & CHAO LLP
201 Filbert Street, Suite 201
San Francisco, California 94133
Tel: (415) 484-0980
Fax: (415) 658-7758

Attorneys for Proposed Intervenor,
Department of Fair Employment and Housing

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., and KING.COM, INC., and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. 2:21-CV-07682 DSF-JEM<br><br>**DECLARATION OF JANETTE WIPPER IN SUPPORT OF PROPOSED INTERVENOR CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING'S MOTION TO STRIKE ECF DKT. NOS. 15, 16, AND 17**<br><br>Date: November 29, 2021<br>Time: 1:30pm<br>Judge: Hon. Dale S. Fischer |

I, Janette Wipper, declare as follows:

1. I am the Chief Counsel of the California Department of Fair Employment and Housing (DFEH). I am an attorney admitted to practice law in the State of California and in the United States District Court for the Central District of California and I submit this declaration in support of DFEH's Motion to Strike Dkt. Nos. 15, 16 and 17.

2. Paragraphs 9, 10 and 11 of the Declaration of Rosa Viramontes (ECF Dkt. 15-7, 16-1) includes communications protected by the official information and deliberative process privilege and Paragraph 13 includes quotations that are taken directly from email communications that DFEH has designated privileged and confidential. DFEH has not waived any privilege and does not consent to the disclosure of these communications. Other information contained in the Viramontes Declaration reveal communications that DFEH maintains are privileged and confidential.

3. I understand that EEOC filed a Motion to Seal certain documents, including a declaration and exhibits from Marla Stern-Knowlton that EEOC contends contains material that is subject to privileges that are held by DFEH. DFEH has not received copies of this filing.

4. If the documents lodged with the Court are as described, they contain information that is privileged and confidential, and as to which DFEH holds the privilege. DFEH has not waived any privilege and does not consent to the disclosure of any such information and objects to any review by the Court of such material.

5. DFEH would suffer unfair prejudice if privileged information and materials were disclosed to any third party, including Defendants or this Court. The privileges asserted by DFEH are critical to ensure the integrity of DFEH's investigations and the efficacy of its litigation efforts. Among other things, the privileges protect the government's internal enforcement priorities, methods, and

strategies by which DFEH pursues California's public interest. As EEOC recognizes in its Motion to Seal, disclosure of these operations would give Defendants a significant unfair advantage. Indeed, the law recognizes the critical importance of the confidentiality of these operations—and protects it. They are protected by the attorney-client and work product privilege, the official information and deliberative process privilege, and the common interest doctrine. Cal. Code of Civ. Pro., § 2018.010 *et seq.*; Cal. Evid. Code, §§ 912(d), 952, 954, 1040; *see also* Cal. Gov. Code, § 11181(g). The privileges also relate to the confidentiality of DFEH's informants, who are also protected by law under Cal. Evid. Code, § 1041.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 19th day of October, in San Francisco, California.

*/s/ Janette Wipper*
Janette Wipper