# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., and KING.COM, INC., and DOES ONE through TEN, inclusive<br><br>Defendants. | Case No. 2:21-CV-07682 DSF-JEM<br><br>**[PROPOSED] ORDER GRANTING PROPOSED INTERVENOR CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT'S MOTION TO STRIKE**<br><br>Judge: Hon. Dale S. Fischer |

1    The motion to strike filed by the California Department of Fair Employment

2  and Housing ("DFEH") for an order striking ECF Dkt. Nos. 15, 16, and 17 came

3  before the Court on properly noticed motion on _____, 2021. DFEH

4  contends that U.S. Equal Employment Opportunity Commission ("EEOC") filed

5  statements and/or conditionally lodged material under seal that are privileged and

6  confidential. This Court agrees. For good cause appearing, IT IS ORDERED that:

7    1. The Clerk of the Court shall strike ECF Dkt. Entries 15, 16, and 17 from the

8       public record. The Court declines to consider any material contained within

9       EEOC's Motion to Seal, and strikes that Motion from the Record.

10   2. DFEH shall not file any documents in the public record, or make any

11      disclosure of such privileged and confidential statements to this Court, under

12      seal or otherwise, in any filing in this action.

13      IT IS SO ORDERED.

14

15  DATE:_____        _____

16                                 Hon. Dale S. Fischer
                                   U.S. District Court Judge
17

18

19

20

21

22

23

24

25

26

27

28