| | |
|---|---|
| 1 | OUTTEN & GOLDEN LLP |
| | JAHAN C. SAGAFI (SBN 224887) |
| 2 | jsagafi@outtengolden.com |
| | One California Street, Suite 1250 |
| 3 | San Francisco, CA 94111 |
| | Telephone:  (415) 638-8800 |
| 4 | Facsimile:   (415) 638-8810 |
| 5 | OLIVIER SCHREIBER & CHAO LLP |
| | CHRISTIAN SCHREIBER (SBN 245597) |
| 6 | MONIQUE OLIVIER (SBN 190385) |
| | christian@osclegal.com |
| 7 | monique@osclegal.com |
| | 201 Filbert Street, Suite 201 |
| 8 | San Francisco, CA 94133 |
| | Telephone: (415) 484-0980 |
| 9 | Facsimile: (415) 659-7758 |
| 10 | OLIVIER SCHREIBER AND CHAO LLP |
| | RACHEL BIEN (SBN 315886) |
| 11 | rachel@osclegal.com |
| | 1149 North Gower Street Suite 215 |
| 12 | Los Angeles, CA 90038 |
| | Telephone: (415) 484-0522 |
| 13 | Facsimile: (415) 658-7758 |
| 14 | *Attorneys for Plaintiff Department of Fair Employment and Housing* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No. 2:21-CV-07682 DSF-JEM |
| Plaintiff, | **CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING'S NOTICE OF MOTION TO INTERVENE** |
| v. | |
| ACTIVISION BLIZZARD INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC. KING.COM, INC., and DOES ONE through TEN, inclusive, | Date:      November 29, 2021<br>Time:      1:30 p.m.<br>Location: 73<br>Judge:     Timothy Patrick Dillon<br><br>Action Filed: September 27, 2021 |
| Defendants. | |

# NOTICE OF MOTION TO INTERVENE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 29, 2021 at 1:30 p.m., Plaintiff Department of Fair Employment and Housing, will move for limited intervention.

This Motion is based on this Notice, the Memorandum of Law, the Declaration of Jahan C. Sagafi, the Declaration of Janette Wipper, and the attached exhibits.

DATED:  October 25, 2021

Respectfully submitted,

/s/ Jahan C. Sagafi
Jahan C. Sagafi (SBN 224887)
OUTTEN & GOLDEN LLP
One California Street, Suite 1250
San Francisco, CA 94111
Telephone:  (415) 638-8800
Facsimile:   (415) 638-8810
E-Mail:  jsagafi@outtengolden.com

Christian Schreiber (SBN 245597)
Monique Olivier (SBN 190385)
OLIVIER SCHREIBER & CHAO LLP
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (415) 484-0980
Facsimile: (415) 659-7758
E-Mail:  christian@osclegal.com
E-Mail:  monique@osclegal.com

Rachel Bien (SBN 315886)
OLIVIER SCHREIBER & CHAO LLP
1149 North Gower Street Suite 215
Los Angeles, CA 90038
Telephone: (415) 484-0522
Facsimile: (415) 658-7758
E-Mail: rachel@osclegal.com