# Exhibit C

**Matney, Patricia**

| | |
|---|---|
| **From:** | Sagafi, Jahan C. |
| **Sent:** | Sunday, October 24, 2021 4:28 PM |
| **To:** | Anna Park (anna.park@eeoc.gov); TAYLOR MARKEY |
| **Cc:** | Christian Schreiber |
| **Subject:** | Activision consent decree & avoiding intervention |

Hi Anna

I wanted to reach out to say hello and make myself available if you would like to speak. Given our relationship and past work together, I didn't want my silence (as Chris continues to take the lead for our team) to suggest that I don't want to speak directly – I just didn't want to complicate the communication by inserting myself.

As Chris is conveying separately, we would greatly prefer to iron out any disagreements through discussion, rather than bringing the motion that is due tomorrow. If you are willing to grant an extension, I would love to put that formal litigation on hold so that we can talk.

Thanks for your consideration.

Jahan