# Exhibit E

| | |
|---|---|
| **From:** | Wipper, Janette@DFEH |
| **To:** | ANNA PARK; Baca, Elena R. |
| **Cc:** | [redacted] Ebbink, Benjamin; Derry, Ryan D. |
| **Subject:** | Proposed Consent Decree by EEOC and Activision Blizzard |
| **Date:** | Wednesday, September 29, 2021 6:08:00 PM |

Counsel:

DFEH reviewed your proposed consent decree. It is not fair, adequate or reasonable, nor consistent with the public interest.

DFEH intends to intervene to object to the proposed decree unless it is withdrawn. We request that you notify your client.

Regards,

Janette Wipper

_____

_____

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.