# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT
OCT 27 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  Dale S. Fischer

From: Renee Fisher                  , Deputy Clerk    Date Received: October 21, 2021

Case No.: CV 21-7682 DSF            Case Title: U.S. Equal Employment Opportunity Commission v. Activisi

Document Entitled: Bill of Lading

---

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 5-4.1 — Documents must be filed electronically
- ☐ Local Rule 6-1 — Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 7-19.1 — Notice to other parties of ex parte application lacking
- ☐ Local Rule 7.1-1 — No Certification of Interested Parties and/or no copies
- ☐ Local Rule 11-3.1 — Document not legible
- ☑ Local Rule 11-3.8 — Lacking name, address, phone, facsimile numbers, and e-mail address
- ☐ Local Rule 11-4.1 — No copy provided for judge
- ☐ Local Rule 11-6 — Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 — Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 15-1 — Proposed amended pleading not under separate cover
- ☐ Local Rule 16-7 — Pretrial conference order not signed by all counsel
- ☐ Local Rule 19-1 — Complaint/Petition includes more than 10 Does or fictitiously named parties
- ☐ Local Rule 56-1 — Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 — Statement of genuine disputes of material fact lacking
- ☐ Local Rule 83-2.5 — No letters to the judge
- ☑ Fed. R. Civ. P. 5 — No proof of service attached to document(s)
- ☑ Other: Document fails to comply with the Federal Rules of Civil Procedure

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____          _____
Date                              U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

10-27-21                          DSF /s/
Date                              U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

CV-104A (06/13)          NOTICE OF DOCUMENT DISCREPANCIES

# *Bill of Lading*

C/O}

SHIPPED, in good order and condition, from Joseph-James, Beneficial Owner of Rights, in and upon the good vessel the SINGING SILVER, 7020 3160 0001 4314 2952, of which Postmaster Louis DeJoy or his factors or crewmen are now at the helm, with said vessel leaving Port Charlotte, and bound for that District Territory of Columbia, containing: (a) one fine Trustee Copy Silver Indemnity Instrument giving Notice of Rights and prior Claims, (b) with Notice of Liability; a Special Deposit, and (c) the Trustee Copy of this Bill. The cargo is to be delivered, in the like good order and condition, to the Executive Administrator of the District Court of Columbia aforesaid, unto Fiduciary Fisher, Dale Susan or Gray, Kiry K., there, or to any assigns, he or they accepting the said goods.

Charterparty: Negotiable gross sum freight for the whole vessel & voyage, Master memorandum to be posted, with primage and average accustomed, for the requisition to insure and guarantee the contents and the chain of custody for delivery whether by master, factor or combinations. In witness whereof, for said cargo, it is affirmed that (1) one Bill of Lading copy, being sent by the shipment, is to be given to the Trustee: Fiduciary Fisher, Dale Susan or Gray, Kiry K., United States District Court, or any agents or assigns. And so, may the good vessel go to her destined port or post in safety.

Amen.　　　　　　　　　　　　　　　　　　　　　　　C/O: Masters or Factors

Florida, October, 2021. Memo; Date-Stamp: 2021/10/14

*Special Deposit. All Rights Reserved Internationally. Private Property.*

# Notice of Interest & Liability from Claimant not party to suit:

*With Bonding of Claim    One Silver Dollar, etcetera.*
$1.00 silver dollar     $1.00 silver dollar

*Regarding Private Acceptance-Claim Security Instrument 71733837268469.*



REGISTERED MAIL™

RE 240 816 438 US

Label 200, August 2005    PSN 7690-03-000-9311

*Due to these apparent recent events which happened to come to my attention regarding Publicly Traded Bar Guild Securities ... 21STCV26571, CV 21-7682 DSF (JEMx), 2:21-CV-07682-DSF-JEM, or their derivatives &c, my capacity is that of Beneficial Owner specifically for these issues involving unauthorized disposition of property with all prior rights and options and capacities reserved for cause. I am giving Notice as soon as I could as I was never notified about these claims.*

*This Notice will have venue within the Authority of the Constitution of New Jersey established July 2nd, 1776, as it appears the U.S. District Courts only have jurisdiction in the United States Minor as the United States Minor Outlying Islands or 57 inchoate states apart from the United States Major under the Articles of Confederation and perpetual Union and the Equity Contract The Constitution for the united States of America.*

## Notice of Condition Precedent

*The Acceptance-Claim Security Instrument 71733837268469 was a result of an expressed Trust as an Offer from Agents within Blizzard also known as Activision Blizzard. Following the Offer, a private acknowledgment and acceptance was presented and assented to, some of the points of the private Agreement were:*

- *Notice of Acknowledgement and Acceptance of Offer from Blizzard Officials.*
- *Consideration inclusive of Labor and gold and silver specie above fifty dollars.*
- *Certain Hold Harmless Clauses.*
- *Definitive Title Conveyance in the Transaction, including various other related property.*
- *Establishment of Security Interest supported by Labor received and credited in specificity.*
- *Options to increase Obligations.*

Joseph Jones



*Urgent Cause Bond* RE 240 816 438 US *Page 1 of 4*

Special Deposit. All Rights Reserved Internationally. Private Property

# Notice of Interest & Liability from Claimant not party to suit:

$1.00 silver dollar    One Silver Dollar, etcetera.

With Bonding of Claim

Regarding Private Acceptance-Claim Security Instrument 71733837268469.



Due to these apparent recent events which happened to come to my attention regarding Publicly Traded Bar Guild Securities ... 21STCV26571, CV 21-7682 DSF (JEMx), 2:21-CV-07682-DSF-JEM, or their derivatives &c., my capacity is that of Beneficial Owner specifically for these issues involving unauthorized disposition of property with all prior rights and options and capacities reserved for cause. I am giving Notice as soon as I could as I was never notified about these claims.

