# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>　　　Plaintiff,<br><br>　　　　　　v.<br><br>ACTIVISION BLIZZARD, INC., et al.,<br>　　　Defendants. | CV 21-7682 DSF (JEMx)<br><br>Order GRANTING Motion to Strike (Dkt. 21) |

　　　Proposed Intervenor the California Department of Fair Employment and Housing (DFEH) moves to strike Plaintiff United States Equal Opportunity Commission's (EEOC) ex parte application to seal and two errata to that application. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for November 29, 2021, is removed from the Court's calendar. While the motion to strike was filed as a regularly noticed motion, the Court sees no reason to delay a ruling as it is clear it should be granted.

　　　The present dispute between DFEH and the EEOC involves certain allegedly privileged information disclosed by the EEOC in its ex parte application to seal its opposition to DFEH's motion to shorten time. The Court has neither the time nor the inclination to comb the EEOC's filing to see if any unredacted material should have been redacted. It is sufficient to note that (1) the EEOC failed to follow the Local Rules

when it filed the application to seal,[1] and (2) the Court has already ruled on the application to shorten time without the need to consider the bulk of the material submitted. Given this, there is no reason the EEOC's application to seal should not be stricken as both irrelevant and procedurally flawed.

The motion to strike is GRANTED. The Clerk is to seal the filings at docket numbers 15, 16, and 17.

IT IS SO ORDERED.

Date: October 27, 2021

Dale S. Fischer
United States District Judge

---

[1] Local Rule 79-5 provides clear, detailed instructions for filing an application to seal that the EEOC nevertheless failed to follow. To the degree that the EEOC believed that materials needed to be submitted *in camera*, it also failed to comply with Local Rule 79-6.