ELENA R. BACA (SB# 160564)
elenabaca@paulhastings.com
FELICIA A. DAVIS (SB# 266523)
feliciadavis@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California  90071-2228
Telephone:  1(213) 683-6000
Facsimile:  1(213) 627-0705

RYAN D. DERRY (SB# 244337)
PAUL HASTINGS LLP
ryanderry@paulhastings.com
101 California Street
Forty-Eighth Floor
San Francisco, California 94111
Telephone:  (415) 856-7000
Facsimile:   (415) 856-7100

Attorneys for Defendants
ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., and KING.COM, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., and KING.COM, INC., and DOES ONE through TEN, inclusive,<br><br>Defendants. | CASE NO. 2:21-CV-07682 DSF-JEM<br><br>**DECLARATION OF ELENA R. BACA IN SUPPORT OF DEFENDANTS' OPPOSITION TO CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING'S MOTION TO INTERVENE**<br><br>Date:      November 29, 2021<br>Time:     1:30p.m.<br>Dept.:     7D<br>Judge:    Hon. Dale S. Fischer |

# DECLARATION OF ELENA R. BACA

I, Elena R. Baca, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am a partner of the law firm of Paul Hastings LLP, counsel of record for Defendants Activision Blizzard, Inc., Blizzard Entertainment, Inc., Activision Publishing, Inc., and King.Com, Inc. (collectively, "Activision Blizzard"). I have personal knowledge of the facts stated in this declaration based on my personal experience and review of Paul Hastings' files created and maintained in the regular course of operations, and, if called as a witness, could and would competently testify to each of them.

2. I submit this declaration in support of Defendants' Opposition to California Department of Fair Employment and Housing's Motion to Intervene.

3. Attached hereto as **Exhibit A** is a true and correct copy of the EEOC's Commissioner's Charge against Activision Blizzard, dated September 26, 2018.

4. Attached hereto as **Exhibit B** is a true and correct copy of DFEH's Director's Complaint against Activision Blizzard, dated October 12, 2018.

5. Attached hereto as **Exhibit C** is a true and correct copy of an email from DFEH Associate Chief Counsel Rumduol Vuong that I received on February 8, 2021.

6. Attached hereto as **Exhibit D** is a true and correct copy of an email chain between counsel for Activision Blizzard, DFEH, and EEOC, respectively, including emails from Ms. Vuong that I received on June 7, 8, 11, and 23, 2021, and emails that I sent to Ms. Vuong on June 9 and 15, 2021.

7. In June 2021, per DFEH's communications, I contacted the EEOC on behalf of Activision Blizzard for clarification regarding jurisdiction over any claims of harassment; the EEOC responded that the EEOC and DFEH had agreed that the DFEH would leave harassment and related claims to the EEOC.

8. Attached hereto as **Exhibit E** is a true and correct copy of DFEH's Cause Letter dated June 24, 2021.

9. Attached hereto as **Exhibit F** is a true and correct copy of an email from DFEH Assistant Chief Counsel Sue Noh that I received on July 9, 2021.

10. Attached hereto as **Exhibit G** is a true and correct copy of an email that my colleague Ryan Derry (Paul Hastings LLP Partner and counsel for Activision Blizzard) sent to Ms. Noh on July 9, 2021, on which I was copied.

11. Attached hereto as **Exhibit H** is a true and correct copy of a letter from EEOC District Director Rosa M. Viramontes that I received on July 12, 2021.

12. Attached hereto as **Exhibit I** is a true and correct copy of an email from Ms. Noh that I received on July 13, 2021.

13. On July 20, 2021, DFEH filed a complaint against Activision Blizzard in Los Angeles County Superior Court, assigned Case No. 21STCV26571 by the Los Angeles County Superior Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 8, 2021, at Los Angeles, California.

ELENA R. BACA