# EXHIBIT A



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Washington, D.C. 20507

Commissioner
Chai R. Feldblum

## COMMISSIONER'S CHARGE

Pursuant to the authority contained in Title VII of the Civil Rights Act of 1964, as amended (Title VII), I issue this Commissioner's Charge against the following employer:

Activision Blizzard, Inc.
3100 Ocean Park Blvd.
Santa Monica, CA  90405

Activision Blizzard, Inc.
16215 Alton Parkway
Irvine, CA  92618

I believe that the above-named entity is an employer within the meaning of Title VII and that it is within the jurisdiction of the United States Equal Employment Opportunity Commission. I further believe that since at least September 1, 2016, this employer may have violated, and may continue to violate Title VII, based on gender.

Specifically, the unlawful discriminatory practices include, but are not limited to:

1. Subjecting female employees to sex-based discrimination, including harassment, based on their gender.

2. Retaliating against female employees for complaining about sex-based discrimination, based on their gender.

3. Paying female employees less than male employees, based on their gender.

The aggrieved persons include all individuals who have been, continue to be, or may in the future be adversely affected by the unlawful employment practices complained of herein.

I, Chai R. Feldblum, declare under penalty of perjury, that the foregoing is, to the best of my knowledge and belief, true and correct.

Executed on this 26th day of Sept., 2018.

*Chai R. Feldblum*

Chai R. Feldblum
Commissioner
Equal Employment Opportunity Commission