# EXHIBIT B

# COMPLAINT FOR DISCRIMINATION

## BEFORE THE STATE OF CALIFORNIA

## DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

Under the California Fair Employment and Housing Act
(Gov. Code, Section 12940 et. seq.)

| | |
|---|---|
| In the Matter of the Complaint of<br>KEVIN KISH, Director, Department of Fair Employment and Housing,<br><br>vs.<br><br>BLIZZARD ENTERTAINMENT, INC.<br>16215 Alton Parkway<br>Irvine, CA 92618<br>And<br>3100 Ocean Park Boulevard<br>Santa Monica, CA 90405 | DFEH No. 201810-03875512<br><br>EEOC No. 37A-2019-00053-C |

THE PARTICULARS ARE:

    1.    I, Kevin Kish, allege that respondent, Blizzard Entertainment, Inc., engaged in discrimination against its employees due to one or more Fair Employment and Housing Act protected bases: Sex - Gender.

    2.    Respondents failed to hire, select or employ persons because of their sex, discriminated in compensation or in terms, conditions or privileges of employment based on sex and failed to take all reasonable steps to prevent unlawful discrimination, harassment, retaliation or discrimination.

    3.    My belief is based on the following: See attached Notice of Group or Systemic Investigation and Director's Complaint for Group/Class Relief.

Date Filed: October 12, 2018

VERIFICATION:

I, **Kevin Kish**, am the **Authorized Representative** in the above-entitled complaint. I have read the foregoing complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters, which are therein alleged on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*/s/ Kevin Kish*

_____
DIRECTOR'S SIGNATURE

Date: October 12, 2018

Elk Grove, CA
Kevin Kish

-2-

*DFEH No.* 201810-03875512

Date Filed: October 12, 2018