# EXHIBIT C

**From:** Vuong, Rumduol@DFEH
**To:** Baca, Elena R.; Trasovan, Irina@DFEH
**Cc:** Davis, Felicia A.; Tanimura, Jane@DFEH
**Subject:** [EXT] RE: Kish v. Activision Blizzard et al.
**Date:** Monday, February 8, 2021 5:07:09 PM
**Attachments:** image001.png

Dear Elena,

I wanted to follow up on our conversation on Friday afternoon to confirm that we are on the same page.

- **Pay Equity Analyses**: We appreciate Respondents' attempt to resolve this matter with DFEH, including the latest discussion regarding waiver, but our understanding is that our efforts to meet and confer have been exhausted. Respondents are unwilling to provide the analyses conducted by their experts on the basis of attorney client and attorney work product privilege.

- **Underlying Data Used for Pay Equity Analyses**: Respondent asserts that identification of the specific data considered by the expert/consultant is protected by privilege and will not be produced by Respondents. Respondents are working on identifying whether there were additional information that may have been considered by the expert/consultant that was not provided to DFEH. Respondents will work on confirming whether additional information was considered and as such information is responsive to DFEH's subpoena, DFEH anticipates such information will be provided on or by February 26 when the subpoena documents are due.

- **Engagement Letter/Scope of Work Agreements**: You expressed that a review of the agreements still need to be completed and will get back to DFEH as to whether Respondents will produce these as part of your response to the subpoena requests due on February 26.

- **Pay Adjustment/Changes:** Respondent are willing to identify adjustment in pay resulting from analyses in response to our subpoena but that it may take several more weeks. DFEH anticipate such information will be provided on or by February 26.

- **Designation of Confidential Information**: DFEH sought clarification regarding Respondents' request for confidential designation under DFEH's Directive 600, especially as several of the requests concern information/documents already provided without such designation. While DFEH is already bound to keep information confidential during investigation, we are concerned that Respondents' request would be tantamount to a pre litigation protective order. You noted that Respondents does not intend for this to be a pre litigation protective order but that there may be protections that naturally flow from the designation. We appreciate the clarification of Respondents' request and will respond as to whether DFEH is amenable to this designation.

- **Tolling agreement**: DFEH noted in our conversation that that our interpretation of the tolling agreement is that deadline extends to 90 days from the lifting of state of emergency and that this event has yet to happen. Respondents disagree with this interpretation and stated its belief that the tolling agreement runs to July 7, 2021. DFEH would appreciate an explanation of how Respondent came up with this date and anticipate the parties will have further discussions regarding this issue.

- **Direction of investigation**: Respondents asked if DFEH had identified issues related to pay, discrimination, harassment and which units/teams are affected by those issues. While we appreciate Respondents' cooperation in this investigation and will consider this request, DFEH's most recent requests are to shore up missing gaps that will allow us to evaluate this case to determine if unlawful conduct has occurred.

- **Depositions**: Your office noted it will represent the deponents and will get back to DFEH this week as to whether the dates noticed work for the witnesses.

Sincerely,
Rumie

---

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication

**From:** Baca, Elena R. <ElenaBaca@paulhastings.com>
**Sent:** Tuesday, February 2, 2021 4:22 PM
**To:** Vuong, Rumduol@DFEH <Rumduol.Vuong@dfeh.ca.gov>; Trasovan, Irina@DFEH <Irina.Trasovan@dfeh.ca.gov>
**Cc:** Davis, Felicia A. <feliciadavis@paulhastings.com>
**Subject:** RE: Kish v. Activision Blizzard et al.

> **[EXTERNAL]** This email originated from outside DFEH. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Great.  Have moved to same hour, but on Friday

---

**Elena Baca | Partner, Employment Law Department**
Paul Hastings LLP | 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, CA 90071 |
Direct: +1.213.683.6306 | Main: +1.213.683.6000 | Fax: +1.213.996.3306 |
elenabaca@paulhastings.com | www.paulhastings.com

**From:** Vuong, Rumduol@DFEH <Rumduol.Vuong@dfeh.ca.gov>
**Sent:** Tuesday, February 2, 2021 4:09 PM
**To:** Baca, Elena R. <ElenaBaca@paulhastings.com>; Trasovan, Irina@DFEH <Irina.Trasovan@dfeh.ca.gov>
**Cc:** Davis, Felicia A. <feliciadavis@paulhastings.com>
**Subject:** [EXT] RE: Kish v. Activision Blizzard et al.

Hi Elena,

I am available Friday from 1-4pm.

Rumie

**From:** Baca, Elena R. <ElenaBaca@paulhastings.com>
**Sent:** Tuesday, February 2, 2021 4:08 PM
**To:** Vuong, Rumduol@DFEH <Rumduol.Vuong@dfeh.ca.gov>; Trasovan, Irina@DFEH <Irina.Trasovan@dfeh.ca.gov>
**Cc:** Davis, Felicia A. <feliciadavis@paulhastings.com>
**Subject:** Kish v. Activision Blizzard et al.

> **[EXTERNAL]** This email originated from outside DFEH. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Rumie – Sorry, but I need to move our call tomorrow.  Any chance you have availability on Friday?

---

**Elena Baca | Partner, Employment Law Department**
Paul Hastings LLP | 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, CA 90071 |
Direct: +1.213.683.6306 | Main: +1.213.683.6000 | Fax: +1.213.996.3306 |
elenabaca@paulhastings.com | www.paulhastings.com

*********************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.

---

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.