# EXHIBIT E

STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency                                       GOVERNOR GAVIN NEWSOM

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                                                                DIRECTOR KEVIN KISH

2218 Kausen Drive, Suite 100 I Elk Grove I CA I 95758
800-884-1684 (voice) I 800-700-2320 (TTY) | California's Relay Service at 711
www.dfeh.ca.gov I email: contact.center@dfeh.ca.gov

*Via USPS Certified Mail,*
*Courtesy Copy Via Email to:* elenabaca@paulhastings.com, feliciadavis@paulhastings.com, ryanderry@paulhastings.com

June 24, 2021

Blizzard Entertainment, Inc.,
c/o Elena Baca, Esq.
Paul Hastings, LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071

Activision Blizzard, Inc.,
c/o Elena Baca, Esq.
Paul Hastings, LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071

Activision Publishing, Inc.,
c/o Elena Baca, Esq.
Paul Hastings, LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071

RE:     **Notice of Cause Finding and Mandatory Dispute Resolution**
        *Kish v. Blizzard Entertainment Inc., et al.* (DFEH Case No. 201810-03875512)

Dear Counsel:

      The Department of Fair Employment and Housing (hereinafter "DFEH") has completed its investigation of the above referenced complaint.  Based on the evidence DFEH has collected during its investigation, DFEH has reason to file a civil complaint in superior court against Blizzard Entertainment, Inc., Activision Blizzard, Inc., and Activision Publishing, Inc.

      Before the DFEH files a civil action, Government Code sections 12965 and 12981 require all parties to participate in a free mandatory dispute resolution conducted by the DFEH's Dispute Resolution Division ("Division"). The Division provides a neutral and confidential dispute resolution process, ensures that settlement discussions are conducted behind a firewall, and achieves a consistently high settlement rate by its experienced in-house mediators.

      As a result, the DFEH directs this matter to mandatory dispute resolution. We hope that you will timely take advantage of the opportunity to resolve this dispute without litigation. A DFEH mediator is available on July 1, 2021, at 10 am or 1 pm or on July 2, 2021, at 10 am or 1 pm to conduct a mediation via Zoom.  Please respond no later than June 28, 2021, with your selected

June 24, 2021
Re: Kish v. Blizzard Entertainment, Inc., et al.
Page **2** of **2**

_____

mediation slot.

                                      Sincerely,

                                      Rumie Vuong,
                                      Associate Chief Counsel
                                      rumduol.vuong@dfeh.ca.gov
                                      (213) 215-5284