# EXHIBIT F

# Baca, Elena R.

| | |
|---|---|
| **From:** | Noh, Sue@DFEH <Sue.Noh@dfeh.ca.gov> |
| **Sent:** | Friday, July 9, 2021 11:20 AM |
| **To:** | Baca, Elena R. |
| **Cc:** | Vuong, Rumduol@DFEH; Mesinas, Soyeon@DFEH; Derry, Ryan D.; Davis, Felicia A. |
| **Subject:** | [EXT] RE: Kish v. Activision Blizzard et al - Proposed Tolling Agreement |
| **Attachments:** | Tolling Agreement - July 8 2021 DFEH edits.docx |

Hi Elena,

Thank you for sending the tolling agreement and confirming the mediation date with Mark Rudy. We made some edits in the attached that clarify our discussion, especially paragraph 3, and we hope the edits will be approved by your client. Please excuse the formatting issues that resulted from converting from PDF to Word. Because the mandatory dispute resolution with the DFEH's Dispute Resolution Division is free of charge, we expect to see you there absent this tolling agreement being finalized before then. Thank you for continuing to facilitate dialogue.

Sue Noh
Assistant Chief Counsel
Department of Fair Employment & Housing
Cell: 916-708-2329
*she/her*

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**From:** Baca, Elena R. <ElenaBaca@paulhastings.com>
**Sent:** Thursday, July 8, 2021 9:07 PM
**To:** Noh, Sue@DFEH <Sue.Noh@dfeh.ca.gov>
**Cc:** Vuong, Rumduol@DFEH <Rumduol.Vuong@dfeh.ca.gov>; Mesinas, Soyeon@DFEH <Soyeon.Mesinas@dfeh.ca.gov>; Derry, Ryan D. <ryanderry@paulhastings.com>; Davis, Felicia A. <feliciadavis@paulhastings.com>
**Subject:** Kish v. Activision Blizzard et al - Proposed Tolling Agreement

[EXTERNAL] This email originated from outside DFEH. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Sue –

Thank you again for your time yesterday. Our clients are interested in continuing their dialogue with the DFEH. We have confirmed the December 9, 2021, mediation date with Mark Rudy. We also are attaching a draft tolling agreement that aligns with our discussion yesterday. This agreement extends the deadline to allow for a December mediation, leaving to the side for now any and all of our differences on substance, procedure, and jurisdiction, on the understanding that the parties will continue to discuss these issues. Please let us know if this form of agreement is acceptable to the DFEH.

1

Many thanks.

**PAUL HASTINGS**

**Elena R. Baca| Partner**
Paul Hastings LLP | 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, CA 9007
Direct: +1.213.683.6306 | Main: +1.213.683.6000 | Fax: +1.213.996.3306 |
elenabaca@paulhastings.com | www.paulhastings.com

*********************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.

```
 1  DEPARTMENT OF FAIR EMPLOYMENT
    AND HOUSING
 2  320 West Fourth Street
    Los Angeles, CA 90013
 3  Telephone: (213) 439-6799
    Facsimile: (888) 382-5293
 4
 5
        BEFORE THE DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING
 6                    OF THE STATE OF CALIFORNIA
 7
 8  In the Matter of the Complaint of KEVIN KISH,    DFEH Case No.: 201810-03875512
    Director, DEPARTMENT OF FAIR                     EEOC Case No.: 37A-2019-00053-C
 9  EMPLOYMENT AND HOUSING,
                          Complainant,
10
11               vs.                                 AGREEMENT TO TOLL STATUTORY
    BLIZZARD ENTERTAINMENT, INC.;                    DEADLINES, EXTENSION
12  ACTIVISION BLIZZARD, INC.; and
13  ACTIVISION PUBLISHING, INC.
14
                          Respondents.
15
```

18  WHEREAS, the Department of Fair Employment and Housing ("DFEH") issued a Director's

19  Complaint on October 12, 2018, and an Amended Director's Complaint on October 29, 2018, Case No.

20  201810-03875512 (EEOC Charge No. 37A-2019-0053-C), against Blizzard Entertainment, Inc. and

21  Activision Blizzard, Inc., Activision Publishing, Inc. ("DFEH Complaint").

22  WHEREAS, the Department of Fair Employment and Housing ("DFEH") issued a Notice of

23  Cause Finding on June 24, 2021.

24  WHEREAS, on May 6, 2020, the DFEH and Respondents (collectively "Parties") entered into a

25  tolling agreement.

26  WHEREAS, on July 1, 2021, the Parties agreed to a further Agreement to Toll Statutory

27  Deadlines, to July 21, 2021.

~~27~~    WHEREAS, DFEH required all parties to participate on July 15, 2021, in mandatory dispute resolution in the department's internal dispute resolution division free of charge to all parties in an effort to resolve the dispute without litigation.

