# EXHIBIT G

## Baca, Elena R.

| | |
|---|---|
| **From:** | Derry, Ryan D. |
| **Sent:** | Friday, July 9, 2021 3:32 PM |
| **To:** | Noh, Sue@DFEH |
| **Cc:** | Vuong, Rumduol@DFEH; Mesinas, Soyeon@DFEH; Davis, Felicia A.; Baca, Elena R. |
| **Subject:** | RE: Kish v. Activision Blizzard et al - Proposed Tolling Agreement |
| **Attachments:** | REDLINE - July 9, 2021.pdf; Tolling Agreement - July 9, 2021.pdf |

Hi Sue – Thanks for your email and revised agreement.  Attached is an updated clean document and corresponding redline.  We should be able to agree to most of the changes proposed.  As to Paragraph 3, the new language proposed would seem to be asking Respondents to waive issue/claim preclusion arguments, which is not Respondents' intent in agreeing to allow additional time for private mediation.  We propose leaving the impact of the EEOC proceedings for another day and keeping the agreement focused on timing.  To do this, we suggest deleting the balance of Paragraph 3, after the first sentence.

If this agreement is acceptable to the DFEH, please feel free to circulate a signed copy.  We will counter sign.

Thanks,


**From:** Noh, Sue@DFEH <Sue.Noh@dfeh.ca.gov>
**Sent:** Friday, July 9, 2021 11:20 AM
**To:** Baca, Elena R. <ElenaBaca@paulhastings.com>
**Cc:** Vuong, Rumduol@DFEH <Rumduol.Vuong@dfeh.ca.gov>; Mesinas, Soyeon@DFEH <Soyeon.Mesinas@dfeh.ca.gov>; Derry, Ryan D. <ryanderry@paulhastings.com>; Davis, Felicia A. <feliciadavis@paulhastings.com>
**Subject:** [EXT] RE: Kish v. Activision Blizzard et al - Proposed Tolling Agreement

Hi Elena,

Thank you for sending the tolling agreement and confirming the mediation date with Mark Rudy.  We made some edits in the attached that clarify our discussion, especially paragraph 3, and we hope the edits will be approved by your client.  Please excuse the formatting issues that resulted from converting from PDF to Word.  Because the mandatory dispute resolution with the DFEH's Dispute Resolution Division is free of charge, we expect to see you there absent this tolling agreement being finalized before then.  Thank you for continuing to facilitate dialogue.

Sue Noh
Assistant Chief Counsel
Department of Fair Employment & Housing
Cell: 916-708-2329
*she/her*

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**From:** Baca, Elena R. <ElenaBaca@paulhastings.com>
**Sent:** Thursday, July 8, 2021 9:07 PM
**To:** Noh, Sue@DFEH <Sue.Noh@dfeh.ca.gov>
**Cc:** Vuong, Rumduol@DFEH <Rumduol.Vuong@dfeh.ca.gov>; Mesinas, Soyeon@DFEH <Soyeon.Mesinas@dfeh.ca.gov>;
Derry, Ryan D. <ryanderry@paulhastings.com>; Davis, Felicia A. <feliciadavis@paulhastings.com>
**Subject:** Kish v. Activision Blizzard et al - Proposed Tolling Agreement

---

**[EXTERNAL]** This email originated from outside DFEH. Do not click links or open attachments unless you
recognize the sender and know the content is safe.

---

Hi Sue –

Thank you again for your time yesterday.  Our clients are interested in continuing their dialogue with the DFEH.  We
have confirmed the December 9, 2021, mediation date with Mark Rudy.  We also are attaching a draft tolling agreement
that aligns with our discussion yesterday.  This agreement extends the deadline to allow for a December mediation,
leaving to the side for now any and all of our differences on substance, procedure, and jurisdiction, on the
understanding that the parties will continue to discuss these issues.   Please let us know if this form of agreement is
acceptable to the DFEH.

Many thanks.

---

PAUL
HASTINGS

**Elena R. Baca| Partner**
Paul Hastings LLP | 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, CA 9007
Direct: +1.213.683.6306 | Main: +1.213.683.6000 | Fax: +1.213.996.3306 |
elenabaca@paulhastings.com | www.paulhastings.com

*************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received
this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
If you reply to this message, Paul Hastings may collect personal information including your name, business name
and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy
and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.

