| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |
|---|
| ELENA R. BACA (SB# 160564) |
| elenabaca@paulhastings.com |
| PAUL HASTINGS LLP |
| 515 South Flower Street, 25th Floor |
| Los Angeles, CA 90071 |
| Telephone: (213) 683-6000 |
| Facsimile: (213) 627-0705 |
| ATTORNEY(S) FOR: Defendants Activision Blizzard, Inc., et al. |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>Plaintiff(s),<br>v.<br>ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., AND KING.COM, INC.<br><br>Defendant(s) | CASE NUMBER:<br>2:21-cv-07682-DSF-JEM<br><br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Defendants Activision Blizzard, Inc., et al.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| U.S. Equal Employment Opportunity Commission | Plaintiff |
| Activision Blizzard, Inc. | Defendant |
| Blizzard Entertainment, Inc. | Defendant |
| Activision Publishing, Inc. | Defendant |
| King.com, Inc. | Defendant |

November 8, 2021
Date

Signature
Elena R. Baca, Esq.

Attorney of record for (or name of party appearing in pro per):

Defendants Activision Blizzard, Inc., et al.

CV-30 (05/13)   NOTICE OF INTERESTED PARTIES


American LegalNet, Inc.
www.FormsWorkFlow.com