1  ELENA R. BACA (SB# 160564)
   elenabaca@paulhastings.com
2  FELICIA A. DAVIS (SB# 266523)
   feliciadavis@paulhastings.com
3  PAUL HASTINGS LLP
   515 South Flower Street
4  Twenty-Fifth Floor
   Los Angeles, California 90071-2228
5  Telephone: (213) 683-6000
   Facsimile: (213) 627-0705
6
   RYAN D. DERRY (SB# 244337)
7  ryanderry@paulhastings.com
   PAUL HASTINGS LLP
8  101 California Street
   Forty-Eighth Floor
9  San Francisco, California 94111
   Telephone: (415) 856-7000
10 Facsimile: (415) 856-7100

11 Attorneys for Defendant
   ACTIVISION BLIZZARD, INC.,
12 BLIZZARD ENTERTAINMENT, INC.,
   ACTIVISION PUBLISHING, INC., AND
13 KING.COM, INC.

14                    UNITED STATES DISTRICT COURT

15                   CENTRAL DISTRICT OF CALIFORNIA

16

17 | U.S. EQUAL EMPLOYMENT          | CASE NO. 2:21-cv-07682-DSF-JEM
   | OPPORTUNITY COMMISSION,        |
18 |                                | **DEFENDANTS' CORPORATE**
   |          Plaintiff,            | **DISCLOSURE STATEMENT**
19 |                                | **[FED. R. CIV. P. 7.1]**
   |     vs.                        |
20 |                                | Courtroom: 7D
   | ACTIVISION BLIZZARD, INC.,     | Judge:     Hon. Dale S. Fischer
21 | BLIZZARD ENTERTAINMENT, INC.,  |
   | ACTIVISION PUBLISHING, INC.,   |
22 | KING.COM, INC., and DOES ONE   |
   | through TEN, inclusive,        |
23 |                                |
   |          Defendants.           |
24

25

26

27

28

                                          CORPORATE DISCLOSURE STATEMENT

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Activision Blizzard, Inc., Blizzard Entertainment, Inc., Activision Publishing, Inc., and King.com, Inc. hereby identify any parent corporation and any publicly held corporation owning 10% or more of their stock:

Blizzard Entertainment, Inc., Activision Publishing, Inc., and King.com, Inc. are wholly owned subsidiaries of Activision Blizzard, Inc. Activision Blizzard, Inc. is a publicly traded company.

No other publicly-held company owns 10% or more of Activision Blizzard, Inc.'s stock.

DATED: November 8, 2021

ELENA R. BACA
RYAN D. DERRY
FELICIA A. DAVIS
PAUL HASTINGS LLP

By: _____
ELENA R. BACA

Attorneys for Defendants
ACTIVISION BLIZZARD, INC.,
BLIZZARD ENTERTAINMENT, INC.,
ACTIVISION PUBLISHING, INC., AND
KING.COM, INC.