Anna Y. Park, SBN 164242
anna.park@eeoc.gov
Nakkisa Akhavan, SBN 286260
nakkisa.akhavan@eeoc.gov
Taylor Markey, SBN 319557
taylor.markey@eeoc.gov
Maurice Neishlos, NY SBN 5639265
maurice.neishlos@eeoc.gov
Alisha Ansari, SBN 312875
alisha.ansari@eeoc.gov
Ella Hushagen, SBN 297990
ella.hushagen@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 785-3090
Facsimile: (213) 894-1301
E Mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., and KING DIGITAL ENTERTAINMENT, INC., and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No.: 2:21-CV-07682-DSF-JEM<br><br>**EXHIBIT INDEX** |

# EXHIBIT INDEX

| Exhibit No. | Document Description |
|---|---|
| A | Email from Wipper dated May 22, 2020 |
| B | Email from Wipper dated June 2, 2020 |
| C | Email from Wipper dated June 4, 2020 |
| D | Email from Stern dated August 20, 2020 |
| E | Email from Wipper dated August 27, 2020 |
| F | DFEH Letter dated June 15, 2021 |
| G | EEOC Letter dated June 23, 2021 |
| H | EEOC Letter dated July 12, 2021 |
| I | Email from Wipper dated July 27, 2021 |
| J | Email from Viramontes dated August 2, 2021 |
| K | Email from Wipper dated August 13, 2021 |
| L | Letter from EEOC dated Sept 23, 2021 |
| M | EEOC's meet and confer letter dated October 21, 2021 |
| N | DFEH's October 24, 2021 Email with Attached Proposed Notice to Claimants |
| O | EEOC's email memorializing meet and confer dated November 8, 2021 |
| P | EEOC's meet and confer letter dated October 29, 2021 |

Respectfully submitted,

Dated: November 8, 2021        U.S. EQUAL EMPLOYMENT
                               OPPORTUNITY COMMISSION

                         By:        /s/ Taylor Markey
                               Senior Trial Attorney
                               E-Mail: taylor.markey@eeoc.gov