# EXHIBIT A

# EXHIBIT A

**To:** ROSA VIRAMONTES[ROSA.VIRAMONTES@EEOC.GOV]
**From:** Wipper, Janette@DFEH[Janette.Wipper@dfeh.ca.gov]
**Sent:** Fri 5/22/2020 12:28:54 PM (UTC-04:00)
**Subject:** PRIVILEGED & CONFIDENTIAL EEOC/DFEH Investigation of Activision Blizzard

PRIVILEGED and CONFIDENTIAL,
*subject to government privileges and attorney-client/ work-product privileges*

Rosa,

Pursuant to our worksharing agreement, our common equal employment opportunity authorities, and our common goals, DFEH and EEOC are working together on an investigation of potential violations by Activision Blizzard and its subsidiaries/affiliates.

As previously discussed, EEOC is working on the sexual harassment allegations of the investigation, and DFEH is working on allegations of sex discrimination and failure to prevent discrimination and other violations in the investigation. We will continue to coordinate during the investigation. If reasonable cause determinations are issued by both agencies, we will also coordinate conciliation and mediation efforts together.

We look forward to working with you.

Janette

_____

_____

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.