# EXHIBIT B

# EXHIBIT B

| | |
|---|---|
| **To:** | ROSA VIRAMONTES[ROSA.VIRAMONTES@EEOC.GOV] |
| **From:** | Wipper, Janette@DFEH[Janette.Wipper@dfeh.ca.gov] |
| **Sent:** | Tue 6/2/2020 3:04:04 PM (UTC-04:00) |
| **Subject:** | RE: PRIVILEGED & CONFIDENTIAL EEOC/DFEH Investigation of Activision Blizzard |

Hi Rosa,

Per our discussion, EEOC plans to take the lead on investigation of the harassment allegations in this matter, and DFEH plans to take the lead on the employment discrimination allegations in this matter, including pay, promotion and advancement opportunities, hiring and assignment, transfer, training and other opportunities, reassignment, demotion and termination allegations.  Also, DFEH will take the lead on state claims that do not exist under federal law such as the failure to prevent claim noted below, Gov. Code, § 12940(k), 2 CCR § 11023.

Please let me know if you need any further information.

Janette

**From:** ROSA VIRAMONTES <ROSA.VIRAMONTES@EEOC.GOV>
**Sent:** Tuesday, June 2, 2020 11:18 AM
**To:** Wipper, Janette@DFEH <Janette.Wipper@dfeh.ca.gov>
**Subject:** RE: PRIVILEGED & CONFIDENTIAL EEOC/DFEH Investigation of Activision Blizzard

**[EXTERNAL]** This email originated from outside DFEH. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Janette.  When you have a moment, will you give me a call?  213-215-0546.  Thanks.

**From:** Wipper, Janette@DFEH <Janette.Wipper@dfeh.ca.gov>
**Sent:** Tuesday, June 02, 2020 8:57 AM
**To:** ROSA VIRAMONTES <ROSA.VIRAMONTES@EEOC.GOV>
**Subject:** RE: PRIVILEGED & CONFIDENTIAL EEOC/DFEH Investigation of Activision Blizzard

Hi Rosa,

We will send you and Marla the draft later this week or early next week.

With respect to Mr. Inzeo's question, the sex discrimination allegations in our department-initiated complaint that are now under investigation currently cover discrimination in all terms and conditions of employment.

Under the California Fair Employment and Housing Act (FEHA, Gov. Code, § 12940(k), 2 CCR § 11023), an employer is required to take all reasonable steps to prevent discrimination or other violations from occurring.  It is a separate claim under FEHA, and the DFEH may independently seek non-monetary preventative remedies for a violation of Gov. Code, § 12940(k) whether or not the department prevails on an underlying claim of discrimination, harassment, or retaliation. Please also see relevant regulation copied below.

If Mr. Inzeo needs anything else, please let me know.

Thanks.

2 CCR § 11023 (a) Employers have an affirmative duty to take reasonable steps to prevent and promptly correct discriminatory and harassing conduct. (Gov. Code, § 12940(k).)
(1) A determination as to whether an employer has complied with Government Code section 12940(k) includes an individualized assessment, depending upon numerous factors sometimes unique to the particular employer including, but not limited to, its workforce size, budget, and nature of its business, as well as upon the facts of a particular case.
(2) There is no stand-alone, private cause of action under Government Code section 12940(k). In order for a private claimant to establish an actionable claim under Government Code section 12940(k), the private claimant must also plead and prevail on the underlying claim of discrimination, harassment, or retaliation.
(3) However, in an exercise of its police powers, the Department may independently seek non-monetary preventative remedies for a violation of Government Code section 12940(k) whether or not the Department prevails on an underlying claim of discrimination, harassment, or retaliation.

**From:** ROSA VIRAMONTES <ROSA.VIRAMONTES@EEOC.GOV>
**Sent:** Monday, June 1, 2020 4:24 PM
**To:** Wipper, Janette@DFEH <Janette.Wipper@dfeh.ca.gov>
**Subject:** RE: PRIVILEGED & CONFIDENTIAL EEOC/DFEH Investigation of Activision Blizzard

**[EXTERNAL]** This email originated from outside DFEH. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Janette.  You can send me and Marla the draft.  As you know, I sent your earlier email regarding our joint efforts to Office of Field Programs Director Nicholas Inzeo, my direct supervisor.  I am to meet with him on this case tomorrow and he wanted to know the following, which I hope you can answer easily.

"Which allegations of sex discrimination is the FEPA working on?  And what is failure to prevent discrimination?  And what other violations?  We need clearer answers before moving forward. "

Thanks.

**From:** Wipper, Janette@DFEH <Janette.Wipper@dfeh.ca.gov>
**Sent:** Monday, June 01, 2020 8:24 AM
**To:** ROSA VIRAMONTES <ROSA.VIRAMONTES@EEOC.GOV>
**Subject:** Re: PRIVILEGED & CONFIDENTIAL EEOC/DFEH Investigation of Activision Blizzard

Thanks, Rosa. We also received a letter from Respondent last week objecting to DFEH's request for employee contact information because of the EEOC survey. We plan to respond with a letter and we will share the draft letter for your input before sending it. Please let me know if we should instead send the draft letter to Marla or anyone else on your team.

Thanks again. Janette

> On May 29, 2020, at 12:09 PM, ROSA VIRAMONTES <ROSA.VIRAMONTES@eeoc.gov> wrote:
>
> **[EXTERNAL]** This email originated from outside DFEH. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
> Thank you Janette.  I will forward this to Anna, Marla and my boss in HQ. I asked Marla prepare me a summary of Respondent's issues and our possible responses to those issues.  I will send them to you for your input before she speaks with Respondent.  Thanks.
>
> **From:** Wipper, Janette@DFEH <Janette.Wipper@dfeh.ca.gov>
> **Sent:** Friday, May 22, 2020 9:29 AM
> **To:** ROSA VIRAMONTES <ROSA.VIRAMONTES@EEOC.GOV>
> **Subject:** PRIVILEGED & CONFIDENTIAL EEOC/DFEH Investigation of Activision Blizzard
>
> PRIVILEGED and CONFIDENTIAL,
> *subject to government privileges and attorney-client/ work-product privileges*
>
> Rosa,
>
> Pursuant to our worksharing agreement, our common equal employment opportunity authorities, and our common goals, DFEH and EEOC are working together on an investigation of potential violations by Activision Blizzard and its subsidiaries/affiliates.

As previously discussed, EEOC is working on the sexual harassment allegations of the investigation, and DFEH is working on allegations of sex discrimination and failure to prevent discrimination and other violations in the investigation. We will continue to coordinate during the investigation. If reasonable cause determinations are issued by both agencies, we will also coordinate conciliation and mediation efforts together.

We look forward to working with you.

Janette

_____

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.