# EXHIBIT D

# EXHIBIT D

**To:** Wipper, Janette@DFEH[Janette.Wipper@dfeh.ca.gov]
**Cc:** ROSA VIRAMONTES[ROSA.VIRAMONTES@EEOC.GOV]; ANNA PARK[ANNA.PARK@EEOC.GOV]; CHRISTINE PARK-GONZALEZ[CHRISTINE.PARK-GONZALEZ@EEOC.GOV]; Noh, Sue@DFEH[Sue.Noh@dfeh.ca.gov]
**Sent:** Thur 8/20/2020 5:06:57 PM (UTC-04:00)
**Subject:** Activision

Hi Janette,

Thanks to you and Sue for your time this morning. During our call, Anna agreed to draft a response to Counsel concerning the coordination between our agencies. Provided below is the draft response. Please review, edit as needed and return to us. Anna will follow-up with you regarding any additional questions, prior to issuing to Counsel.

Thanks,
Marla-

Marla Stern-Knowlton
Systemic Supervisor
U.S. Equal Employment Opportunity Commission
555 W. Beech Street, Suite 504
San Diego, CA 92101
(619) 557-7234 (Tel)
(619) 557-7274 (Fax)
Marla.stern@eeoc.gov

Counsel,

This email serves to follow up on a number of issues discussed at our last meeting.

COORDINATION
The EEOC and DFEH are amenable to coordinating the two investigations. The EEOC will take the lead on investigating claims related to sex harassment. The DFEH will be taking the lead on the pay and/or promotion claims. As such, the information sought by each agency will be tailored to the claims as outlined above. We expect, in return, that your clients will cooperate and provide the information needed by each agency in light of this concession.

Nothing in this agreement limits either the EEOC or the DFEH from making findings related to any of the claims raised by either agency. However, we acknowledge the need to limit duplication of efforts and to streamline the investigative processes.

ATTORNEY GENERAL INVESTIGATION
Finally, with respect to the investigation by the California Attorney General's Office, we have not been in contact with that office and because there is no workshare agreement between the agencies, we are not able to share any information with them. The Attorney General's office cannot resolve claims being investigated by the EEOC so, as such, we will proceed accordingly.

I hope this clarifies the two outstanding issues. Should you need further clarification, please do not hesitate to contact us.

Anna