# EXHIBIT E

# EXHIBIT E

| | |
|---|---|
| **To:** | MARLA STERN[MARLA.STERN@EEOC.GOV] |
| **Cc:** | ROSA VIRAMONTES[ROSA.VIRAMONTES@EEOC.GOV]; ANNA PARK[ANNA.PARK@EEOC.GOV]; CHRISTINE PARK-GONZALEZ[CHRISTINE.PARK-GONZALEZ@EEOC.GOV]; Noh, Sue@DFEH[Sue.Noh@dfeh.ca.gov] |
| **From:** | Wipper, Janette@DFEH[Janette.Wipper@dfeh.ca.gov] |
| **Sent:** | Thur 8/27/2020 8:36:47 PM (UTC-04:00) |
| **Subject:** | RE: Activision |

Marla,

Thanks for your follow-up message.

After our meeting, we were notified about the EEOC chair's proposed regulation on conciliation and many of the concerns about its impact on the Commission's ability to effectively combat workplace discrimination, including by Commissioner Burrows.

We therefore do not believe its the appropriate time to take the approach in your proposed message below. Please do not send the message to Paul Hastings and their client.

Let us know if you would like to discuss further.

Janette

---

**From:** MARLA STERN <MARLA.STERN@EEOC.GOV>
**Sent:** Thursday, August 27, 2020 4:45 PM
**To:** Wipper, Janette@DFEH <Janette.Wipper@dfeh.ca.gov>
**Cc:** ROSA VIRAMONTES <ROSA.VIRAMONTES@EEOC.GOV>; ANNA PARK <ANNA.PARK@EEOC.GOV>; CHRISTINE PARK-GONZALEZ <CHRISTINE.PARK-GONZALEZ@EEOC.GOV>; Noh, Sue@DFEH <Sue.Noh@dfeh.ca.gov>
**Subject:** RE: Activision

**[EXTERNAL]** This email originated from outside DFEH. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Janette- I hope all is well. I am following up on my email from last week. Anna would like to forward our response to Counsel and I will be on leave next week. By tomorrow, please let us know if you have any edits/revisions to the email.

Thank you.

Marla-

---

**From:** MARLA STERN
**Sent:** Thursday, August 20, 2020 2:16 PM
**To:** Wipper, Janette@DFEH <Janette.Wipper@dfeh.ca.gov>
**Cc:** ROSA VIRAMONTES <ROSA.VIRAMONTES@EEOC.GOV>; ANNA PARK <ANNA.PARK@EEOC.GOV>; CHRISTINE PARK-GONZALEZ <CHRISTINE.PARK-GONZALEZ@EEOC.GOV>; Noh, Sue@DFEH <Sue.Noh@dfeh.ca.gov>
**Subject:** Activision

Hi Janette,

Thanks to you and Sue for your time this morning. During our call, Anna agreed to draft a response to Counsel concerning the coordination between our agencies. Provided below is the draft response. Please review, edit as needed and return to us. Prior to issuing to Counsel, Anna will follow-up with you regarding any additional questions/concerns.

Thanks,
Marla-

Marla Stern-Knowlton

Systemic Supervisor
U.S. Equal Employment Opportunity Commission
555 W. Beech Street, Suite 504
San Diego, CA  92101
(619) 557-7234 (Tel)
(619) 557-7274 (Fax)
Marla.stern@eeoc.gov

Counsel,

This email serves to follow up on a number of issues discussed at our last meeting.

COORDINATION
The EEOC and DFEH are amenable to coordinating the two investigations.  The EEOC will take the lead on investigating claims related to sex harassment.  The DFEH will be taking the lead on the pay and/or promotion claims.  As such, the information sought by each agency will be tailored to the claims as outlined above.   We expect, in return, that your clients will cooperate and provide the information needed by each agency in light of this concession.

Nothing in this agreement limits either the EEOC or the DFEH from making findings related to any of the claims raised by either agency. However, we acknowledge the need to limit duplication of efforts and to streamline the investigative processes.

ATTORNEY GENERAL INVESTIGATION
Finally, with respect to the investigation by the California Attorney General's Office, we have not been in contact with that office and because there is no workshare agreement between the agencies, we are not able to share any information with them.  The Attorney General's office cannot resolve claims being investigated by the EEOC so, as such, we will proceed accordingly.

I hope this clarifies the two outstanding issues. Should you need further clarification, please do not hesitate to contact us.

Anna

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.