# EXHIBIT H

# EXHIBIT H

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Los Angeles District Office

255 E. Temple Street, 4th Floor
Los Angeles, CA  90012
Intake Information Group:  (800) 669-4000
Intake Information Group TTY:  (800) 669-6820
Los Angeles Direct Dial:  (213) 785-3090
FAX (213) 894-1118
Website:  www.eeoc.gov

July 12, 2021

SENT VIA ELECTRONIC MAIL

Elena R Baca
Paul Hastings, LLP Employment Law Dept.
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, Ca 90071
elenabaca@paulhastings.com

Re:  *Feldblum v. Activision Blizzard, Inc.*, EEOC Charge No. 480-2018-05212

Dear Ms. Baca:

This letter serves to follow up on the matter regarding *Feldblum v. Activision Blizzard, Inc.*, EEOC Charge No. 480-2018-05212 ("Commissioner's Charge") and *Kish v. Blizzard Entertainment, et al.*, DFEH Case No. 201810-03875512, EEOC Charge No. 37A-2019-00053-C ("Director's Complaint").

As you are aware, the United States Equal Employment Opportunity Commission ("EEOC" or "Commission") filed a Commissioner's Charge against Respondents on September 26, 2018.  The California Department of Fair Employment and Housing ("DFEH") filed a Director's Complaint on October 12, 2018 (later amended on October 29, 2018) with similar and overlapping allegations.

It is my understanding that you were asked by DFEH to reach out to me to discuss the matter.  Specifically, you asked about interrelationship between the EEOC's Commissioner's Charge and the DFEH Directors' Charge which cover the same claims, bases and issues. You have reasonably asked the two agencies to coordinate and to respond to your question.

As discussed, where there are duplicate charges filed with our respective agencies, typically the agency that first receives the charge handles the investigation. We also discussed that this was an unusual circumstance, involving an EEOC Commissioner's Charge and a DFEH Director's Complaint. Pursuant to discussions between the EEOC and DFEH regarding how to handle the overlapping Commissioner's Charge and Director's Complaint, our agencies agreed that pursuant to the EEOC-DFEH Worksharing Agreement and past practices, and in the spirit of cooperation, it would be in the best interest of both agencies to conduct a joint investigation of the case.

The two agencies did agree to address the duplication of effort raised in these two investigations in the following manner: The EEOC and DFEH agreed that the EEOC would investigate the harassment allegations and related claims and DFEH would investigate allegations of pay, promotion, hiring assignment, transfer, training demotion, and termination. DFEH specifically agreed not to investigate the sexual harassment related claims. As our Letter of Determination indicates, we have proceeded on the sexual harassment related claims. It is our understanding that DFEH had already disclosed the arrangement between the agencies early in the investigation.

We have reached out to DFEH and we will continue to do so to coordinate efforts. We hope to get some further clarity from the DFEH and expect to have a response soon.

Sincerely,

Rosa M Viramontes
Digitally signed by Rosa M Viramontes
Date: 2021.07.12 17:13:39 -07'00'

Rosa M. Viramontes
District Director
EEOC Los Angeles District Office