# EXHIBIT I

# EXHIBIT I

Message

| | |
|---|---|
| **From:** | Wipper, Janette@DFEH [Janette.Wipper@dfeh.ca.gov] |
| **Sent:** | 7/27/2021 3:36:32 PM |
| **To:** | ROSA VIRAMONTES [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=RVIRAMO]; Chan, Nelson@DFEH [Nelson.Chan@dfeh.ca.gov] |
| **CC:** | MARTIN EBEL [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=MEBEL]; CHERYL MABRY [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1a331fe504cc4b3ca8687884550f9fe2-CMABRY]; Kish, Kevin@DFEH [Kevin.Kish@dfeh.ca.gov] |
| **Subject:** | RE: Kish v. Blizzard, et al. DFEH Case No. 201810-08375512 |
| **Attachments:** | 21cv26571_FILED_COMPLAINT DFEH v Activision Blizzard et al.pdf |

Dear Rosa,

Thank you for your message. We appreciate your commitment to continue working together in the spirit of partnership and in the best interest of the public we serve.

After receiving your letter, we asked defense counsel numerous times to work with both agencies together on this matter. Unfortunately, they refused to do so.

Because of the deadline on our investigation, we filed the attached complaint last week. We would like to setup a conference call as soon as possible to discuss how the agencies can coordinate. Please let us know when you are available.

Best regards, Janette

---

**From:** ROSA VIRAMONTES <ROSA.VIRAMONTES@EEOC.GOV>
**Sent:** Wednesday, June 23, 2021 2:51 PM
**To:** Chan, Nelson@DFEH <Nelson.Chan@dfeh.ca.gov>; Wipper, Janette@DFEH <Janette.Wipper@dfeh.ca.gov>
**Cc:** MARTIN EBEL <MARTIN.EBEL@EEOC.GOV>; CHERYL MABRY <CHERYL.MABRY@EEOC.GOV>; Kish, Kevin@DFEH <Kevin.Kish@dfeh.ca.gov>
**Subject:** RE: Kish v. Blizzard, et al. DFEH Case No. 201810-08375512

> [EXTERNAL] This email originated from outside DFEH. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Wipper, attached is my response to your June 15th letter and a copy of the EEOC's Letter of Determination in the Activision investigation referenced in my response. Thank you.

---

**From:** Chan, Nelson@DFEH <Nelson.Chan@dfeh.ca.gov>
**Sent:** Tuesday, June 15, 2021 12:08 PM
**To:** ROSA VIRAMONTES <ROSA.VIRAMONTES@EEOC.GOV>
**Cc:** MARTIN EBEL <MARTIN.EBEL@EEOC.GOV>; Wipper, Janette@DFEH <Janette.Wipper@dfeh.ca.gov>
**Subject:** Kish v. Blizzard, et al. DFEH Case No. 201810-08375512

Dear Ms. Viramontes:

On behalf of Chief Counsel Janette Wipper, please see the attached letter regarding the DFEH's Director's Complaint Kish v. Blizzard Entertainment, et al.

Sincerely

Nelson Chan | Assistant Chief Counsel
Department of Fair Employment and Housing
State of California | Business, Consumer Services, and Housing Agency
2218 Kausen Drive | Suite 100 | Elk Grove | California | 95758
Telephone: 916-478-7251 | Fax: 888.382.5293

 

_____

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.