# EXHIBIT J

# EXHIBIT J

| | |
|---|---|
| Message | |
| To: | Wipper, Janette@DFEH [Janette.Wipper@dfeh.ca.gov]; Chan, Nelson@DFEH [Nelson.Chan@dfeh.ca.gov] |
| CC: | MARTIN EBEL [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=MEBEL]; CHERYL MABRY [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1a331fe504cc4b3ca8687884550f9fe2-CMABRY]; Kish, Kevin@DFEH [Kevin.Kish@dfeh.ca.gov]; CHARLOTTE BURROWS [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3e3bc5d4bdee435293f8ee73b226585e-charlotte.b]; GWENDOLYN REAMS [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=GREAMS]; LISA MORELLI [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=LMORELL]; ANNA PARK [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=APARK]; CYNTHIA PIERRE [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=CPIERRE]; TIETTA GOWANS [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3f28736407fa4dc585a70e231a0c5514-TGOWANS] |
| Subject: | RE: Kish v. Blizzard, et al. DFEH Case No. 201810-08375512 |

Hi Janette. I have spoken with Chair Burrows and senior leadership about your request to meet and discuss how our two agencies can work together. Chair Burrows is very interested in having that conversation with Kevin, you and whomever else at DFEH you would like, as well as all of us, as soon as we can coordinate all of our schedules. I will check our schedules and provide with you a few dates that we are all available, for you to check Kevin's and your schedules. I look forward to our meeting. Thanks.

**From:** Wipper, Janette@DFEH <Janette.Wipper@dfeh.ca.gov>
**Sent:** Tuesday, July 27, 2021 8:37 AM
**To:** ROSA VIRAMONTES <ROSA.VIRAMONTES@EEOC.GOV>; Chan, Nelson@DFEH <Nelson.Chan@dfeh.ca.gov>
**Cc:** MARTIN EBEL <MARTIN.EBEL@EEOC.GOV>; CHERYL MABRY <CHERYL.MABRY@EEOC.GOV>; Kish, Kevin@DFEH <Kevin.Kish@dfeh.ca.gov>
**Subject:** RE: Kish v. Blizzard, et al. DFEH Case No. 201810-08375512

Dear Rosa,

Thank you for your message. We appreciate your commitment to continue working together in the spirit of partnership and in the best interest of the public we serve.

After receiving your letter, we asked defense counsel numerous times to work with both agencies together on this matter. Unfortunately, they refused to do so.

Because of the deadline on our investigation, we filed the attached complaint last week. We would like to setup a conference call as soon as possible to discuss how the agencies can coordinate. Please let us know when you are available.

Best regards, Janette

**From:** ROSA VIRAMONTES <ROSA.VIRAMONTES@EEOC.GOV>
**Sent:** Wednesday, June 23, 2021 2:51 PM
**To:** Chan, Nelson@DFEH <Nelson.Chan@dfeh.ca.gov>; Wipper, Janette@DFEH <Janette.Wipper@dfeh.ca.gov>
**Cc:** MARTIN EBEL <MARTIN.EBEL@EEOC.GOV>; CHERYL MABRY <CHERYL.MABRY@EEOC.GOV>; Kish, Kevin@DFEH <Kevin.Kish@dfeh.ca.gov>
**Subject:** RE: Kish v. Blizzard, et al. DFEH Case No. 201810-08375512

[EXTERNAL] This email originated from outside DFEH. Do not click links or open attachments unless you recognize the sender and know the content is safe.