# EXHIBIT K

# EXHIBIT K

| | |
|---|---|
| **Message** | |
| From: | Wipper, Janette@DFEH [Janette.Wipper@dfeh.ca.gov] |
| Sent: | 8/13/2021 9:29:53 PM |
| To: | ROSA VIRAMONTES [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=RVIRAMO]; Chan, Nelson@DFEH [Nelson.Chan@dfeh.ca.gov] |
| CC: | MARTIN EBEL [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=MEBEL]; CHERYL MABRY [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1a331fe504cc4b3ca8687884550f9fe2-CMABRY]; Kish, Kevin@DFEH [Kevin.Kish@dfeh.ca.gov]; CHARLOTTE BURROWS [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3e3bc5d4bdee435293f8ee73b226585e-charlotte.b]; GWENDOLYN REAMS [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=GREAMS]; LISA MORELLI [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=LMORELL]; ANNA PARK [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=APARK]; CYNTHIA PIERRE [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=CPIERRE]; TIETTA GOWANS [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3f28736407fa4dc585a70e231a0c5514-TGOWANS]; LUCILA G. ROSAS [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cd8fad89c7a349ca97e73ec54b6d3c3d-LROSAS]; ELIZABETH FOX-SOLOMON [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=EFOXSOL]; CHRISTINE PARK-GONZALEZ [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=CPARK] |
| Subject: | RE: Kish v. Blizzard, et al. DFEH Case No. 201810-08375512 |
| Flag: | Flag for follow up |

Hi Rosa,

Thanks for your message.

Kevin and I are both available Monday, September 13, 11:00am PDT and Tuesday, September 14, 10:00am PDT. We look forward to the meeting.

Also, defense counsel informed us that the company is engaged in a conciliation process with EEOC. If that is correct, we would like the opportunity to discuss the state claims and remedies with claimants. We hope that would be possible, regardless of when we are able to schedule our meeting.

Thanks again for coordinating the meeting with our agencies. We look forward to working together.

Janette

**From:** ROSA VIRAMONTES <ROSA.VIRAMONTES@EEOC.GOV>
**Sent:** Tuesday, August 10, 2021 8:55 AM
**To:** Wipper, Janette@DFEH <Janette.Wipper@dfeh.ca.gov>; Chan, Nelson@DFEH <Nelson.Chan@dfeh.ca.gov>
**Cc:** MARTIN EBEL <MARTIN.EBEL@EEOC.GOV>; CHERYL MABRY <CHERYL.MABRY@EEOC.GOV>; Kish, Kevin@DFEH <Kevin.Kish@dfeh.ca.gov>; CHARLOTTE BURROWS <CHARLOTTE.BURROWS@EEOC.GOV>; GWENDOLYN REAMS <GWENDOLYN.REAMS@EEOC.GOV>; LISA MORELLI <LISA.MORELLI@EEOC.GOV>; ANNA PARK <ANNA.PARK@EEOC.GOV>; CYNTHIA PIERRE <CYNTHIA.PIERRE@EEOC.GOV>; TIETTA GOWANS <TIETTA.GOWANS@EEOC.GOV>; LUCILA G. ROSAS <LUCILA.ROSAS@EEOC.GOV>; ELIZABETH FOX-SOLOMON <ELIZABETH.FOX-SOLOMON@EEOC.GOV>; CHRISTINE PARK-GONZALEZ <CHRISTINE.PARK-GONZALEZ@EEOC.GOV>
**Subject:** RE: Kish v. Blizzard, et al. DFEH Case No. 201810-08375512

**[EXTERNAL]** This email originated from outside DFEH. Do not click links or open attachments unless you recognize the sender and know the content is safe.