# EXHIBIT L

# EXHIBIT L



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Los Angeles District Office

255 E. Temple Street, 4th Floor
Los Angeles, CA  90012
Intake Information Group:  (800) 669-4000
Intake Information Group TTY:  (800) 669-6820
Los Angeles Direct Dial:  (213) 785-3090
FAX (213) 894-1118
Website:  www.eeoc.gov

September 23, 2021

SENT VIA ELECTRONIC MAIL

Mr. Kevin Kish, Director
Ms. Jeanette Wipper
California Department of Fair Employment & Housing
2218 Kausen Drive, Suite 100
Elk Grove, CA 95758

    Re:    *Rescheduling of Meeting and Follow-Up on Feldblum v. Activision Blizzard, Inc.*

Dear Mr. Kish and Ms. Wipper:

    This letter serves to follow up with you to reschedule a meeting to discuss the matters of *Feldblum v. Activision Blizzard, Inc.*, EEOC Charge No. 480-2018-05212 ("Commissioner's Charge") which precedes and overlaps with *Kish v. Blizzard Entertainment, et al.*, DFEH Case No. 201810-03875512, dually filed with EEOC Charge No. 37A-2019-00053-C ("Director's Complaint").  My apologies for having to reschedule our prior meeting, but as I mentioned we had to do so due to pressing end of fiscal year matters.  We appreciate your patience. We are available on October 7, 2021 at either 9:30 a.m. Pacific/12:30 p.m. Eastern or 1:00 p.m. Pacific/4:00 p.m. Eastern.

    As a separate matter, you asked for responses to a number of items prior to the meeting.  I will respond to those items in a separate letter; however, I do want to address a few concerns. We were very surprised to learn that DFEH had filed litigation related to this matter in state court and that the DFEH's complaint included a claim for harassment.  The inclusion of the harassment claim was contrary to the EEOC's Worksharing Agreement with DFEH and the specific agreement regarding the division of labor in this matter between our two agencies, pursuant to which EEOC was to investigate all harassment allegations, and DFEH would investigate other potential violations (e.g., pay and promotion claims).

    On June 23, 2021, I sent you the EEOC Letter of Determination which noted the additional Respondent entities involved and outlined violations with respect to sexual harassment and, arising out of the investigation, pregnancy discrimination and retaliation.  In the accompanying June 23, 2021 letter, I noted that the "EEOC is currently engaging in conciliation with Respondents" and requested that Ms. Wipper coordinate efforts with our Regional Attorney, Anna Park, on the next step at that time, which was conciliation.  Unfortunately, that did not happen.  Rather than receiving DFEH's findings or information on the mediation dates during

Mr. Kevin Kish
September 23, 2021
Page 2 of 2

the investigative process, we were surprised to learn that DFEH had filed in state court asserting a harassment claim on July 21, 2021 given DFEH's earlier agreement not to investigate the harassment allegations.

      As you know, the EEOC conciliation process mandates that the Commission attempt to resolve the findings prior to proceeding in court, which is similar to the DFEH's requirement to mediate prior to proceeding to court. Since DFEH has already filed in state court, we are not able to disclose information about our conciliation discussions. At this juncture, we are proceeding pursuant to the Worksharing Agreement and consistent with our original agreement regarding the division of labor in our respective investigations (i.e., that EEOC would pursue harassment allegations and DFEH would investigate claims related to pay and promotion).

      It is my sincere hope that when we meet in October, we can discuss how best to strengthen the working relationship between our agencies so that we can most effectively advance our shared mission. To that end, please let us know whether any of the proposed meeting times work for you. We look forward to a productive dialogue.

Sincerely,

Rosa M Viramontes
Digitally signed by Rosa M Viramontes
Date: 2021.09.23 16:45:17 -07'00'

Rosa M. Viramontes
District Director
Los Angeles District Office