Anna Y. Park, SBN 164242
anna.park@eeoc.gov
Nakkisa Akhavan, SBN 286260
nakkisa.akhavan@eeoc.gov
Taylor Markey, SBN 319557
taylor.markey@eeoc.gov
Maurice Neishlos, NY SBN 5639265
maurice.neishlos@eeoc.gov
Alisha Ansari, SBN 312875
alisha.ansari@eeoc.gov
Ella Hushagen, SBN 297990
ella.hushagen@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 422-8396
Facsimile: (213) 894-1301
E Mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., and KING.COM, INC., and DOES ONE through TEN, inclusive,<br><br>　　　　Defendants. | Case No.: 2:21-cv-07682-DSF-JEM<br><br>**DECLARATION OF ACTING DISTRICT DIRECTOR CHRISTINE PARK-GONZALEZ IN SUPPORT OF OPPOSITION TO DFEH'S MOTION TO INTERVENE** |

**DECLARATION OF CHRISTINE PARK-GONZALEZ**

I, Christine Park-Gonzalez, have personal knowledge of the facts set forth in this Declaration. I am competent to attest to these facts and would do so if called to testify.

1. As of October 1, 2021, I am the Acting District Director of the Los Angeles District Office ("LADO") of the United States Equal Employment Opportunity Commission ("EEOC"). From July 27, 2015 through September 30, 2021, I held the position of Deputy District Director of LADO. I have been with the EEOC for over 20 years, holding different positions throughout my tenure with the EEOC.

2. As the Deputy District Director for LADO, my direct supervisor was the District Director, Rosa Viramontes. As Deputy Director, I supported the District Director in overseeing the operations of the office, specifically pertaining to private sector investigations; mediations; state, local and tribal relations and contracts; federal sector hearings; and, outreach, training and media relations. In the time I have been with the EEOC, the EEOC and DFEH has had a Worksharing Agreement in place.

3. On September 26, 2018, former EEOC Commissioner Chai Feldblum signed the Commissioner's Charge, Charge No. 480-2018-05212, against Activision Blizzard, Inc. ("Commissioner's Charge").

4. On or about November 28, 2018, I learned that Respondents alerted the EEOC that DFEH filed a Director's Complaint Case No. 201810-03875512, EEOC Charge No. 37A-2019-00053-C, against Blizzard Entertainment, Inc. ("Director's Complaint") and made inquiries on the coordination of the two investigations.

5. When I learned of the Director's Complaint, I immediately informed Director Rosa Viramontes about the DFEH Director's Complaint. With the approval of Director Viramontes, I notified Holly Thomas, prior DFEH Deputy Director of Executive Programs, that the EEOC had already initiated a Commissioner's charge which was generated upon receiving an anonymous tip. I suggested that the agencies discuss the charges and that Kevin Kish be notified as well.

6. On November 29, 2018, because Director Viramontes was out of the office, I

Declaration of Christine Park-Gonzalez ISO Opposition to Motion to Intervene

had a meeting with DFEH. Others from EEOC were present as well. Representing DFEH were Janette Wipper (Chief Counsel) and others. During the meeting, EEOC and DFEH discussed the two investigations. I specifically raised that under the Worksharing Agreement the EEOC would have the right to proceed because it had the earlier charge on all the allegations. However, in the spirit of cooperation, I recommended that the agencies work together. The agencies discussed for the first time dividing up the responsibility for the investigation with DFEH expressing interest to investigate pay and promotion claims and the EEOC's desire to investigate harassment and related claims.

7.  Director Viramontes was informed of what was discussed at the meeting.

8.  On December 3, 2018, DFEH Associate Chief Counsel Mari Mayeda requested another meeting to discuss the investigation of the two charges. I reiterated our desire to work collaboratively with DFEH in accordance with what was discussed and that I would follow up once Director Viramontes and Kevin Kish had the opportunity to formalize what was preliminarily discussed in the November meeting. It was my understanding that the formal agreement was to be made by and between Rosa Viramontes and Kevin Kish.

Date: 11/8/2021

Christine Park-Gonzalez
Acting District Director Los Angeles
District Office

Declaration of Christine Park-Gonzalez ISO Opposition to Motion to Intervene