# EXHIBIT C

# EXHIBIT C

 U.S. Equal Employment Opportunity Commission

# Regional Attorneys' Manual

Office of General Counsel

April 2005

# Statement of the General Counsel

I am pleased to issue the Regional Attorneys' Manual, developed by the Equal Employment Opportunity Commission's Office of General Counsel. As indicated in the Introduction, this Manual supercedes the Regional Attorneys' Deskbook, which is hereby revoked.

Eric S. Dreiband, April 29, 2005

# Introduction

This Equal Employment Opportunity Commission (EEOC or Commission) Regional Attorneys' Manual supercedes the Regional Attorneys' Deskbook issued in 1990 and revised in 1992. The Manual is in four parts. Part 1, Administrative and Support Information, contains information on the structure and functions of the EEOC's Office of General Counsel (OGC), OGC policies and procedures, and Commission policies. Part 2, Initiating Litigation, discusses prelitigation procedures, delegation of litigation authority, and obtaining approval for cases requiring General Counsel or Commission authorization. Part 3, Conducting Litigation, covers various trial practice matters, settlement standards and procedures, appeal procedures, and the professional responsibilities of OGC attorneys. Finally, Part 4, Resources and Technical Assistance, contains information on obtaining internal and external expert services, obtaining nonexpert litigation support services, and monitoring contracts. Since the Manual is available electronically on the Commission's Web site, it contains references and hyperlinks to resources available on the Commission's Web site as well as elsewhere on the Internet.

The Regional Attorneys' Manual has been developed and distributed by the EEOC's Office of General Counsel exclusively to provide internal guidance and practical support to Regional Attorneys in connection with their management of EEOC legal units. The Manual shall not be construed as creating any right or benefit, substantive or procedural, enforceable at law or in equity against the EEOC or its employees. The Manual shall not be construed to create any right to judicial review involving the compliance or noncompliance of the EEOC or its employees with any matter dealt with in the Manual.