OUTTEN & GOLDEN
JAHAN C. SAGAFI (SBN 224887)
jsagafi@outtengolden.com
One California Street, Suite 1250
San Francisco, CA 94111
Telephone:  (415) 638-8800
Facsimile:   (415) 638-8810

OLIVIER SCHREIBER & CHAO LLP
CHRISTIAN SCHREIBER (SBN 245597)
MONIQUE OLIVIER (190385)
christian@osclegal.com
monique@osclegal.com
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (415) 484-0980
Facsimile: (415) 659-7758

OLIVIER SCHREIBER AND CHAO LLP
RACHEL BIEN (315886)
rachel@osclegal.com
1149 North Gower Street Suite 215
Los Angeles, CA 90038
Telephone: (415) 484-0522
Facsimile: (415) 658-7758

*Attorneys for Proposed Intervenor,
Department of Fair Employment and Housing*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC. KING.COM, INC., and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. 2:21-CV-07682 DSF-JEM<br><br>**DECLARATION OF JAHAN C. SAGAFI IN SUPPORT OF REPLY MEMORANDUM OF LAW IN SUPPORT OF CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING'S MOTION TO INTERVENE**<br><br>Date:      November 29, 2021<br>Time:      1:30 p.m.<br>Location: Courtroom 7D<br>Judge:    Hon. Dale S. Fischer<br><br>Action Filed: September 27, 2021 |

DECLARATION OF JAHAN C. SAGAFI ISO REPLY MEMORANDUM OF LAW ISO DFEH'S MOTION TO INTERVENE CASE NO.  2:21-CV-07682 DSF-JEM

I, Jahan C. Sagafi, declare as follows:

1. I am a member in good standing of the bar of the State of California, as well as the U.S. District Court for the Central District of California, and I am a partner at Outten & Golden LLP ("O&G"), the law firm representing the California Department of Fair Employment and Housing in their Motion to Intervene. I make these statements based on personal knowledge and would so testify if called as a witness.

2. This Declaration is submitted in support of California Department of Fair Employment and Housing's Motion to Intervene.

3. The EEOC has requested that the DFEH file unredacted versions of Exhibits B, C, D, and E to the Declaration of Janette Wipper, filed in support of the Motion to Intervene, ECF No. 24-12, 24-13, 24-14, and 24-15, respectively. Specifically, the EEOC pointed to the redaction of the names of two lawyers in those four exhibits. In response to that request, attached are Exhibits B-1, C-1, D-1, and E-1, which are identical to Exhibits B, C, D, and E, except that the names of the two lawyers are no longer redacted.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: November 15, 2021

OUTTEN & GOLDEN

By: _____/s/ Jahan C. Sagafi_____
Jahan C. Sagafi

Attorney for Proposed Intervenor,
Department of Fair Employment and Housing