# Exhibit E-1

| | |
|---|---|
| From: | Wipper, Janette@DFEH |
| To: | ANNA PARK; ElenaBaca@paulhastings.com |
| Cc: | Noh, Sue@DFEH; Vuong, Rumduol@DFEH; Ebbink, Benjamin; ryanderry@paulhastings.com |
| Subject: | Proposed Consent Decree by EEOC and Activision Blizzard |
| Date: | Wednesday, September 29, 2021 6:04:00 PM |

Counsel:

DFEH reviewed your proposed consent decree. It is not fair, adequate or reasonable, nor consistent with the public interest.

DFEH intends to intervene to object to the proposed decree unless it is withdrawn. We request that you notify your client.

Regards,

Janette Wipper