Jahan C. Sagafi (SBN 224887)
OUTTEN & GOLDEN LLP
One California Street, Suite 1250
San Francisco, CA 94111
Telephone:   (415) 638-8800
Facsimile:    (415) 638-8810
jsagafi@outtengolden.com

Christian Schreiber (SBN 245597)
Monique Olivier (SBN 190385)
OLIVIER SCHREIBER & CHAO LLP
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (415) 484-0980
Facsimile: (415) 659-7758
christian@osclegal.com
monique@osclegal.com

Rachel Bien (SBN 315886)
OLIVIER SCHREIBER AND CHAO LLP
1149 North Gower Street Suite 215
Los Angeles, CA 90038
Telephone: (415) 484-0522
Facsimile: (415) 658-7758
rachel@osclegal.com

*Attorneys for Proposed Intervenor*
*California Department of Fair Employment and Housing*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC. KING.COM, INC., and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. 2:21-CV-07682 DSF-JEM<br><br>**CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING'S OBJECTIONS TO EVIDENCE**<br><br>Date:      November 29, 2021<br>Time:      1:30 p.m.<br>Judge:    Dale S. Fischer |

The California Department of Fair Employment and Housing ("DFEH") objects to the evidence of the U.S. Equal Employment Opportunity Commission ("EEOC") filed with the EEOC's Opposition to DFEH's Motion to Intervene. The EEOC filed documents in the public record that are privileged and confidential, in part or in whole.

Documents filed by the EEOC include material for which the DFEH asserts multiple privileges, including attorney-client and work product privileges; the official information and deliberative process privilege; and the common interest doctrine. *See* Cal. Code of Civ. Pro., § 2018.010 *et seq.*; Cal. Evid. Code, §§ 912(d), 952, 954, 1040; *see also* Cal. Gov. Code, § 11181(g); and federal common law privileges. To the extent that material disclosed by the EEOC also relates to the confidentiality of the DFEH's informants, such material is also protected under Cal. Evid. Code, § 1041.

The DFEH has not waived these privileges, nor granted the EEOC permission to disclose privileged material where such privilege is held, jointly or independently, by the DFEH.[1]

The Court should not consider (and may strike under Fed. R. Civ. Proc. 12) any pleading that impermissibly discloses or describes attorney-client privileged communications or work product. *See, e.g.*, *Hartford Cas. Ins. Co. v. Teed*, No. 18-Civ. 00479, 2019 WL 7832604, at *4 (N.D. Cal. May 10, 2019) (striking confidential settlement discussions); *Jones v. Gen. Motors Corp.*, 24 F. Supp. 2d 1335, 1339 (M.D. Fla. 1998) (striking claim that was "impermissibly based on attorney-client privileged materials"). The purpose of the rule is to "avoid . . . prejudice to a party by preventing a jury from seeing the offensive matter or giving the allegation any unnecessary notoriety." *Wailua Assocs. v. Aetna Cas. & Sur.*

---

[1] The DFEH requested that the EEOC take immediate steps to remove from the public record all privileged material, and to confirm its willingness to do same. As of the time of this filing, the EEOC has refused. The EEOC has also refused to provide any authority to the DFEH justifying its decision to file patently privileged documents in the public record.

CALIFORNIA DFEH OBJECTIONS TO EVIDENCE

1  *Co.*, 183 F.R.D. 550, 553 (D. Haw. 1998).

2  The disclosure of privileged information also violates California's Rules of Professional Conduct, which prohibit the disclosure of confidential information "a lawyer acquires by virtue of the representation, whatever its source, and encompasses matters communicated in confidence by the client, and therefore protected by the lawyer client privilege, matters protected by the work product doctrine, and matters protected under ethical standards of confidentiality, all as established in law, rule and policy. *See In the Matter of Johnson* 4 Cal. State Bar Ct. Rptr. 179 (Rev. Dept. 2000); *Goldstein v. Lees* 46 Cal.App.3d 614, 621 (Ct. App. 1975); Cal. R. Prof. Cond. 1.6, n.2.

The DFEH further objects to the disclosure of privileged material or discussions between the DFEH and the EEOC that are subject to the Worksharing Agreement.

Specifically, the Declaration of Rosa Viramontes (ECF No. 35-02) attaches documents (ECF Nos. 35-03, 35-04 & 35-05) that are labeled "PRIVILEGED & CONFIDENTIAL EEOC/DFEH Investigation of Activision Blizzard" and "PRIVILEGED and CONFIDENTIAL, *subject to government privileges and attorney-client/ work-product privileges*" by DFEH.

The Viramontes Declaration also includes communications between the EEOC and the DFEH, portions of which are subject to official information and deliberative process privileges and/or the common interest doctrine held by the DFEH, including ECF Nos. 35-06, 35-07, 35-08, 35-09 & 35-10.

Paragraph 6 of the Declaration of Christine Park-Gonzalez (ECF No. 35-15) discloses conversations between the DFEH and EEOC that are subject to the Worksharing Agreement and deliberative process privileges.

| | | |
|---|---|---|
| 1 | Dated:  November 15, 2021 | Respectfully submitted, |
| 2 | | |
| 3 | | */s/ Jahan C. Sagafi*<br>Jahan C. Sagafi (SBN 224887) |
| 4 | | OUTTEN & GOLDEN LLP<br>One California Street, Suite 1250 |
| 5 | | San Francisco, CA 94111 |
| 6 | | Telephone:  (415) 638-8800<br>Facsimile:   (415) 638-8810 |
| 7 | | E-Mail:  jsagafi@outtengolden.com |
| 8 | | |
| 9 | | Christian Schreiber (SBN 245597)<br>Monique Olivier (SBN 190385) |
| 10 | | OLIVIER SCHREIBER & CHAO LLP<br>201 Filbert Street, Suite 201 |
| 11 | | San Francisco, CA 94133 |
| 12 | | Telephone: (415) 484-0980<br>Facsimile: (415) 659-7758 |
| 13 | | E-Mail:  christian@osclegal.com<br>E-Mail:  monique@osclegal.com |
| 14 | | |
| 15 | | Rachel Bien (SBN 315886)<br>OLIVIER SCHREIBER AND CHAO LLP |
| 16 | | 1149 North Gower Street Suite 215 |
| 17 | | Los Angeles, CA 90038<br>Telephone: (415) 484-0522 |
| 18 | | Facsimile: (415) 658-7758<br>E-Mail: rachel@osclegal.com |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |