Jahan C. Sagafi (SBN 224887)
Laura Iris Mattes (SBN 310594)
OUTTEN & GOLDEN LLP
One California Street, Suite 1250
San Francisco, CA 94111
Telephone:  (415) 638-8800
Facsimile:   (415) 638-8810
jsagafi@outtengolden.com
imattes@outtengolden.com

Christian Schreiber (SBN 245597)
Monique Olivier (SBN 190385)
OLIVIER SCHREIBER & CHAO LLP
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (415) 484-0980
Facsimile: (415) 659-7758
christian@osclegal.com
monique@osclegal.com

Rachel Bien (SBN 315886)
OLIVIER SCHREIBER AND CHAO LLP
1149 North Gower Street Suite 215
Los Angeles, CA 90038
Telephone: (415) 484-0522
Facsimile: (415) 658-7758
rachel@osclegal.com

*Attorneys for Proposed Intervenor*
*California Department of Fair Employment and Housing*

[Additional Counsel Listed on Following Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC. KING.COM, INC., and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. 2:21-CV-07682 DSF-JEM<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DFEH'S MOTION TO INTERVENE**<br><br>Date:     November 29, 2021<br>Time:    1:30 p.m.<br>Judge:   Dale S. Fischer |

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO INTERVENE

Anna Y. Park (SBN 164242)
anna.park@eeoc.gov
Nakkisa Akhavan (SBN 286260)
nakkisa.akhavan@eeoc.gov
Taylor Markey (SBN 319557)
taylor.markey@eeoc.gov
Maurice Neishlos (SBN 5639265)
maurice.neishlos@eeoc.gov
Alisha Ansari (SBN 312875)
alisha.ansari@eeoc.gov
Ella Hushagen (SBN 297990)
ella.hushagen@eeoc.gov
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 422-8396
Facsimile: (213) 894-1301

*Attorneys for Plaintiff*

Elena R. Baca (SBN 160564)
elenabaca@paulhastings.com
Felicia A. Davis (SBN 266523)
feliciadavis@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone: 1(213) 683-6000
Facsimile: 1(213) 627-0705

Ryan D. Derry (SBN 244337)
PAUL HASTINGS LLP
ryanderry@paulhastings.com
101 California Street
Forty-Eighth Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

*Attorneys for Defendants*

Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC"), Defendants Activision Blizzard Inc., Blizzard Entertainment, Inc., Activision Publishing, Inc., King.com, Inc. (collectively "Activision Blizzard"), and Proposed Intervenor California Department of Fair Employment and Housing ("DFEH"), hereby stipulate as follows:

WHEREAS, the hearing on DFEH's Motion to Intervene, ECF No. 24 ("Motion"), was originally set for November 29, 2021 at 1:30pm;

WHEREAS, DFEH's Lead Counsel represented that he is medically unable to travel to attend the hearing on that date;

WHEREAS, the EEOC and Activision Blizzard are willing to forego oral argument;

WHEREAS, the DFEH has requested oral argument;

WHEREAS, after notifying the Deputy Clerk of the need to move the hearing date, the Court issued an order taking the Motion off calendar, ECF No. 37; and,

WHEREAS, the EEOC, Activision Blizzard and DFEH are available December 13, 2021 for the continued hearing date.

NOW, THEREFORE, the Parties hereby stipulate that the hearing on DFEH's Motion will be continued to December 13, 2021 at 1:30 p.m., unless the Court wishes to take the papers under submission.

| | |
|---|---|
| Dated: November 29, 2021 | CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING |
| | */s/ Jahan C. Sagafi* |
| | Jahan C. Sagafi (SBN 224887) |
| | Laura Iris Mattes (SBN 310594) |
| | OUTTEN & GOLDEN LLP |
| | |
| | Christian Schreiber (SBN 245597) |
| | Monique Olivier (SBN 190385) |
| | Rachel Bien (SBN 315886) |
| | OLIVIER SCHREIBER & CHAO LLP |
| | |
| | Attorneys for Proposed Intervenor |
| | CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING |
| | |
| Dated:  November 29, 2021 | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
| | */s/ Taylor Markey* |
| | Anna Y. Park (SBN 164242) |
| | Nakkisa Akhavan (SBN 286260) |
| | Taylor Markey (SBN 319557) |
| | Maurice Neishlos (NY SBN 5639265) |
| | Alisha Ansari (SBN 312875) |
| | Ella Hushagen (SBN 297990) |
| | |
| | Attorneys for Plaintiff |
| | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |

| | |
|---|---|
| Dated: November 29, 2021 | PAUL HASTINGS LLP |
| | */s/ Elena R. Baca* |
| | Elena R. Baca (SBN 160564) |
| | Felicia A. Davis (SBN 266523) |
| | Ryan D. Derry (SBN 244337) |
| | |
| | Attorneys for Defendants |
| | ACTIVISION BLIZZARD, INC., |
| | BLIZZARD ENTERTAINMENT, INC., |
| | ACTIVISION PUBLISHING, INC., and |
| | KING.COM, INC |

Pursuant to L.R. 5-4.3.4(a)(2), the undersigned hereby attests that all other signatories listed, on this whose behalf this filing is submitted, concur in the filing and consent to and have authorized the filing.

*/s/ Jahan C. Sagafi*
JAHAN C. SAGAFI, ESQ.