1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC. KING.COM, INC., and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. 2:21-CV-07682 DSF-JEM<br><br>**ORDER GRANTING STIPULATION CONTINUING HEARING ON DFEH'S MOTION TO INTERVENE**<br><br>Date:     November 29, 2021<br>Time:    1:30 p.m.<br>Judge:   Dale S. Fischer |

**ORDER**

Pursuant to the Stipulation of the parties, it is HEREBY ORDERED that the hearing scheduled in this matter for Proposed Intervenor Department of Fair Employment and Housing's Motion to Intervene initially set for November 29, 2021 at 1:30 p.m. is continued to December 13, 2021 at 1:30 p.m.

The hearing will be conducted by VTC (Zoom). The Zoom information can be found on the Court's website located under Judge's Procedures and Schedules.

IT IS SO ORDERED.

DATED: November 30, 2021

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE