# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., and KING.COM, INC., and DOES ONE through TEN, inclusive<br><br>Defendants. | Case No. 2:21-CV-07682 DSF-JEM<br><br>**[PROPOSED] ORDER GRANTING PROPOSED INTERVENOR CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT'S MOTION TO STRIKE**<br><br>Judge: Hon. Dale S. Fischer |

The motion to strike filed by the California Department of Fair Employment and Housing ("DFEH") for an order striking ECF Dkt. Nos. 35-3, 35-4, and 35-5 came before the Court on properly noticed motion on January 24, 2022. DFEH contends that U.S. Equal Employment Opportunity Commission ("EEOC") filed documents that are privileged and confidential. This Court agrees. For good cause appearing, IT IS ORDERED that:

1. The Clerk of the Court shall strike ECF Dkt. Nos. 35-3, 35-4, and 35-5 from the public record.
2. EEOC shall not file any documents in the public record, or make any disclosure of such privileged and confidential statements to this Court, under seal or otherwise, in any filing in this action.

IT IS SO ORDERED.

DATE:_____          _____

Hon. Dale S. Fischer
United States District Judge