Jahan C. Sagafi (SBN 224887)
Laura Iris Mattes (SBN 310594)
OUTTEN & GOLDEN LLP
One California Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
Email: jsagafi@outtengolden.com
Email: imattes@outtengolden.com

Christian Schreiber (SBN 245597)
Monique Olivier (SBN 190385)
OLIVIER SCHREIBER & CHAO LLP
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (415) 484-0980
Facsimile: (415) 659-7758
Email: christian@osclegal.com
Email: monique@osclegal.com

Rachel Bien (SBN 315886)
OLIVIER SCHREIBER AND CHAO LLP
1149 North Gower Street Suite 215
Los Angeles, CA 90038
Telephone: (415) 484-0522
Facsimile: (415) 658-7758
Email: rachel@osclegal.com

*Attorneys for Proposed Intervenor*
*California Department of Fair Employment and Housing*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC. KING.COM, INC., and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. 2:21-CV-07682 DSF-JEM<br><br>**DFEH'S NOTICE OF SUPPLEMENTAL FACTS AND AUTHORITY IN SUPPORT OF ITS MOTION TO INTERVENE**<br><br>Date:   December 13, 2021<br>Time:   1:30 p.m.<br>Judge:   Dale S. Fischer |

1    PLEASE TAKE NOTICE that Proposed Intervenor California Department of
2  Fair Employment and Housing ("DFEH") hereby submits the attached transcript as
3  supplemental authority in support of its Motion to Intervene.  The transcript is
4  attached as Exhibit A.  The transcript, dated Thursday, December 9, 2021, is from a
5  Case Management Conference in *California Department of Fair Employment and*
6  *Housing v. Activision Blizzard, Inc.*, No. 21STCV26571, in Superior Court of the
7  State of California, County of Los Angeles.  This transcript was not available at the
8  time that DFEH filed its reply in support of its Motion to Intervene.  DFEH has
9  highlighted the portion of the transcript that was referenced in today's hearing.

Dated: December 13, 2021               CALIFORNIA DEPARTMENT OF FAIR
                                       EMPLOYMENT AND HOUSING

                                       */s/ Jahan C. Sagafi*
                                       Jahan C. Sagafi (SBN 224887)
                                       Laura Iris Mattes (SBN 310594)
                                       OUTTEN & GOLDEN LLP

                                       Christian Schreiber (SBN 245597)
                                       Monique Olivier (SBN 190385)
                                       Rachel Bien (SBN 315886)
                                       OLIVIER SCHREIBER & CHAO LLP

                                       Attorneys for Proposed Intervenor
                                       CALIFORNIA DEPARTMENT OF FAIR
                                       EMPLOYMENT AND HOUSING