# Exhibit A

Case 2:21-cv-07682-DSF-JEM   Document 41-1   Filed 12/13/21   Page 2 of 13   Page ID #:1291

DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING VS ACTIVISION BLIZZARD, INC., ET AL., 21STCV26571
December 9, 2021
**Certified Copy**

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                       COUNTY OF LOS ANGELES
 3     DEPARTMENT 73              HON. TIMOTHY PATRICK DILLON, JUDGE
 4
 5     DEPARTMENT OF FAIR EMPLOYMENT   )
       AND HOUSING, AN AGENCY OF THE   )
 6     STATE OF CALIFORNIA,            )
                                       )
 7                    PLAINTIFF,       )
                                       )
 8           VS.                       )  CASE NO. 21STCV26571
                                       )
 9     ACTIVISION BLIZZARD, INC., ET   )
       AL.,                            )
10                                     )
                      DEFENDANTS.      )
11     _____)
12
13              REPORTER'S TRANSCRIPT OF PROCEEDINGS
14                   THURSDAY, DECEMBER 9, 2021
15     APPEARANCES:
16     FOR PLAINTIFF:          DEPARTMENT OF FAIR EMPLOYMENT AND
                               HOUSING
17                             BY:  DANIELLE GOLDSTEIN, ESQ.
                                    ANTONIO LAWSON, ESQ.
18                             (VIA LACOURTCONNECT)
                               320 WEST 4TH STREET, TENTH FLOOR
19                             SUITE 1000
                               LOS ANGELES, CALIFORNIA 90013
20
21     FOR DEFENDANTS:         PAUL HASTINGS LLP
                               BY:  ELENA R. BACA, ESQ.
22                                  FELICIA A. DAVIS, ESQ.
                               515 SOUTH FLOWER STREET, 25TH FLOOR
23                             LOS ANGELES, CALIFORNIA 90071
24
25
26
27
       REPORTED BY:            ADRA L. PITTMAN, CSR NO. 13298
28                             OFFICIAL REPORTER PRO TEMPORE
```

DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING VS ACTIVISION
BLIZZARD, INC., ET AL., 21STCV26571
December 9, 2021
**Certified Copy**

```
 1                        I N D E X
 2
 3                        WITNESSES
 4                         (NONE)
 5
 6
 7
 8
 9
10                        EXHIBITS
11                         (NONE)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING VS ACTIVISION
BLIZZARD, INC., ET AL., 21STCV26571
December 9, 2021
**Certified Copy**

1

```
 1    CASE NUMBER:              21STCV26571
 2    CASE NAME:                DEPARTMENT OF FAIR EMPLOYMENT
                                AND HOUSING VS. ACTIVISION
 3                              BLIZZARD, INC., ET AL.
 4    LOS ANGELES, CALIFORNIA   THURSDAY, DECEMBER 9, 2021
 5    DEPARTMENT:  73           HON. TIMOTHY PATRICK DILLON,
                                JUDGE
 6
 7    APPEARANCES:              (AS HERETOFORE NOTED.)
 8    REPORTER:                 ADRA L. PITTMAN, CSR NO. 13298
 9    TIME:                     MORNING SESSION
10
11              (PROCEEDINGS WERE HELD IN OPEN COURT.)
12                              -O0O-
13         THE COURT:  OKAY.  THE COURT CALLS NO. 4, WHICH IS
14    DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING VERSUS ACTIVISION.
15         GOOD MORNING.
16         MS. BACA:  GOOD MORNING, YOUR HONOR.
17         THE COURT:  OKAY.  LET'S SEE EVERYONE WHO WE HAVE.
18         MR. LAWSON:  GOOD MORNING, YOUR HONOR.  IT'S
19    ANTONIO LAWSON, FOR THE DEPARTMENT OF FAIR EMPLOYMENT AND
20    HOUSING.
21         MS. GOLDSTEIN:  GOOD MORNING, YOUR HONOR.  DANIELLE
22    GOLDSTEIN, ALSO ON BEHALF OF THE DEPARTMENT.
23         MS. DAVIS:  GOOD MORNING, YOUR HONOR.  FELICIA
24    DAVIS, PAUL HASTINGS, REPRESENTING DEFENDANTS, ACTIVISION
25    BLIZZARD.
26         MS. BACA:  AND GOOD MORNING.  ELENA BACA, B-A-C-A,
27    ON BEHALF OF THE DEFENDANT.
28         THE COURT:  OKAY.  SO WE ARE HERE, LET'S SEE, FOR A
```

DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING VS ACTIVISION
BLIZZARD, INC., ET AL., 21STCV26571
December 9, 2021
**Certified Copy**

2

1  CASE MANAGEMENT CONFERENCE.  I KNOW WE HAVE TWO, AT LEAST
2  TWO, APPEARANCES.  WE HAVE A PRO HAC VICE COMING UP IN EARLY
3  JANUARY.  MUST BE FOR -- I THINK I SAW ONE FROM NEW YORK.
4  AND THEN WE HAVE A DEMURRER, OBVIOUSLY BY DEFENDANT.
5          AND LET ME JUST ASK A QUESTION HERE.  TWO
6  QUESTIONS.  I KNOW THERE'S THIS ACTIVITY TO HAVE THIS CASE
7  DEEMED COMPLEX.
8          MS. BACA:  YES, YOUR HONOR.
9          THE COURT:  AND HAS THAT BEEN ACTED ON OVER THERE
10 YET?
11         MS. BACA:  IT HAS NOT, YOUR HONOR.
12         THE COURT:  ALL RIGHT.  AND THEN I THINK, FOR
13 WHATEVER REASON, THAT TAKES A WHILE TO OCCUR OVER THERE.
14         AND THEN IN THE FEDERAL LITIGATION.  DOES THAT
15 SETTLEMENT -- AND I KNOW IT'S NOT FINAL BY ANY STRETCH.
16 DOES THAT SETTLEMENT CONTEMPLATE THE DISMISSAL OF THE CLAIMS
17 HERE?
18         MS. BACA:  NOT IN THEIR ENTIRETY.
19         THE COURT:  "NOT IN THEIR ENTIRETY."  OKAY.
20         OKAY.  SO THERE WILL BE, EVEN IF THAT GOES
21 THROUGH -- WHICH I KNOW THERE'S A WHOLE LOT OF ISSUES OVER
22 THERE WHICH I DON'T NEED TO GET INTO -- THERE WOULD STILL BE
23 SOMETHING LEFT HERE?
24         MS. BACA:  CORRECT, YOUR HONOR.
25         THE COURT:  EVEN UNDER BEST CASE OR WHOEVER'S
26 SUPPORTING THAT EFFORT TO HAVE THAT APPROVED.
27         OKAY.  SO WHAT THE COURT THINKS WE SHOULD DO IS
28 CONTINUE THE CASE MANAGEMENT CONFERENCE.  I KNOW THAT THEY

Case 2:21-cv-07682-DSF-JEM   Document 41-1   Filed 12/13/21   Page 6 of 13   Page ID
 #:1295

DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING VS ACTIVISION
BLIZZARD, INC., ET AL., 21STCV26571
December 9, 2021
**Certified Copy**

3

1  WILL GET TO WHETHER THIS IS COMPLEX OR NOT, WHICH I HAVE
2  NOTHING TO DO WITH.  AND I WOULD MOVE THE CASE MANAGEMENT
3  CONFERENCE TO WHATEVER DATE IN FEBRUARY IS THE DEMURRER:
4  FEBRUARY 15TH.  AND I THINK THAT'S AN ORDERLY WAY TO
5  PROCEED.
6         AND IS THERE ANY TIME FRAME FROM THE FEDERAL COURT?
7  I THINK IT'S JUDGE FISCHER OVER THERE WHO HAS THIS.  RIGHT?
8         MS. BACA:  CORRECT.
9         THE COURT:  AS TO WHEN ANY OF THAT IS GOING TO BE
10 RESOLVED, OR HAS THAT TAKEN ON A LIFE OF ITS OWN OVER THERE?
11        MS. BACA:  WELL, TWO PIECES.  ONE IS THE CONSENT
12 DECREE ITSELF.  THE CONSENT DECREE, BY NORMAL PROCESS, GOES
13 IN, AND THE COURT LOOKS AT IT WHEN THE COURT WANTS TO.
14 THERE'S NO SET PERIOD OF TIME FOR THE COURT TO ACT.
15        SEPARATELY, THE D.F.E.H. IS ATTEMPTING TO
16 INTERVENE.  THAT HEARING IS SET FOR THE 13TH -- THIS MONDAY.
17        THE COURT:  OH, OKAY.
18        MS. BACA:  DEPENDING UPON WHAT THE COURT DOES, THEY
19 MAY SPUR SOME ACTION OR COMMUNICATION AS IT RELATES TO THE
20 CONSENT DECREE, BUT THEY'RE NOT TIED TEMPORALLY, IF THAT
21 MAKES SENSE.
22        THE COURT:  OKAY.
23        AND DOES THE DEPARTMENT, THE PLAINTIFF, WANT TO ADD
24 ANYTHING?  I'M NOT GOING TO DO ANYTHING OTHER THAN CONTINUE
25 THIS UNTIL FEBRUARY 15TH, WHICH IS, BELIEVE IT OR NOT, LIKE,
26 TOMORROW.  PUT YOURS OVER AND --
27        MS. BACA:  OF 2022 NO LESS.
28        THE COURT:  YEAH.  I MEAN, WHERE DID THIS YEAR GO?

