UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 21-07682 DSF (JEMx) | Date | December 13, 2021 |
|---|---|---|---|
| Title | U.S. Equal Employment Opportunity Commission v. Activision Blizzard, Inc. et al | | |

Present: The Honorable  DALE S. FISCHER, United States District Judge

| Renee Fisher | Pat Cuneo |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Anna Y. Park (VTC)<br>Taylor M. Markey (VTC) | Elena R. Baca<br>Felicia A. Davis<br>Jahan C. Sagafi (VTC) |

**Proceedings:** MOTION HEARING (Non-Evidentiary – Held and Completed)

CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING'S MOTION TO INTERVENE [24]

The matter is called and counsel state their appearances. The Court questions counsel as stated in court and on the record on the motion and the Court's tentative ruling which was sent by email and invites counsel to present their oral arguments. Oral arguments by counsel are heard. The Court and counsel discuss the proposed consent decree.

A written order will follow.