# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT — CENTRAL DISTRICT OF CALIFORNIA**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. (Additional instructions on next page.)

COURT USE ONLY — DUE DATE:

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Patricia Matney |
| 2a. Contact Phone Number | (415) 638-8837 |
| 3a. Contact E-mail Address | pmatney@outtengolden.com |
| 1b. Attorney Name (if different) | Jahan C. Sagafi |
| 2b. Attorney Phone Number | (415) 638-8800 |
| 3b. Attorney E-mail Address | jsagafi@outtengolden.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):**
Jahan C. Sagafi
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111

**5. Name & Role of Party Represented:** DFEH, Attorneys and Proposed Intervenor

**6. Case Name:** U.S. Equal Employment Opportunity Commission v. Activision Blizzard, Inc.

**7a. District Court Case Number:** 2:21-cv-07682-DSF-JEM

**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** (choose only one per form):
☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Pat Cuneo

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal  ☒ Non-Appeal   ☐ Criminal  ☒ Civil   ☐ CJA  ☒ USA  ☐ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| a. Hearing Date | Minute Order Docket# | Judge (name) | Proceeding Type / Portion | b. Format | c. Release of Trans. Restriction Date | d. Delivery Type |
|---|---|---|---|---|---|---|
| 12/13/2021 | 43 | D. S. Fischer | All of the 12/13/2021 proceedings | PDF (email) | 3/16/2022 | EXPEDITED (7-day) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: December 20, 2021     Signature: /s/ Jahan C. Sagafi

G-120 (06/18)