Anna Y. Park, SBN 164242
anna.park@eeoc.gov
Nakkisa Akhavan, SBN 286260
nakkisa.akhavan@eeoc.gov
Taylor Markey, SBN 319557
taylor.markey@eeoc.gov
Maurice Neishlos, NY SBN 5639265
maurice.neishlos@eeoc.gov
Alisha Ansari, SBN 312875
alisha.ansari@eeoc.gov
Ella Hushagen, SBN 297990
ella.hushagen@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 422-8396
Facsimile: (213) 894-1301
E Mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., and KING.COM, INC., and DOES ONE through TEN, inclusive,<br><br>    Defendants. | Case No.: 2:21-cv-07682-DSF-JEM<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF'S EXHIBITS A-C TO THE DECLARATION OF ROSA VIRAMONTES (ECF NOS. 35-3, 35-4, 35-5).** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") hereby withdraws Exhibits A, B, and C (ECF No. 35-3, 35-4, 35-5) to the Declaration of District Director Rosa Viramontes in Support of Opposition to DFEH's Motion to Intervene (ECF No. 35), filed on November 8, 2021.  Whereas EEOC maintains that Exhibits A, B and C are not privileged or confidential, EEOC withdraws the documents to preserve judicial and agency resources by avoiding further motion practice.

Dated: January 3, 2022

                                              Respectfully submitted,

                                              U.S. EQUAL EMPLOYMENT
                                              OPPORTUNITY COMMISSION

By:   /s/ Maurice Aaron Neishlos
        Maurice Aaron Neishlos
        EEOC Trial Attorney