1  Anna Y. Park, SBN 164242
   anna.park@eeoc.gov
2  Nakkisa Akhavan, SBN 286260
   nakkisa.akhavan@eeoc.gov
3  Taylor Markey, SBN 319557
   taylor.markey@eeoc.gov
4  Maurice Neishlos, NY SBN 5639265
   maurice.neishlos@eeoc.gov
5  Alisha Ansari, SBN 312875
   alisha.ansari@eeoc.gov
6  Ella Hushagen, SBN 297990
   ella.hushagen@eeoc.gov
7  U.S. EQUAL EMPLOYMENT
   OPPORTUNITY COMMISSION
8  255 East Temple Street, Fourth Floor
   Los Angeles, CA  90012
9  Telephone:  (213) 422-8396
   Facsimile:  (213) 894-1301
10 E Mail:  lado.legal@eeoc.gov

11 Attorneys for Plaintiff
   U.S. EQUAL EMPLOYMENT
12 OPPORTUNITY COMMISSION

13 *[Counsel continued on next page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                Plaintiff,<br><br>       vs.<br><br>ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., KING.COM, INC., and DOES ONE through TEN, inclusive,<br><br>                Defendants. | CASE NO. 2:21-cv-07682-DSF-JEM<br><br>**NOTICE OF LODGING OF AMENDED [PROPOSED] CONSENT DECREE**<br><br>Courtroom:  7D<br>Judge:         Hon. Dale S. Fischer |

| | |
|---|---|
| 1 | ELENA R. BACA (SB# 160564) |
|   | elenabaca@paulhastings.com |
| 2 | FELICIA A. DAVIS (SB# 266523) |
|   | feliciadavis@paulhastings.com |
| 3 | PAUL HASTINGS LLP |
|   | 515 South Flower Street |
| 4 | Twenty-Fifth Floor |
|   | Los Angeles, California 90071-2228 |
| 5 | Telephone: (213) 683-6000 |
|   | Facsimile: (213) 627-0705 |
| 6 | |
|   | RYAN D. DERRY (SB# 244337) |
| 7 | ryanderry@paulhastings.com |
|   | PAUL HASTINGS LLP |
| 8 | 101 California Street |
|   | Forty-Eighth Floor |
| 9 | San Francisco, California 94111 |
|   | Telephone: (415) 856-7000 |
| 10 | Facsimile: (415) 856-7100 |
| 11 | Attorneys for Defendants |
|   | ACTIVISION BLIZZARD, INC., |
| 12 | BLIZZARD ENTERTAINMENT, INC., |
|   | ACTIVISION PUBLISHING, INC., AND |
| 13 | KING.COM, INC. |

TO THE HONORABLE DISTRICT COURT JUDGE, MAGISTRATE JUDGE, ALL PARTIES, AND ATTORNEYS OF RECORD:

Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") and Defendants Activision Blizzard, Inc., Blizzard Entertainment, Inc., Activision Publishing, Inc., and King.com, Inc. (collectively, "Activision Blizzard") hereby lodge an Amended [Proposed] Consent Decree with Attachments A-C (Notice, Claim Form, and Release).

DATED: January 4, 2022

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: /s/ Taylor Markey
TAYLOR MARKEY
Senior Trial Attorney
Email: taylor.markey@eeoc.gov

DATED: January 4, 2022

PAUL HASTINGS LLP
ELENA R. BACA
RYAN D. DERRY
FELICIA A. DAVIS

By: /s/ Elena R. Baca
ELENA R. BACA

Attorneys for Defendants
ACTIVISION BLIZZARD, INC.,
BLIZZARD ENTERTAINMENT, INC.,
ACTIVISION PUBLISHING, INC., AND
KING.COM, INC.