1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., KING.COM, INC., and DOES ONE through TEN, inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-07682-DSF-JEM<br><br>**[PROPOSED] ORDER GRANTING JOINT APPLICATION FOR LEAVE TO SUBMIT PROTECTED MATERIALS FOR *IN CAMERA* REVIEW**<br><br>Courtroom:  7D<br>Judge:        Hon. Dale S. Fischer |

# [PROPOSED] ORDER

Upon review of Plaintiff the United States Equal Employment Opportunity Commission ("EEOC"), and Defendants Activision Blizzard, Inc., Blizzard Entertainment, Inc., Activision Publishing, Inc., and King.com, Inc.'s (collectively, "Activision Blizzard") Joint Application for Leave for *In Camera* Review of Certain Protected Materials ("Application") for consideration in conjunction with the Proposed Amended Consent Decree, lodged on January 4, 2022, and for good cause appearing:

IT IS HEREBY ORDERED that:

1. The Application is hereby GRANTED;
2. The Protected Materials described in the Application shall be delivered to the Court's chambers in a sealed envelope, attaching this order on its face, no later than January ___, 2022 for *in camera* review;
3. The parties shall retrieve the Protected Materials submitted for *in camera* review within two (2) court days of receiving notice to do so from the Court's Courtroom Deputy; and
4. The parties are ordered to retain copies of the Protected Materials presented for *in camera* review should they later be necessary for appeal or later proceedings.

**IT IS SO ORDERED.**

Dated: _____              _____
                                          HON. DALE S. FISCHER
                                          UNITED STATES DISTRICT JUDGE