JAHAN C. SAGAFI (SBN 224887)
**OUTTEN & GOLDEN LLP**
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
Email:  jsagafi@outtengolden.com
Email: imattes@outtengolden.com

CHRISTIAN SCHREIBER (SBN 245597)
MONIQUE OLIVIER (SBN 190385)
**OLIVIER SCHREIBER & CHAO LLP**
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (415) 484-0980
Facsimile: (415) 659-7758
Email: christian@osclegal.com
Email: monique@ocslegal.com

*Attorneys for Intervenor,*
*Department of Fair Employment and Housing*

*[Additional attorneys listed on following page]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiffs,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., KING.COM, and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. 2:21-CV-07682 DSF-JEM<br><br>**DFEH'S REPRESENTATION STATEMENT**<br><br>Assigned For All Purposes to the Honorable Judge Dale S. Fischer<br>Location: Courtroom 7D<br><br>*Action Filed: September 27, 2021* |

REPRESENTATION STATEMENT
CASE NO. 2:21-CV-07682 DSF-JEM

RACHEL BIEN (SBN 315886)
**OLIVIER SCHREIBER & CHAO LLP**
1149 North Gower Street Suite 215
Los Angeles, CA 90038
Telephone: (415) 484-0522
Facsimile: (415) 659-7758
Email: rachel@osclegal.com

*Attorneys for Intervenor,
Department of Fair Employment and Housing*

Under Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2, the following statement identifies all parties to the action and their respective counsel.

**Counsel for Appellant *Department of Fair Employment and Housing***

Jahan C. Sagafi
Outten & Golden LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
Email: jsagafi@outtengolden.com
Email: imattes@outtengolden.com

Christian Schreiber
Olivier Schreiber & Chao LLP
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (415) 484-0980
Facsimile: (415) 659-7758
Email: christian@osclegal.com

Monique Olivier
Olivier Schreiber & Chao LLP
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (415) 484-0980
Facsimile: (415) 659-7758
Email: monique@ocslegal.com

Rachel Bien
Olivier Schreiber & Chao LLP
1149 North Gower Street Suite 215
Los Angeles, CA 90038
Telephone: (415) 484-0522
Facsimile: (415) 659-7758
Email: rachel@osclegal.com

**Counsel for Appellee *U.S. Equal Employment Opportunity Commission***

Anna Y. Park
U.S. Equal Employment Opportunity Commission
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 422-8396

Facsimile: (213) 894-1301
anna.park@eeoc.gov

Nakkisa Akhavan
U.S. Equal Employment Opportunity Commission
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 422-8396
Facsimile: (213) 894-1301
nakkisa.akhavan@eeoc.gov

Taylor Markey
U.S. Equal Employment Opportunity Commission
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 422-8396
Facsimile: (213) 894-1301
taylor.markey@eeoc.gov

Maurice Neishlos
U.S. Equal Employment Opportunity Commission
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 422-8396
Facsimile: (213) 894-1301
maurice.neishlos@eeoc.gov

Alisha Ansari
U.S. Equal Employment Opportunity Commission
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 422-8396
Facsimile: (213) 894-1301
alisha.ansari@eeoc.gov

Ella Hushagen
U.S. Equal Employment Opportunity Commission
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 422-8396

Facsimile: (213) 894-1301
ella.hushagen@eeoc.gov

**Counsel for Appellees** *Activision Blizzard, Inc., Blizzard Entertainment, Inc., Activision Publishing, Inc., King.com, Inc., and Does One through Ten, inclusive*

Elena R. Baca
Paul Hastings LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone: 1(213) 683-6000
Facsimile: 1(213) 627-0705
elenabaca@paulhastings.com


Felicia A. Davis
Paul Hastings LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone: 1(213) 683-6000
Facsimile: 1(213) 627-0705
feliciadavis@paulhastings.com

Ryan D. Derry
Paul Hastings LLP
101 California Street
Forty-Eighth Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
ryanderry@paulhastings.com

DATED: January 7, 2022

Respectfully submitted,

*/s/ Jahan C. Sagafi*
Jahan C. Sagafi (SBN 224887)
Outten & Golden LLP
One California Street, Suite 1250
San Francisco, CA 94111
Telephone:  (415) 638-8800
Facsimile:   (415) 638-8810
E-Mail:  jsagafi@outtengolden.com

Christian Schreiber (SBN 245597)
Monique Olivier (SBN 190385)
Olivier Schreiber & Chao Llp
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (415) 484-0980
Facsimile: (415) 659-7758
Email: christian@osclegal.com
Email: monique@ocslegal.com

Rachel Bien (SBN 315886)
OLIVIER SCHREIBER & CHAO LLP
1149 North Gower Street Suite 215
Los Angeles, CA 90038
Telephone: (415) 484-0522
Facsimile: (415) 659-7758
Email: rachel@osclegal.com

*Attorneys for Intervenor,
Dept. of Fair Employment and   Housing*