DAVID A. ROSENFELD, Bar No. 058163
MICHAELA POSNER, Bar No. 339648
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: courtnotices@unioncounsel.net
         drosenfeld@unioncounsel.net
         mposner@unioncounsel.net

Attorneys for Intervenor,
JESSICA GONZALEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., and KING.COM, INC., and DOES ONE through TEN, inclusive,,<br><br>Defendants. | No. 2:21-cv-07682 DSF-JEM<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO INTERVENE**<br><br>Date:   April 4, 2022<br>Time:   1:30 PM<br>Place:  Courtroom 7D<br>Judge:  Honorable Dale S. Fischer |

TO PLAINTIFF AND DEFENDANT AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 4, 2022 at 1:30pm in Courtroom 7D of the First Street Courthouse of the above entitled Court, or as soon thereafter as the matter may be heard by the Honorable Dale S. Fischer, United States District Court Judge, Proposed Inventor, Jessica Gonzalez will and hereby does move this

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

1
NOTICE OF MOTION AND MOTION FOR LEAVE TO INTERVENE
Case No. 2:21-cv-07682 DSF-JEM

1  Court for an order granting leave to intervene for the limited purpose of challenging
2  the Proposed Amended Consent Decree.
3      This motion is made following the conference of counsel pursuant to Local
4  Rule 7-3, which took place on February 23, 2022. This motion is brought in order
5  that Ms. Gonzalez may object to the terms of the Proposed Amended Consent
6  Decree and to request a fairness hearing.  Applicant-Intervenor's timely motion for
7  leave to intervene is based upon the grounds that Jessica Gonzalez is entitled to
8  intervene as a matter of right pursuant to Fed. R. Civ. P. 24(a) and 42 U.S.C. §
9  200e-5(f), and should in any event be permitted to intervene pursuant to Fed. R.
10 Civ. P. 24(b).
11     This Motion to Intervene is based upon this Notice of Motion and Motion,
12 the accompanying Memorandum of Points and Authorities and on the Declaration
13 of Jessica Gonzalez, the pleadings, files and records in this action and any oral
14 arguments the Court may permit.

16 Dated:  March 4, 2022            Respectfully Submitted,

17                                  WEINBERG, ROGER & ROSENFELD
                                    A Professional Corporation

19                                  /s/ DAVID A. ROSENFELD
                              By:   DAVID A. ROSENFELD
20                                  MICHAELA POSNER

21                                  Attorneys for Intervenor,
                                    JESSICA GONZALEZ

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

2
NOTICE OF MOTION AND MOTION FOR LEAVE TO INTERVENE
Case No. 2:21-cv-07682 DSF-JEM