DAVID A. ROSENFELD, Bar No. 058163
MICHAELA POSNER, Bar No. 339648
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: courtnotices@unioncounsel.net
         drosenfeld@unioncounsel.net
         mposner@unioncounsel.net

Attorneys for Intervenor,
JESSICA GONZALEZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., and KING.COM, INC., and DOES ONE through TEN, inclusive, <br><br> Defendants. | No. 2:21-cv-07682 SFJ-JEM <br><br> **DECLARATION OF JESSICA GONZALEZ** <br><br> Date:  April 4, 2022 <br> Time:  1:30 PM <br> Place: Courtroom 7D <br> Judge: Honorable Dale S. Fischer |

I, Jessica Gonzalez, declare as follows:

1. I am an Intervenor in the above-referenced matter. I make this declaration based upon my personal knowledge and, if called as a witness, I would competently testify to the facts stated below.

2. I worked for Blizzard Entertainment for a period of August, 2019 to December 20, 2021. I quit because of harassment and retaliation. Once the DFEH lawsuit became known, I began organizing and speaking out over workplace problems and the need to encourage Diversity, Equity and Inclusion (DEI).

3. As a result of this speaking out I suffered direct harassment and retaliation from supervisors.

4. For example, one supervisor made efforts to get me fired.

5. Another manager encouraged stalking on my Twitter account. All of this was in direct retaliation from my support of DEI and the DFEH lawsuit.

6. I am also aware of many other women who suffered harassment and retaliation because of the conduct of the Defendants.

7. I wish to intervene in order to object to the proposed Amended Consent Decree which I believe is woefully inadequate. I also believe that it forfeits my rights under state law which the EEOC has no right to do.

8. Attached hereto as EXHIBIT A is a true and accurate copy of the charge filed on my behalf with the DFEH.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 4th day of March 2022, at San Pedro, California.

_____
JESSICA GONZALEZ

152496\1245292

DECLARATION OF JESSICA GONZALEZ
Case No. 2:21-cv-07682 SFJ-JEM

2