

# CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING
## RIGHT-TO-SUE

Your submission of this document acknowledges that you have read and agree to the DFEH's Privacy Policy. By submitting this document, you are declaring under penalty of perjury under the laws of the State of California that to the best of your knowledge all information stated is true and correct, except matters stated on information and belief, which you believe to be true.

**DFEH CASE NUMBER (IF APPLICABLE):**

**COMPLAINANT:**

| NAME: | TELEPHONE NUMBER: |
| JESSICA GONZALES | |

| ADDRESS: | EMAIL ADDRESS: |

CITY/STATE/ZIP:
SAN PEDRO, CA 90731

**RESPONDENT:**

| NAME: | TELEPHONE NUMBER: |
| BLIZZARD ENTERTAINMENT, INC. | (949) 955-1380 |

ADDRESS:
1 BLIZZARD

CITY/STATE/ZIP:
IRVINE, CA 92618

NUMBER OF EMPLOYEES: 150+    TYPE OF EMPLOYER: Entertainment/Software

**ADD CO-RESPONDENT:**

NAME:_____

TITLE:_____

ADDRESS:_____

_____

TELEPHONE NUMBER:_____

**ADD CO-RESPONDENT:**

NAME:_____

TITLE:_____

ADDRESS:_____

_____

TELEPHONE NUMBER:_____

**DATE OF HARM:**

LAST DATE OF HARM (Month/Day/Year):   12/20/2021
                                      _____

1. I ALLEGE THAT I EXPERIENCED:  ☐ Discrimination  ☑ Harassment

**BECAUSE OF MY ACTUAL OR PERCEIVED:**

☐ Age (40 and over)

☐ Ancestry

☐ Association with a member of a protected class

☐ Color

☐ Criminal History

☐ Disability (physical or mental)

☐ Family Care and Medical Leave (CFRA) (employers of 5 or more people) includes serious health condition of employee or family member, child bonding, and military exigencies.

☐ Gender Identity or Expression

☐ Genetic Information or Characteristic

☐ Marital Status

☐ Medical Condition (cancer or genetic characteristic)

☐ Military and Veteran Status

☐ National Origin (includes language restrictions)

☐ Pregnancy, childbirth, breastfeeding, or related medical conditions

☐ Race

☐ Religious creed (includes dress and grooming practices)

☐ Sex/Gender

☑ Sexual harassment – hostile environment

☐ Sexual harassment – quid pro quo

☐ Sexual orientation

☐ Other (specify) _____

**AS A RESULT, I WAS:**

- [ ] Asked impermissible non-job-related questions
- [ ] Demoted
- [ ] Denied accommodation for pregnancy
- [ ] Denied accommodation for religious beliefs
- [ ] Denied any employment benefit or privilege
- [ ] Denied employer paid health care while on pregnancy disability leave
- [ ] Denied equal pay (includes violations of the Equal Pay Act)
- [ ] Denied Family Care and Medical Leave (CFRA) (employers of 5 or more people) includes serious health condition of employee or family member, child bonding, and military exigencies.
- [ ] Denied hire or promotion
- [ ] Denied or forced to transfer
- [ ] Denied reasonable accommodation for a disability
- [ ] Denied the right to wear pants
- [ ] Denied work opportunities or assignments
- [x] Forced to quit
- [ ] Laid off
- [ ] Reprimanded
- [ ] Suspended
- [ ] Terminated
- [x] Other (specify) Subject to heckling, social medial stalking, unwelcome texts

**I ALLEGE THAT I EXPERIENCED:** [x] Retaliation

**BECAUSE I:**

- [ ] Participated as a witness in a discrimination or harassment complaint
- [x] Reported or resisted any form of discrimination or harassment
- [ ] Reported patient abuse (hospital employees only)
- [ ] Requested or used a disability-related accommodation
- [ ] Requested or used a pregnancy-disability-related accommodation
- [ ] Requested or used a religious accommodation
- [ ] Requested or used Family Care and Medical Leave (CFRA) (employers of 5 or more people) includes serious health condition of employee or family member, child bonding, and military exigencies.

