UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., and KING.COM, INC., and DOES ONE through TEN, inclusive,,<br><br>Defendants. | No. 2:21-cv-07682 DSF-JEM<br><br>**[PROPOSED] ORDER GRANTING APPLICANT-INTERVENOR JESSICA GONZALEZ'S MOTION TO INTERVENE** |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Objector, Jessica Gonzalez may intervene as a party aggrieved pursuant to 42 U.S.C. § 2000e-5(f)(1).

IT IS SO ORDERED.

DATED: _____       _____
                                                    HON. JUDGE DALE S. FISCHER,
                                                    UNITED STATES DISTRICT JUDGE

1