This Notice will have venue within the Authority of the Constitution of New Jersey established July 2nd, 1776, as it appears the U.S. District Courts only have jurisdiction in the United States Minor as the United States Minor Outlying Islands or 57 inchoate states apart from the United States Major under the Articles of Confederation and perpetual Union and the Equity Contract: The Constitution for the united States of America.

## Notice of Condition Precedent

The Acceptance-Claim Security Instrument 71733837268469 was a result of an expressed Trust as an Offer from Agents within Blizzard also known as Activision Blizzard. Following the Offer, a private acknowledgment and acceptance was presented and assented to, some of the points of the private Agreement were:

- Notice of Acknowledgement and Acceptance of Offer from Blizzard Officials.
- Consideration inclusive of labor and gold and silver specie above fifty dollars.
- Certain Hold Harmless Clauses.
- Definitive Title Conveyance in the Transaction, including various other related property.
- Establishment of Security Interest supported by Labor received and credited in specificity.
- Options to increase Obligations.



[1] Urgent Cause Bond RE 240 816 438 US Page 1 of 4

*Special Deposit, All Rights Reserved Internationally. Private Property*

The published claims fail to state what specie of payment is supposedly withheld and by what parties and fails to state a specie of money for the damages sought, nor is a value of ledgered damages put fourth and there is no disclosure of any accounting regarding the case contracts in Public Forum. No Affidavit has been recorded. The Plaintiffs failed to show service of process or service to actual parties with parity.

With the aforesaid failures to show actual standing to sue or bring claim, there is no Office of Management and Budget number causing immediate Estopple of these suits.

There is no show of the Nature or Cause of the proceedings and no Show of Venue or Law form, whether in Law or Equity using the appearance of both forms without substance or validity.

No appearance bond or stipulation is shown to be previously presented at the outset of this premature suit or suits based on an incompetent complaint. As such these Notaries within the Private Guild called the California Bar Association have failed to even initiate a suit or claim committing fraud upon the court publicly and are attempting to unlawfully convey property without authority, thereby potentially damaging this Beneficial Owner, causing this Objection.

### Attachment Performance Binder
#### Ex Parte, in chambers:

It appears that these claims are somehow utilizing accounts ledgered by the California Comprehensive Annual Financial Report or Reports even though no bond for the suit or suits have been shown, these accounts are: 93764, 275264, 192134, 264392, 164242, 286260, 319557, &c. and as such there must be Trustees with Public Hazard Bonding as a matter of Due Course, Due Diligence, Prudence, and Competency; otherwise incompetence and opportunity for fraud is abetted and probably felonious.

The above Accounts must therefore be the proper accounts to bond these securitized claims in your District Court as they are the published accounts upon the face of these incompetent complaints leading to suit and security issue. As I am The Beneficial Owner of the Property within the Private Acceptance-Claim Security Instrument 71733837268469, the Plaintiffs and Defendants to whatever it is that is actually going on with the above suit or suit securities, must accept that I am exercising my right to utilize these accounts to bond these claims for damages that may be inflicted upon the Trust derived from the Private Acceptance-Claim Security Instrument 71733837268469 for adequate

*Joseph Jones* [signature]

*Special Deposit, All Rights Reserved Internationally. Private Property.*

The published claims fail to state what specie of payment is supposedly withheld and by what parties and fails to state a specie of money for the damages sought, nor is a value of ledgered damages put fourth and there is no disclosure of any accounting regarding the case contracts in Public Forum. No Affidavit has been recorded. The Plaintiffs failed to show service of process or service to actual parties with parity.

With the aforesaid failures to show actual standing to sue or bring claim, there is no Office of Management and Budget number causing immediate Estopple of these suits.

There is no show of the Nature or Cause of the proceedings and no Show of Venue or Law form, whether in Law or Equity using the appearance of both forms without substance or validity.

No appearance bond or stipulation is shown to be previously presented at the outset of this premature suit or suits based on an incompetent complaint. As such these Notaries within the Private Guild called the California Bar Association have failed to even initiate a suit or claim committing fraud upon the court publicly and are attempting to unlawfully convey property without authority, thereby potentially damaging this Beneficial Owner, causing this Objection.

## Attachment Performance Binder
### Ex Parte, in chambers:

It appears that these claims are somehow utilizing accounts ledgered by the California Comprehensive Annual Financial Report or Reports even though no bond for the suit or suits have been shown, these accounts are: 93764, 275264, 192134, 264392, 164242, 286260, 319557, &c. and as such there must be Trustees with Public Hazard Bonding as a matter of Due Course, Due Diligence, Prudence, and Competency; otherwise incompetence and opportunity for fraud is abetted and probably felonious.

The above Accounts must therefore be the proper accounts to bond these securitized claims in your District Court as they are the published accounts upon the face of these incompetent complaints leading to suit and security issue. As I am The Beneficial Owner of the Property within the Private Acceptance-Claim Security Instrument 71733837268469, the Plaintiffs and Defendants to whatever it is that is actually going on with the above suit or suit securities, must accept that I am exercising my right to utilize these accounts to bond these claims for damages that may be inflicted upon the Trust derived from the Private Acceptance-Claim Security Instrument 71733837268469 for adequate

carabillo, in care of:

Post Office Box 495864

Port Charlotte, Florida

To: U.S. District Court
First Street Courthouse
350 West 1st Street
Courtroom 7D
Los Angeles California

CERTIFIED MAIL

7020 3160 0001 4314 2952

OCT 21 2021
CENTRAL DISTRICT OF CALIF