28  WHEREAS, the Parties have agreed to a further tolling agreement.

-1-

*Kish v. Blizzard Entertainment, Inc., et al.* (DFEH No. 201810-03875512)
TOLLING AGREEMENT EXTENSION

1  BASED ON THE FOREGOING, the Parties agree to the following with respect to the DFEH
2  Complaint:
3      1.  The Parties will participate in a mediation on December 9, 2021, with Mark Rudy or, if
4  mutually agreed to by the parties, on some other mutually convenient date before a mutually agreed
5  upon mediator prior to January 15, 2022. This mediation will be in lieu of the mandatory dispute
6  resolution in DFEH's internal dispute resolution division required under Government Code Section
7  12965(a).[1] The Parties further agree that they will participate in a pre-mediation discussion with the
8  mediator during which the parties will share information~~, and the DFEH will identify the issues and~~
9  ~~claims it seeks to pursue, in preparation for mediation~~.
10     2.  The Parties agree to extend the current deadline by which DFEH must bring a civil action
11 based on the DFEH Complaint pursuant to Government Code Section 12965 and 12961, to February 9,
12 2022, or sixty (60) days from the date either party provides the other party with written notice that they
13 deem all mediation efforts to have concluded, whichever is later.
14     3.  This Agreement between DFEH and Respondents does not modify, alter, enhance or
15 otherwise impact any right of a real party in interest to initiate litigation without the involvement of
   DFEH as a party; nor does it impact Respondents' rights or defenses in any such litigation. <u>The EEOC's Commissioner's Charge No. 480-2018-05212</u> ~~This~~
16 ~~Agreement~~ does not modify, alter, ~~enhance~~ or otherwise impact <u>the DFEH Complaint.</u> ~~the EEOC's Commissioner's Charge~~
   ~~No. 480-2018-05212, including, but not limited to, jurisdiction or any conciliation, settlement, litigation~~
   ~~or other enforcement processes; nor does it impact Respondents' rights or defense in any such~~
   ~~proceedings.~~ <u>Any conciliation, settlement, litigation, other enforcement processes,</u> ~~or~~ <u>or resolution related to the EEOC shall not prevent, impede, interfere or serve as a right or defense to any DFEH claim.</u> ~~in any lawsuit brought by the DFEH.~~ ~~Nor does this Agreement modify, alter, enhance or otherwise impact Respondents' ability~~
17 ~~to resolve (through settlement or adversarial proceeding) any substantive legal issue with the EEOC, on~~
18 ~~behalf of itself or any real party in interest, or to raise any such resolution as a right or defense to claims~~
19 ~~covered by the DFEH Complaint.~~
20     4.  ~~If~~ <u>a civil complaint asserting claims covered by the DFEH Complaint is filed by DFEH~~
21 ~~by February 9, 2022, or sixty (60) days after the date that one party provides the other with written~~

-2-

*Kish v. Blizzard Entertainment, Inc., et al.* (DFEH No. 201810-03875512)
TOLLING AGREEMENT EXTENSION

~~DFEH~~

~~27~~

~~28~~ ~~¹ All references to the Government Code shall refer to the California Government Code unless otherwise stated.~~

1. ~~has not missed its deadline under Government Code Section 12965(a). Respondents further agree that,~~
2. ~~provided the DFEH meets the new deadline described in this paragraph, they will not raise, pursue,~~
3. ~~claim, or assert, in any manner whatsoever, any affirmative defense based upon a claim that DFEH~~
4. ~~failed to timely file a civil action pursuant to Government Code Section 12965(a) or 12961 with respect~~
5. ~~to the claims covered by the DFEH Complaint. Notwithstanding this waiver, Respondents retain all~~
6. ~~other rights and defenses whether found in law or equity with respect to the claims covered by the~~
7. ~~DFEH Complaint, including any and all defenses based on timeliness, aside from the time to file a civil~~
8. ~~action as required by Government Code Section 12965(a) which is extended by this agreement.~~
9. ~~5.  The Parties agree that the DFEH: (i) will not file a lawsuit or civil action prior to January~~
10. ~~15, 2022; and (ii) will provide Respondents with written notice if the DFEH intends to file a civil action~~
11. ~~at least 48 hours before doing so.~~

12/1. 6. This Agreement may be signed in counterparts, each of which shall be deemed to be an original, and all of which taken together shall constitute one and the same agreement. Electronic and/or email signatures shall be acceptable signatures for purposes of binding the Parties to the terms of this Agreement.

17 ///
///
18 ///
19
20
21

22
23
24
25
26
27
28

7. This Agreement constitutes the entire agreement of the Parties with respect to the matters set forth herein and shall remain in effect until the expiration of the tolling period. The Agreement may not be modified, altered, or changed in any way except in writing signed by the Parties.

IT IS SO AGREED:

DATED: July___, 2021     DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

By:_____
RUMDUOL VUONG
Attorney & Authorized Representative for
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

DATED: July___, 2021     PAUL HASTINGS LLP
ELENA BACA
RYAN DERRY
FELICIA DAVIS

By:_____
ELENA BACA
Attorneys & Authorized Representative for Respondents,
BLIZZARD ENTERTAINMENT, INC., ACTIVISION
BLIZZARD, INC., ACTIVISION PUBLISHING, INC.