1  DEPARTMENT OF FAIR EMPLOYMENT
   AND HOUSING
2  320 West Fourth Street
   Los Angeles, CA 90013
3  Telephone: (213) 439-6799
   Facsimile: (888) 382-5293
4

5

6  **BEFORE THE DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING**

7  **OF THE STATE OF CALIFORNIA**

8
   | In the Matter of the Complaint of KEVIN KISH, Director, DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, | **DFEH Case No.: 201810-03875512**<br>**EEOC Case No.: 37A-2019-00053-C** |

9

10                                Complainant,

11            vs.                                          AGREEMENT TO TOLL STATUTORY
                                                           DEADLINES, EXTENSION
12 BLIZZARD ENTERTAINMENT, INC.;
   ACTIVISION BLIZZARD, INC.; and
13 ACTIVISION PUBLISHING, INC.

14
                                Respondents.
15

16

17

18      WHEREAS, the Department of Fair Employment and Housing ("DFEH") issued a Director's

19 Complaint on October 12, 2018, and an Amended Director's Complaint on October 29, 2018, Case No.

20 201810-03875512 (EEOC Charge No. 37A-2019-0053-C), against Blizzard Entertainment, Inc.,

21 Activision Blizzard, Inc., and Activision Publishing, Inc. ("DFEH Complaint").

22      WHEREAS, the Department of Fair Employment and Housing ("DFEH") issued a Notice of

23 Cause Finding on June 24, 2021.

24      WHEREAS, on May 6, 2020, the DFEH and Respondents (collectively "Parties") entered into a

25 tolling agreement.

26      WHEREAS, on July 1, 2021, the Parties agreed to a further Agreement to Toll Statutory

27 Deadlines, to July 21, 2021.

28

-1-

*Kish v. Blizzard Entertainment, Inc., et al.* (DFEH No. 201810-03875512)
TOLLING AGREEMENT EXTENSION

WHEREAS, DFEH required all parties to participate on July 15, 2021, in mandatory dispute resolution in the DFEH's internal dispute resolution division free of charge to all parties in an effort to resolve the dispute without litigation.

WHEREAS, the Parties have agreed to a further tolling agreement.

BASED ON THE FOREGOING, the Parties agree to the following with respect to the DFEH Complaint:

1.      The Parties will participate in a mediation on December 9, 2021, with Mark Rudy or, if mutually agreed to by the parties, on some other mutually convenient date before a mutually agreed upon mediator prior to January 15, 2022.  This mediation will be in lieu of the mandatory dispute resolution in DFEH's internal dispute resolution division required under Government Code Section 12965(a).[1]  The Parties further agree that they will participate in a pre-mediation discussion with the mediator during which the parties will share information.

2.      The Parties agree to extend the current deadline by which DFEH must bring a civil action based on the DFEH Complaint pursuant to Government Code Section 12965 and 12961, to February 9, 2022, or sixty (60) days from the date either party provides the other party with written notice that they deem all mediation efforts to have concluded, whichever is later.

3.      This Agreement between DFEH and Respondents does not modify, alter, enhance or otherwise impact any right of a real party in interest to initiate litigation without the involvement of DFEH as a party; nor does it impact Respondents' rights or defenses in any such litigation.

4.      This Agreement may be signed in counterparts, each of which shall be deemed to be an original, and all of which taken together shall constitute one and the same agreement.  Electronic and/or email signatures shall be acceptable signatures for purposes of binding the Parties to the terms of this Agreement.

///

///

///

---

[1] All references to the Government Code shall refer to the California Government Code unless otherwise stated.

*Kish v. Blizzard Entertainment, Inc., et al.* (DFEH No. 201810-03875512)
TOLLING AGREEMENT EXTENSION

5.      This Agreement constitutes the entire agreement of the Parties with respect to the matters set forth herein and shall remain in effect until the expiration of the tolling period.  The Agreement may not be modified, altered, or changed in any way except in writing signed by the Parties.

IT IS SO AGREED:

DATED:  July __, 2021          DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING


By:_____
                    RUMDUOL VUONG
Attorney & Authorized Representative for
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

DATED:  July __, 2021          PAUL HASTINGS LLP
                                            ELENA BACA
                                            RYAN DERRY
                                            FELICIA DAVIS


By:_____
                    ELENA BACA
Attorneys & Authorized Representative for Respondents,
BLIZZARD ENTERTAINMENT, INC., ACTIVISION
BLIZZARD, INC., ACTIVISION PUBLISHING, INC.