Case 2:21-cv-07682-DSF-JEM Document 41-1 Filed 12/13/21 Page 7 of 13 Page ID #:1296

DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING VS ACTIVISION
BLIZZARD, INC., ET AL., 21STCV26571
December 9, 2021
**Certified Copy**

4

1  SO I'M NOT DOING MUCH OTHER THAN GIVING TIME FOR
2  THE JUDGE IN COMPLEX TO SAY WHETHER THIS IS GOING THERE OR
3  NOT, RATHER THAN SETTING A BUNCH OF DATES AND DOING A HOST
4  OF THINGS HERE, AND, YOU KNOW, HOLDING A WHOLE CONFERENCE,
5  WHICH I WOULD.
6       SO DOES THE DEPARTMENT, PLAINTIFF, HAVE ANYTHING
7  THEY WANT TO ADD?
8       MR. LAWSON: WHY, YES, YOUR HONOR. A COUPLE
9  THINGS.
10      THE COURT: SURE.
11      MR. LAWSON: THIS IS TONY LAWSON, FOR D.F.E.H. I
12 JUST WANTED TO MAKE SURE MY PRESENCE IS NOTED.
13      AS DEFENDANTS NOTED, THE FEDERAL CASE -- WHATEVER
14 HAPPENS THERE WILL NOT IMPACT THE PROCEEDING OF THIS MATTER.
15 THIS CASE WILL PROCEED. SO THERE'S NO NEED TO REALLY WAIT
16 ON WHAT HAPPENS AT THAT COURTROOM, BECAUSE WE WILL GO
17 FORWARD HERE.
18      THE COURT: OKAY.
19      MR. LAWSON: THERE'S A COUPLE OF OTHER ISSUES WE
20 ARE CONCERNED ABOUT. IN THE DEFENDANTS' REQUEST FOR REVIEW
21 OF THE COMPLEX DESIGNATION, THERE WERE CERTAIN DOCUMENTS
22 THAT WERE PRESENTED THAT ARE CONFIDENTIAL AND PRIVILEGED,
23 PRODUCED BY THE DEPARTMENT OF FAIR EMPLOYMENT.
24 SPECIFICALLY, E-MAILS THAT DETAIL OUR INVESTIGATION. AND
25 THESE DOCUMENTS ARE CONFIDENTIAL AND SHOULD NOT BE IN THE
26 PUBLIC RECORD.
27      WE WANT TWO THINGS. FIRST, WE WANT TO MEET AND
28 CONFER FURTHER WITH DEFENDANT ABOUT REMOVING THOSE DOCUMENTS

Case 2:21-cv-07682-DSF-JEM Document 41-1 Filed 12/13/21 Page 8 of 13 Page ID #:1297

DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING VS ACTIVISION BLIZZARD, INC., ET AL., 21STCV26571
December 9, 2021
**Certified Copy**