**AS A RESULT I WAS:**

- [ ] Asked impermissible non-job-related questions
- [ ] Demoted
- [ ] Denied accommodation for pregnancy
- [ ] Denied accommodation for religious beliefs
- [ ] Denied any employment benefit or privilege
- [ ] Denied employer paid health care while on pregnancy disability leave
- [ ] Denied equal pay (includes violations of the Equal Pay Act)
- [ ] Denied Family Care and Medical Leave (CFRA) (employers of 5 or more people) includes serious health condition of employee or family member, child bonding, and military exigencies.
- [ ] Denied hire or promotion
- [ ] Denied or forced to transfer
- [ ] Denied reasonable accommodation for a disability
- [ ] Denied the right to wear pants
- [ ] Denied work opportunities or assignments
- [✔] Forced to quit
- [ ] Laid off
- [ ] Reprimanded
- [ ] Suspended
- [ ] Terminated
- [✔] Other (specify) Subject to heckling, social medial stalking, unwelcome texts, targeted for termination

2. Do you have an attorney who agreed to represent you in this matter? (●) Yes ( ) No

   If yes, please provide the attorney's contact information.

**COMPLAINANT'S REPRESENTATIVE INFORMATION**

Attorney Name: DAVID A. ROSENFELD

Attorney Firm Name: WEINBERG, ROGER & ROSENFELD

Attorney Address: 1375 55TH STREET

Attorney City, State, and Zip: EMERYVILLE, CA 94608

3. Briefly describe what you believe to be the reason(s) for the discrimination, harassment, or retaliation. (Optional)

Because of the nature of the work environment at Blizzard, Ms. Gonzales spoke up and encouraged the adoption of Diversity, Equity and Inclusion (DEI) initiatives to create positive change and to foster a better work environment.  As a result, she was heckled by her male co-workers, stalked on Twitter (at the encouragement of one manager), received unwelcome text messages, and was targeted for termination by another manager.  The day-to-day working environment became so hostile that she had no choice but to quit.

**VERIFICATION PAGE – THIS PAGE MUST BE COMPLETED**

**Before submitting the form, you must verify who you are and whether you are submitting this information for yourself or someone else.**

Verifier Name: DAVID A. ROSENFELD

Verifier's Relationship to Complainant: ATTORNEY

Verifier's City and State: EMERYVILLE, CA

**By submitting this document, you are declaring under penalty of perjury under the laws of the State of California that to the best of your knowledge all information stated is true and correct, except matters stated on information and belief, which you believe to be true.**

# DEMOGRAPHIC INFORMATION

THIS INFORMATION IS OPTIONAL AND IS ONLY USED FOR STATISTICAL PURPOSES.

Primary Language: _____    DOB: _____

**GENDER / GENDER IDENTITY:**

☐ Male   ☐ Female   ☐ Non-Binary   ☐ Other

**MARITAL STATUS:**

☐ Single   ☐ Married   ☐ Cohabitation   ☐ Divorced

**RACE:**

☐ American Indian, Native American or Alaskan Native
☐ Asian
☐ Black or African American
☐ Native Hawaiian or Other Pacific Islander
☐ White
☐ Other

**ETHNICITY:**

☐ Hispanic or Latino    ☐ Non-Hispanic or Latino

**NATIONAL ORIGIN:**

| | | | |
|---|---|---|---|
| ☐ Afghani | ☐ German | ☐ Japanese | ☐ Other Middle Eastern |
| ☐ American [U.S.A] | ☐ Ghanaian | ☐ Korean | ☐ Pakistani |
| ☐ Asian Indian | ☐ Guamanian | ☐ Laotian | ☐ Puerto Rican |
| ☐ Bangladeshi | ☐ Haitian | ☐ Lebanese | ☐ Salvadoran |
| ☐ Cambodian | ☐ Hawaiian | ☐ Malaysian | ☐ Samoan |
| ☐ Canadian | ☐ Hmong | ☐ Mexican | ☐ Sri Lankan |
| ☐ Chinese | ☐ Indonesian | ☐ Nigerian | ☐ Syrian |
| ☐ Cuban | ☐ Iranian | ☐ Other | ☐ Taiwanese |
| ☐ Dominican | ☐ Iraqi | ☐ Other African | ☐ Thai |
| ☐ Egyptian | ☐ Irish | ☐ Other Asian | ☐ Tongan |
| ☐ English | ☐ Israeli | ☐ Other Caribbean | ☐ Vietnamese |
| ☐ Ethiopian | ☐ Italian | ☐ Other European | |
| ☐ Fijian | ☐ Jamaican | ☐ Other Hispanic/Latino | |
| ☐ Filipino | | | |