1  DEPARTMENT OF FAIR EMPLOYMENT
   AND HOUSING
2  320 West Fourth Street
   Los Angeles, CA 90013
3  Telephone: (213) 439-6799
   Facsimile: (888) 382-5293
4

5

6        **BEFORE THE DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING**

7                    **OF THE STATE OF CALIFORNIA**

8  In the Matter of the Complaint of KEVIN KISH,      **DFEH Case No.: 201810-03875512**
   Director, DEPARTMENT OF FAIR                        **EEOC Case No.: 37A-2019-00053-C**
9  EMPLOYMENT AND HOUSING,
10                              Complainant,
                                                       AGREEMENT TO TOLL STATUTORY
11              vs.                                     DEADLINES, EXTENSION

12 BLIZZARD ENTERTAINMENT, INC.;
   ACTIVISION BLIZZARD, INC.; and
13 ACTIVISION PUBLISHING, INC.

14                              Respondents.

15

16

17

18        WHEREAS, the Department of Fair Employment and Housing ("DFEH") issued a Director's

19 Complaint on October 12, 2018, and an Amended Director's Complaint on October 29, 2018, Case No.

20 201810-03875512 (EEOC Charge No. 37A-2019-0053-C), against Blizzard Entertainment, Inc.,

21 Activision Blizzard, Inc., and Activision Publishing, Inc. ("DFEH Complaint").

22        WHEREAS, the Department of Fair Employment and Housing ("DFEH") issued a Notice of

23 Cause Finding on June 24, 2021.

24        WHEREAS, on May 6, 2020, the DFEH and Respondents (collectively "Parties") entered into a

25 tolling agreement.

26        WHEREAS, on July 1, 2021, the Parties agreed to a further Agreement to Toll Statutory

27 Deadlines, to July 21, 2021.

28

*Kish v. Blizzard Entertainment, Inc., et al.* (DFEH No. 201810-03875512)
TOLLING AGREEMENT EXTENSION

1     WHEREAS, DFEH required all parties to participate on July 15, 2021, in mandatory dispute

2     resolution in the DFEH's internal dispute resolution division free of charge to all parties in an effort to

3     resolve the dispute without litigation.

4     WHEREAS, the Parties have agreed to a further tolling agreement.

5     BASED ON THE FOREGOING, the Parties agree to the following with respect to the DFEH

6     Complaint:

7     1.     The Parties will participate in a mediation on December 9, 2021, with Mark Rudy or, if

8     mutually agreed to by the parties, on some other mutually convenient date before a mutually agreed upon

9     mediator prior to January 15, 2022.  This mediation will be in lieu of the mandatory dispute resolution in

10    DFEH's internal dispute resolution division required under Government Code Section 12965(a).[1]  The

11    Parties further agree that they will participate in a pre-mediation discussion with the mediator during

12    which the parties will share information.

13    2.     The Parties agree to extend the current deadline by which DFEH must bring a civil action

14    based on the DFEH Complaint pursuant to Government Code Section 12965 and 12961, to February 9,

15    2022, or sixty (60) days from the date either party provides the other party with written notice that they

16    deem all mediation efforts to have concluded, whichever is later.

17    3.     This Agreement between DFEH and Respondents does not modify, alter, enhance or

18    otherwise impact any right of a real party in interest to initiate litigation without the involvement of

19    DFEH as a party; nor does it impact Respondents' rights or defenses in any such litigation. ~~The EEOC's~~

20    ~~Commissioner's Charge No. 480-2018-05212 does not modify, alter, or otherwise impact the DFEH~~

21    ~~Complaint. Any conciliation, settlement, litigation, other enforcement processes, or resolution related~~

22    ~~to the EEOC shall not prevent, impede, interfere or serve as a right or defense to any DFEH claim.~~.

23    4.     This Agreement may be signed in counterparts, each of which shall be deemed to be an

24    original, and all of which taken together shall constitute one and the same agreement.  Electronic and/or

25    email signatures shall be acceptable signatures for purposes of binding the Parties to the terms of this

26    Agreement.

27    ///

28    [1] All references to the Government Code shall refer to the California Government Code unless otherwise stated.

-2-

1    ///

2    ///

3         5.     This Agreement constitutes the entire agreement of the Parties with respect to the matters

4    set forth herein and shall remain in effect until the expiration of the tolling period.  The Agreement may

5    not be modified, altered, or changed in any way except in writing signed by the Parties.

6

7    IT IS SO AGREED:

8

9    DATED:  July __, 2021        DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

10

11

12

13   By: _____

14                  RUMDUOL VUONG

15   Attorney & Authorized Representative for

16   DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

17   DATED:  July __, 2021        PAUL HASTINGS LLP

18                                        ELENA BACA

19                                        RYAN DERRY

20                                        FELICIA DAVIS

21   By: _____

22                  ELENA BACA

23   Attorneys & Authorized Representative for Respondents,
     BLIZZARD ENTERTAINMENT, INC., ACTIVISION

24   BLIZZARD, INC., ACTIVISION PUBLISHING, INC.

25

26

27

28