5

1  BY STIPULATION.  AND IF NOT, WE CONTEMPLATE EITHER A NOTICED
2  MOTION OR AN EX PARTE MOTION.  UNFORTUNATELY, WE LOOKED AT
3  YOUR CALENDAR, AND WE COULDN'T GET ANYTHING AT THE TIME
4  SCHEDULED UNTIL LATE MARCH.  PROBABLY LIKELY NOW IN EARLY
5  APRIL.
6         SO IF POSSIBLE, WE COULD HAVE THAT ISSUE ADDRESSED
7  BY MOTION TO STRIKE AT THE SAME TIME AS THE NEW C.M.C. DATE,
8  FEBRUARY 15TH, AND WE COULD DO A NOTICED MOTION TO STRIKE IF
9  WE CAN'T REACH AN AGREEMENT ON REMOVING THE CONFIDENTIAL AND
10 PRIVILEGED INFORMATION, AND THEN MAYBE HAVE THAT HEARD AT
11 THE SAME TIME.
12        THE COURT:  OKAY.
13        MR. LAWSON:  IT'S IMPORTANT FOR US TO GET THAT
14 REMOVED FROM THE RECORD.
15        THE COURT:  OKAY.  SO PLEASE DO MEET AND CONFER
16 ABOUT THAT.  AND I DON'T KNOW WHETHER THAT -- I GUESS IT'S
17 HEARD HERE, BECAUSE THIS CASE IS VENUED HERE, AS OPPOSED TO
18 OVER ON SPRING STREET.
19        MS. BACA:  LIKELY.  WE HAD ACTUALLY TOLD THEM IF
20 THEY WANT TO JUST GIVE US THE DECLARATIONS AND DO THAT SIDE
21 OF THE PAPERWORK, BECAUSE WHAT THEIR ARGUMENT IS, IS THAT
22 THE E.E.O.C.'S MATERIALS ARE CONFIDENTIAL.  THE E.E.O.C.
23 FILED THEM PUBLICLY, AND THE E.E.O.C. DISAGREES WITH IT.
24 BUT IT'S A WHOLE THING.
25        SO WE'RE FINE AND COOPERATIVE.  IT'S JUST --
26        THE COURT:  OKAY.  SO LET ME DO THIS.  I CAN'T MOVE
27 ANYTHING IF YOU DON'T HAVE A RESERVATION NUMBER, JUST
28 MECHANICALLY.  MECHANICALLY, I CAN'T.  YOU KNOW, I TRIED TO

Case 2:21-cv-07682-DSF-JEM Document 41-1 Filed 12/13/21 Page 9 of 13 Page ID #:1298

DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING VS ACTIVISION
BLIZZARD, INC., ET AL., 21STCV26571
December 9, 2021
**Certified Copy**

6

```
1   DO THAT WHEN I FIRST STARTED, AND THE CLERK JUST STARES AT
2   ME.  SO I HAVE TO HAVE A RESERVATION NUMBER TO MOVE THINGS
3   AROUND.
4          SO I WOULD SAY THIS.  IF YOU FILE A MOTION AND YOU
5   GET MARCH, APRIL, LIKE YOU SAY, THEN COOPERATE.  CALL THE
6   DEPARTMENT, MAKE A STIPULATION, AND WE'LL MOVE IT, AS YOU
7   SUGGEST, TO THE 9TH OF FEBRUARY.  BUT PLEASE WORK IT OUT.
8          AND, YOU KNOW, IT SOUNDS COLLATERAL TO THE ISSUES,
9   BUT TRY TO WORK IT OUT.  BUT IF YOU CAN'T, I AGREE IT MAKES
10  SENSE TO HAVE THAT HEARD WHEN WE'RE TOGETHER RATHER THAN
11  HAVING EVERYONE HERE TWICE.  AND THERE'S A BUNCH OF TIME TO
12  WORK IT OUT AND STATUTORY TIME TO FILE IT, OPPOSE IT, AND
13  REPLY, IF NECESSARY.  OKAY?
14         OKAY, MR. LAWSON?  IS THAT GOOD?
15         MR. LAWSON:  YEAH.  I JUST WANTED TO CLARIFY.
16  DEFENDANTS ARE ARGUING THAT THE DOCUMENTS ARE PRIVILEGED AND
17  THAT WE'RE SAYING THAT THEY'RE PRIVILEGED TO THE E.E.O.C.,
18  AND THAT'S NOT OUR ARGUMENT.  THESE DOCUMENTS ARE SUBJECT TO
19  THE D.F.E.H.'S PRIVILEGE RIGHTS AND ARE CONFIDENTIAL
20  D.F.E.H. DOCUMENTS, AND WE HAVE NOT WAIVED THAT PRIVILEGE.
21  SO I WANT TO MAKE CLEAR THAT THAT'S ON THE RECORD.
22         THE COURT:  OKAY.  IT IS ON THE RECORD.
23         MR. LAWSON:  AND WE PLAN TO GO FORWARD WITH
24  DISCOVERY.  SO I WANT TO MAKE SURE THAT NOTHING THAT THIS
25  COURT IS SAYING HERE TODAY IS LIMITING OUR ABILITY TO GO
26  FORWARD WITH DISCOVERY.  IT'S THE RESPONSIBILITY OF D.F.E.H.
27  TO PROMPTLY AND IMMEDIATELY DIRECT DISCRIMINATION IN THE
28  STATE OF CALIFORNIA.  THAT IS OUR LEGISLATIVE MANDATE IN
```