# DEMOGRAPHIC INFORMATION
THIS INFORMATION IS OPTIONAL AND IS ONLY USED FOR STATISTICAL PURPOSES.

**DISABILITY:**

- ☐ AIDS or HIV
- ☐ Blood / Circulation
- ☐ Brain / Nerves / Muscles
- ☐ Digestive / Urinary / Reproduction
- ☐ Hearing
- ☐ Heart
- ☐ Limbs [Arms / Legs]
- ☐ Mental
- ☐ Sight
- ☐ Speech / Respiration
- ☐ Spinal / Back / Respiration
- ☐ Other Disability

**RELIGION:**

- ☐ Agnostic
- ☐ Atheist
- ☐ Bahai
- ☐ Buddhism
- ☐ Catholicism
- ☐ Christianity
- ☐ Confucianism
- ☐ Hinduism
- ☐ Islam
- ☐ Jehovah's Witness
- ☐ Judaism
- ☐ Neo-Paganism
- ☐ Nonreligious
- ☐ Protestantism
- ☐ Primal-indigenous
- ☐ Quakers
- ☐ Rastafarianism
- ☐ Spiritism
- ☐ Shinto
- ☐ Sikhism
- ☐ Taoism
- ☐ Unitarian-Universalism
- ☐ Zoroastrianism
- ☐ Other

**SEXUAL ORIENTATION:**

- ☐ Straight or Heterosexual
- ☐ Gay or Lesbian
- ☐ Bisexual
- ☐ Other

**CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT & HOUSING PRIVACY POLICY**

The California Department of Fair Employment & Housing (DFEH) has adopted this Privacy Policy, effective January 1, 2017. DFEH values the security and privacy of your personal information and is committed to protecting your privacy rights. The DFEH seeks only to collect relevant personal information that enables us to assist you in investigating and resolving complaints of discrimination as prescribed by California Government Code sections 11135 et seq., 12900 et seq., and California Civil Code sections 51, 51.7, 52.5, and 54 et seq.

All personal information we collect is governed by the State of California Information Practices Act of 1977 (Civ. Code, §§ 1798-1798.78), Government Code sections 11015.5 and 11019.9, and the California Public Records Act (Gov. Code § 6250 et seq.).

Outlined below is our online Privacy Policy and Notice:

- Legal Authority for Collection and Use of Information
- Disclosure and Sharing
- What happens to information you submit to us?
- Cookies
- Links
- Public Disclosure
- Minors
- Security
- Access and Corrections to your Personal Information
- How to contact us if you have any questions regarding this policy
- Changes to our Privacy Policy
- Effective date

**Legal Authority for Collection and Use of Information**

We collect information that may be directly associated with a specific person. We call this "Personal Information," and it includes, names, addresses, telephone numbers and email addresses.  We collect this Personal Information through lawful means from individuals who seek to file a complaint with the DFEH, and we use this information to establish jurisdiction and to conduct an investigation of any allegations of Civil Rights violations.  If you seek to file a complaint, you are required to provide us with sufficient information in accordance with California Government Code sections 11135 et seq., 12900 et seq., and California Civil Code sections 51, 51.7, 52.5, and 54 et seq.

**Disclosure and Sharing**

We do not sell your personal information. Government Code section 11015.5, subdivision (6), prohibits DFEH and all state agencies from distributing or selling any electronically collected personal information about users to any third party without the permission of the user. Any distribution of electronically collected personal information will be solely for the purposes for which it was provided to us, as described below.

We also may share your personal information under the following circumstances:

1. You give us permission.

2. We receive a request from a party with legal authority to obtain the information, such as a subpoena.

3. As authorized by law, it is transferred to / shared with the U.S. Equal Employment Opportunity Commission, the National Labor Relations Board, the U.S. Department of Labor, the U.S. Department of Housing and Urban Development, the U.S. Department of Health and Human Services, the U.S. Department of Education, the U.S. Department of Justice, or any branch of the California State Government, or any other local or Federal agency with similar jurisdiction.