Case 2:21-cv-07682-DSF-JEM Document 41-1 Filed 12/13/21 Page 10 of 13 Page ID #:1299

DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING VS ACTIVISION
BLIZZARD, INC., ET AL., 21STCV26571
December 9, 2021
**Certified Copy**

7

1  THIS CASE.
2          THERE ARE SOME CERTAIN ISSUES THAT DICTATE THAT WE
3  MOVE QUICKLY.  THERE'S SPOLIATION OF EVIDENCE.  IT'S COME TO
4  OUR ATTENTION THAT DEFENDANTS' HUMAN RESOURCES DEPARTMENT
5  HAS BEEN DESTROYING E-MAILS DURING OUR INVESTIGATION, WHICH
6  IS A TWO-YEAR INVESTIGATION, AND WE ASSUME THAT DESTRUCTION
7  OF EVIDENCE HAS CONTINUED.
8          WE ALSO HAVE A SITUATION WHERE MANY OF THE
9  WITNESSES IN THIS CASE HAVE BEEN EITHER TERMINATED, OR
10 RECENTLY 200 WORKERS WERE TERMINATED FOR ENGAGING IN A
11 PATTERN OF SEXUAL HARASSMENT.  THE HIGHEST-RANKING WOMAN IN
12 THE COMPANY, JEAN O'NEAL, JUST RECENTLY RESIGNED, CITING
13 DISCRIMINATION AND PAY EQUITY REASONS FOR LEAVING THE
14 COMPANY.
15         AND GIVEN THE NATURE OF THIS INDUSTRY, THE GAMING
16 INDUSTRY IS AN INTERNATIONAL INDUSTRY.  THERE'S A LOT OF
17 MOVEMENT IN BETWEEN COMPANIES.  THERE'S A LOT OF MOVEMENT
18 INTERNATIONALLY.  WE'RE LOSING EVIDENCE AND WE'RE LOSING
19 WITNESSES DAILY.  SO IT'S IMPORTANT TO EFFECTUATE OUR
20 RESPONSIBILITY AS AN AGENCY FOR THE STATE OF CALIFORNIA TO
21 MOVE FORWARD IMMEDIATELY.
22         WE HAVE DISCOVERY THAT WE NEED TO SEND OFF AND WANT
23 TO MAKE SURE THAT DEFENDANTS DO NOT SOMEHOW OBJECT TO OUR
24 PROCEEDING ON THIS MATTER.  AND THERE'S ALSO DISCOVERY
25 THAT'S ALREADY BEEN RESPONDED TO AND WILL BE SUPPLEMENTED
26 THIS WEEK.  BUT WE WANT TO MAKE SURE ON THE RECORD THAT
27 NOTHING'S PROHIBITING US FROM GOING FORWARD AT THIS TIME.
28         THE COURT:  OKAY.  THE COURT HASN'T ENTERED

Case 2:21-cv-07682-DSF-JEM Document 41-1 Filed 12/13/21 Page 11 of 13 Page ID #:1300

DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING VS ACTIVISION
BLIZZARD, INC., ET AL., 21STCV26571
December 9, 2021
**Certified Copy**