4. Non personal information, including the allegations in the complaint document itself, may be disclosed to the public under the California Public Records Act.

**What happens to information you submit to us?**

The Personal Information we obtain from you will be used for the purposes for which it was provided: to further the DFEH's efforts to investigate and attempt to resolve the allegations of unlawful discrimination, harassment and/or retaliation that you filed. Electronically collected Personal Information we gather about visits to our website is used to help us improve the user experience and for basic web metrics of our website.

**Links**

Our website may contain links to other websites on the Internet that are owned and operated by third parties. DFEH does not control the privacy policies or practices of these websites. You are advised to review the privacy policies of the third party offering the website before providing any personal information to these websites. DFEH is not responsible for the content or practices of any linked third party website and such third party websites are provided solely for the convenience and information to our visitors.

**Cookies**

We do not collect information such as names, addresses, and emails from individuals browsing DFEH's website. However, when you visit our website, a "cookie" may be saved on your computer. A cookie is a tiny piece of data stored by your browser that helps us recognize your unique computer and your preferences when using our website. The information DFEH automatically collects may include the type of browser used, date and time you visited the site, and web pages you visited. This information is collected to improve the user experience and for basic web metrics. The information is deleted after 30 days. This type of electronic information collection is permitted by law and is exempt from requests made under the Public Records Act.

You can refuse the cookie or delete the cookie file from your computer after you visit our website. You can find instructions for managing cookie controls on websites for particular browsers. For example:
- Microsoft Internet Explorer browsers
- Macintosh Safari browsers
- Mozilla Firefox browsers

**Public Disclosure**

In the State of California, laws exist to ensure that government is open and that the public has a right to access appropriate records and information possessed by state government. At the same time, there are exceptions to the public's right to access public records.

These exceptions serve various needs including maintaining the privacy of individuals. Both state and federal laws provide exceptions. All information collected at this site becomes a public record that may be subject to inspection and copying by the public, unless an exemption in law exists. In the event of a conflict between this Privacy Notice and the Public Records Act, the Information Practices Act and/or other law governing the disclosure of records, the Public Records Act, the Information Practices Act and/or other applicable law will control.

**Minors**

We recognize the importance of protecting privacy where minors (a person under 18 years of age) are involved. We are committed to protecting the privacy of minors and do not knowingly collect personal information from minors or create profiles of minors through our website. Users are cautioned, however, that the collection of personal information submitted online or in an e-mail will be treated as though it was submitted by an adult. DFEH strongly encourages parents, guardians and adults to be involved in the internet activities of their children or other minors they are responsible for and to provide guidance whenever minors are asked to provide personal information online. If you believe a minor has provided us with personal information, we ask that a parent or guardian contact us at 1-800-884-1684.

**Security**

DFEH has put security measures in place to safeguard and protect your information from unauthorized access, disclosure, and loss. Our policy limits access to personal information to employees who have an established business need for the Personal Information including those directly involved in the filing, investigation, resolution and/or litigation of your complaint. Information that is physically located within the DFEH is protected by various security measures, which may include the use of encryption software to protect the security of an individuals' personal information during transmission and storage. Personal Information is destroyed according to the DFEH's records retention policy, and we only retain these records for as long as necessary to fulfill our business need. We train our employees on procedures and management of personal information we collect as well as on taking precautions and complying with limitations on the release of personal information.

**Access and Corrections to your Personal Information**

You have the right to review any Personal Information we collect about you. If you request all or a portion of the Personal Information collected about you by the DFEH, we will provide you with the Personal Information requested and explain how we use the information. You may request changes to your Personal Information you believe is incorrect by submitting a written request that credibly shows the error. If you believe that your Personal Information is being used for a purpose other than what you intended when you submitted it, you may contact us so we can rectify the misuse. In all cases, we will take reasonable steps to verify your identity before granting access or making corrections.

**How to contact us if you have any questions regarding this policy**

If you have any questions or concerns about the information presented in this Privacy Notice, you may contact:

DFEH Privacy Officer
2218 Kausen Drive, Suite 100
Elk Grove, CA 95758
1-800-884-1684

**Changes to our Privacy Policy**

We may update and revise our Privacy Policy. We will post any privacy policy changes on this page and, if the changes are significant, we will provide a more prominent notice.

**Effective date**

January 1, 2017