8

1    ANYTHING OTHER THAN WHAT I JUST SAID.  THE CODE OF CIVIL
2    PROCEDURE AND THE LAWS OF CALIFORNIA APPLY TO THIS CASE AS
3    THEY DO EVERY OTHER CASE.
4         I UNDERSTAND THAT DEFENDANT DISAGREES WITH
5    EVERYTHING THAT WAS SAID.  I AM NOT CONSIDERING IT.  WON'T
6    CONSIDER IT.  I UNDERSTAND THERE'S ALLEGATIONS ON BOTH
7    SIDES.  THAT'S ALL THEY ARE.
8         MS. BACA:  AND THANK YOU, YOUR HONOR, FOR
9    ACKNOWLEDGING THAT.  AND I WILL AFFIRMATIVELY SAY THAT THE
10   STATEMENT THAT THERE'S BEEN ANY DESTRUCTION OF EVIDENCE IS
11   ABSOLUTELY FALSE.  THAT WHAT WAS JUST REPRESENTED BY
12   COUNSEL, WHO WAS NOT PRESENT DURING ANY OF THE DEPOSITIONS
13   OR DISCUSSIONS THAT WE WERE HAVING, WERE LIKELY SIMPLY DUE
14   TO HIS MISUNDERSTANDING OF THE FACTS.
15        SO OTHER THAN THAT REALLY OUTRAGEOUS ALLEGATION, WE
16   WILL JUST REST ON THE COURT'S ACKNOWLEDGEMENT THAT THE COURT
17   UNDERSTANDS IT'S SIMPLY ARGUMENT, NOT EVIDENCE, AND THAT WE
18   SHOULD MOVE FORWARD WITH OUR DISCOVERY.
19        THE COURT:  YEAH.  SO MEET AND CONFER ABOUT THOSE
20   DOCUMENTS AND EVERYTHING ELSE YOU'RE SUPPOSED TO DO.
21        AND WE HAVE EVERYONE; SO WE CAN WAIVE NOTICE AS TO
22   WHAT THE COURT DID WITH THE CASE MANAGEMENT CONFERENCE?
23        MS. BACA:  YOUR HONOR, MAY WE JUST SEND NOTICE?
24        THE COURT:  YOU CAN GIVE NOTICE, OF COURSE.
25        MS. BACA:  THANK YOU, YOUR HONOR.
26        THE COURT:  OKAY?  WE'RE GOOD?
27        MR. LAWSON:  YES, YOUR HONOR.  THANK YOU.
28        THE COURT:  OKAY.  THANK YOU, EVERYONE.

Case 2:21-cv-07682-DSF-JEM Document 41-1 Filed 12/13/21 Page 12 of 13 Page ID #:1301
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING VS ACTIVISION
BLIZZARD, INC., ET AL., 21STCV26571
December 9, 2021
**Certified Copy**

9

1  MS. GOLDSTEIN: THANK YOU, YOUR HONOR.
2  MS. DAVIS: THANK YOU, YOUR HONOR.
3  (WHEREUPON, THE PROCEEDINGS WERE ADJOURNED.)
4  -oOo-

Case 2:21-cv-07682-DSF-JEM Document 41-1 Filed 12/13/21 Page 13 of 13 Page ID #:1302

DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING VS ACTIVISION
BLIZZARD, INC., ET AL., 21STCV26571
December 9, 2021
**Certified Copy**

10

```
1            SUPERIOR COURT OF THE STATE OF CALIFORNIA
2                       COUNTY OF LOS ANGELES
3    DEPARTMENT 73              HON. TIMOTHY PATRICK DILLON, JUDGE
4
5    DEPARTMENT OF FAIR EMPLOYMENT   )
     AND HOUSING, AN AGENCY OF THE   )
6    STATE OF CALIFORNIA,            )
                                     )
7              PLAINTIFF,            )
                                     )
8       VS.                          )  CASE NO. 21STCV26571
                                     )
9    ACTIVISION BLIZZARD, INC., ET   )
     AL.,                            )
10                                   )  REPORTER'S CERTIFICATE
               DEFENDANTS.           )
11   _____)
12
13        I, ADRA L. PITTMAN, COURT REPORTER OF THE SUPERIOR
14   COURT OF THE STATE OF CALIFORNIA, FOR THE COUNTY OF LOS
15   ANGELES, DO HEREBY CERTIFY THAT THE FOREGOING PAGES 1
16   THROUGH 9, INCLUSIVE, COMPRISE A FULL, TRUE, AND CORRECT
17   COMPUTER-AIDED TRANSCRIPT OF THE PROCEEDINGS TAKEN IN THE
18   ABOVE-ENTITLED MATTER ON DECEMBER 9, 2021.
19        DATED THIS 9TH DAY OF DECEMBER, 2021.
20
21
22
23   _____
     ADRA L. PITTMAN, CSR NO. 13298
24   OFFICIAL REPORTER PRO TEMPORE
25
26
27
28
```