1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ELENA R. BACA (SB# 160564)
elenabaca@paulhastings.com
FELICIA A. DAVIS (SB# 266523)
feliciadavis@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California  90071-2228
Telephone:  1(213) 683-6000
Facsimile:  1(213) 627-0705

RYAN D. DERRY (SB# 244337)
PAUL HASTINGS LLP
ryanderry@paulhastings.com
101 California Street
Forty-Eighth Floor
San Francisco, California 94111
Telephone:  (415) 856-7000
Facsimile:   (415) 856-7100

Attorneys for Defendants
ACTIVISION BLIZZARD, INC., BLIZZARD
ENTERTAINMENT, INC., ACTIVISION
PUBLISHING, INC., and KING.COM, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>               Plaintiff,<br><br>        vs.<br><br>ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., and KING.COM, INC., and DOES ONE through TEN, inclusive,<br><br>               Defendants. | CASE NO. 2:21-CV-07682 DSF-JEM<br><br>**DECLARATION OF ELENA R. BACA IN SUPPORT OF DEFENDANTS' OPPOSITION TO JESSICA GONZALEZ'S MOTION TO INTERVENE**<br><br>Date:       April 4, 2021<br>Time:      1:30p.m.<br>Dept.:     7D<br>Judge:    Hon. Dale S. Fischer |

1

**DECLARATION OF ELENA R. BACA**

2

I, Elena R. Baca, declare as follows:

3

1.    I am an attorney duly licensed to practice law in the State of

4 California.  I am a partner of the law firm of Paul Hastings LLP, counsel of record

5 for Defendants Activision Blizzard, Inc., Blizzard Entertainment, Inc., Activision

6 Publishing, Inc., and King.Com, Inc. (collectively, "Activision Blizzard").  I have

7 personal knowledge of the facts stated in this declaration, and, if called as a witness,

8 could and would competently testify to each of them.

9

2.    I submit this declaration in support of Defendants' Opposition to

10 Jessica Gonzalez's Motion to Intervene ("Motion").

11

3.    I attended the hearing before this Court on December 13, 2021, during

12 which the Court indicated the parties should start working on implementing certain

13 terms of the Consent Decree, including engaging personnel required by the Consent

14 Decree.  Subsequent to the hearing, Activision Blizzard posted for the EEO

15 Coordinator role.  A person has been hired to perform the role.  The parties have

16 agreed upon and Activision Blizzard has engaged a claims administrator.  Working

17 with the claims administrator, content for the settlement website has been prepared.

18

4.    For the past several years, Activision Blizzard and its family of

19 companies have worked to enhance the workplace.  Many of these enhancements

20 have been disclosed publicly through company statements.  True and correct copies

21 of the statements dated October 28, 2021 ("A Letter from CEO Bobby Kotick

22 Regarding Progress and Commitments Made at Activision Blizzard"), November

23 22, 2021 ("Activision Blizzard Board of Directors Continues to Build Upon Its

24 Ongoing Oversight with New 'Workplace Responsibility Committee' to Ensure

25 Implementation of Initiatives to Eliminate Harassment and Discrimination in the

26 Workplace"), and December 16, 2021 ("A Letter from Chief Operating Officer

27 Daniel Alegre Regarding Activision Blizzard's 2021 Representation Data") are

28 collectively attached as **Exhibit 1**.

DECL. OF ELENA R. BACA ISO
OPPOSITION TO GONZALEZ'S
MOTION TO INTERVENE

5.      On February 23, 2022, I participated in a meet and confer telephone conference with counsel for Proposed Intervenor Jessica Gonzalez, David Rosenfeld and counsel for the United States Equal Employment Opportunity Commission ("EEOC") related to this Motion.  Mr. Rosenfeld seemed unfamiliar with the Consent Decree terms.  During the call, Mr. Rosenfeld mentioned that he had prior discussions with counsel for the Department of Fair Employment & Housing ("DFEH").  In fact, Mr. Rosenfeld initially sought to include DFEH's counsel in the meet and confer discussion.

6.      During the February 23, 2022 telephone conference with Mr. Rosenfeld, we explained the Consent Decree, if approved, involves an "opt-in" settlement.  If approved, in and of itself, the Consent Decree would not affect an individual employee's rights or potential claims.  We further explained that no one, not Ms. Gonzalez or any other employee, was required to submit a claim.  Indeed, at any time prior to signing the release agreement, an eligible participant could make a claim and later decline to enter the release agreement.  They simply would not receive the corresponding proposed settlement amount.  Mr. Rosenfeld responded by stating words to the effect that, "If that's the case, why wouldn't everyone make a claim?"  We agreed.  Mr. Rosenfeld mentioned more than once that he would need to consult on these issues with DFEH's counsel, Outten & Golden.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 14, 2022, at Los Angeles, California.

_____
/s/Elena R. Baca
ELENA R. BACA

DECL. OF ELENA R. BACA ISO
GONZALEZ'S OPPOSITION TO DFEH'S
MOTION TO INTERVENE

# EXHIBIT 1

EXHIBIT 1
PAGE 4

Case 2:21-cv-07682-DSF-JEM   Document 38   Filed 03/14/22   Page 5 of 21   Page ID #:2496

# PRESS RELEASE DETAILS

# A LETTER FROM CEO BOBBY KOTICK REGARDING PROGRESS

EXHIBIT 1
PAGE 5

# AND COMMITMENTS MADE AT ACTIVISION BLIZZARD

October 28, 2021 at 5:15 AM EDT

 **DOWNLOAD PDF** [/NODE/34826/PDF]

SANTA MONICA, Calif.--(BUSINESS WIRE)--Oct. 28, 2021-- Activision Blizzard, Inc. (Nasdaq: ATVI) CEO Bobby Kotick today sent the following letter to all employees.

October 28, 2021

A few weeks ago, I reiterated our commitment to become the most welcoming, inclusive company in our industry. Today, I want to update you on some initial progress and important, additional steps we are taking to advance our commitment with greater impact, transparency, and urgency.

First, I want to offer my sincere gratitude for your continued focus and dedication to our players – and to each other. You've shown incredible resilience throughout the pandemic, exceptional care for colleagues and communities, and the relentless commitment to excellence, creative independence, and purpose that always sets our company – and our franchises – apart. During a tremendously challenging time for so many people, you've continued to bring joy and connection to our players and communities around the world.

My goal – and the goal of our Board, our entire senior corporate team, our business unit leaders, and their teams – is to make sure you have the resources, culture, and commitment from leadership you need to succeed in our collective aspiration to be the model workplace in our industry.

Over the last decade, as we've brought in new companies, grown our workforce, and expanded our business, we believed we had the systems,

**EXHIBIT 1**
**PAGE 6**

policies, and people in place to ensure that our company always lived up to its reputation as a great place to work. Clearly, in some vitally important aspects, we didn't.

The guardrails weren't in place everywhere to ensure that our values were being upheld. In some cases, people didn't consistently feel comfortable reporting concerns, or their concerns weren't always addressed promptly or properly. People were deeply let down and, for that, I am truly sorry.

Being welcoming and inclusive, in the context of our workplace, is crystal clear. We will still passionately debate ideas, employ healthy skepticism when appropriate, and demand excellence and rigor in all of our pursuits – but we will **always** treat each other with dignity and respect. And regardless of differences, voices will be heard, perspectives welcomed, and contributions valued.

We are a business fueled by passion and performance. These are cornerstones of our creative excellence but we must constantly recognize, embrace, and celebrate that the very best ideas, the most rigorous execution of those ideas, and ultimately our responsibility to our players and each other are best served by a culture that recognizes and respects that true excellence comes from diverse views, voices, and talents.

We've made progress over the last few years fostering that diversity and creating a better work environment – a commitment that has improved in scope and speed in recent months. We've tripled our investment in anti-harassment and anti-discrimination training; we've made meaningful organizational changes; and we've substantially increased resources for reporting and carefully investigating improper behavior.

The EEOC's investigative process, public discussion on discrimination and harassment, and your reports and suggestions helped shine a light on practices we need to improve, policies that need to be strengthened, and resources we are now adding. The EEOC's review was a catalyst to sharpen our focus on the ways we can become a company others emulate as a model for workplace excellence and one with an unwavering commitment to its values.

**We have a lot more to do** if we are to be the company that others emulate.   EXHIBIT 1
PAGE 7

3/12/22, 6:56 PM    Activision Blizzard | Letter from CEO Bobby Kotick Regarding Progress and Commitments Made | Activision Blizzard

Case 2:21-cv-07682-DSF-JEM   Document 38   Filed 03/14/22   Page 8 of 21   Page ID #:2499

I want to share five new changes we are implementing, but recognize being a model for workplace excellence will be a dynamic process requiring additional changes and an unrelenting commitment to improvement.

1. **We are launching a new zero-tolerance harassment policy company-wide** – In the past, when we discovered and substantiated harassment, we terminated some employees and provided verbal or written warnings or different disciplinary actions to others. In retrospect, to achieve our goals for workplace excellence, this approach is no longer adequate. We need tougher rules and consistent monitoring across the entire company to make sure reports are being handled correctly and discipline is appropriate and swift.

   As a result, we are implementing a zero-tolerance policy across Activision Blizzard that will be applied consistently. Our goal is to have the strictest harassment and non-retaliation policies of any employer, and we will continue to examine and tighten our standards to achieve this goal everywhere we do business.

   Any Activision Blizzard employee found through our new investigative processes and resources to have retaliated against anyone for making a compliance complaint **will be terminated immediately**.

   In many other instances of workplace misconduct, we will no longer rely on written warnings: termination will be the outcome, including in most cases of harassment based on **any** legally protected category.

   Future employment contracts and equity awards will be clear: termination for these reasons will result in the immediate forfeiture of future compensation.

   We also want to ensure that employees who file reports are encouraged, protected, and heard. For **all** reports of harassment and retaliation, we will investigate the allegation and whether the Activision Blizzard personnel who received the report of such behavior took the appropriate steps to protect the integrity of our compliance processes.

   There may be some places around the world where local law may restrict some of these measures. In those cases, we will apply the highest permissible standards and the strongest possible discipline.

2. **We will increase the percentage of women and non-binary people in our workforce by 50% and will invest $250 million to accelerate opportunities for diverse talent** –Today, approximately 23% of our global employee population identifies as women or non-binary. Building on the success that King and other business units have achieved, we will seek to increase our percentage of women and non-binary professionals by approximately 50% – to more than one-third across the entire company – within the next five years and hopefully faster. Each franchise team, business unit, and functional area will be expected to have plans to help fulfill this ambition.

   With respect to diversity, while we perform better than our peers with 30% of our U.S. workforce from diverse or under-represented communities, broadening this progress will continue to be a significant focus of mine as well as company, business unit, and franchise leadership.

   To further this commitment, we'll be investing an additional **$250 million over the next 10 years in initiatives that foster expanded opportunities in gaming and technology for under-represented communities**. This commitment includes inspiring diverse talent to pursue career opportunities in gaming through an ABK Academy that includes partnerships with colleges and technical schools serving under-represented communities, mentorships for participants, and a rotating apprenticeship program that leads to game development jobs, similar to the programs we began with the United Negro College Fund and Management Leadership for Tomorrow. We will also provide learning, development, and advanced degree opportunities for current employees to increase the number of women and those from under-represented communities in leadership positions across the company and in

EXHIBIT 1
PAGE 8

3/12/22, 6:55 PM                  Activision Blizzard: Letter from CEO Bobby Kotick Regarding Progress and Commitments Made | Activision Blizzard

Case 2:21-cv-07682-DSF-JEM  Document 73  Filed 03/11/22  Page 9 of 21  Page ID #:2500

our industry.

In the coming months, Brian Bulatao, Julie Hodges, and I will share details about how we are operationalizing these goals and implementing and measuring this expanded investment.

3. **Based on feedback from employees, we are waiving required arbitration of sexual harassment and discrimination claims** – For any Activision Blizzard employee who chooses not to arbitrate an individual claim of sexual harassment, unlawful discrimination, or related retaliation arising in the future, the company will waive any obligation to do so.

4. **We will continue to increase visibility on pay equity** – As described in the RECENT NOTE [HTTPS://CTS.BUSINESSWIRE.COM/CT/CT? ID=SMARTLINK&URL=HTTPS%3A%2F%2FACTIVISIONBLIZZARD.COM%2FNEWSROOM%2F2021%2F10%2FUS-PAY-EQUITY-REVIEW&ESHEET=52517308&NEWSITEMID=20211028005446&LAN=EN-US&ANCHOR=RECENT+NOTE&INDEX=1&MD5=484A12B94B2293A066B23691DB7045A6] from our President, Daniel Alegre, and our Chief Administrative Officer, Brian Bulatao, the company continues to focus on pay equity for employees. In fact, our U.S. analysis showed that women at the company on average earned slightly more than men for comparable work in 2020. To ensure transparency on our continuing commitment to pay equity, we will report these results annually.

5. **We will provide regular progress updates** – We will be monitoring the progress of our business units, franchise teams, and functional leaders with respect to workplace initiatives and we will provide a status report quarterly. We also will be adding a dedicated focus on this vital work in our annual report to shareholders and in our annual ESG report with information on gender hiring, diversity hiring, and workplace progress.

Specifics on how these measures will be implemented and tracked will be forthcoming.

Lastly, I want to ensure that every available resource is being used in the service of becoming the industry leader in workplace excellence. Accordingly, I have asked our Board of Directors to reduce my total compensation until the Board has determined that we have achieved the transformational gender-related goals and other commitments described above. **Specifically, I have asked the Board to reduce my pay to the lowest amount California law will allow for people earning a salary, which this year is $62,500.** To be clear, this is a reduction in my overall compensation, not just my salary. I am asking not to receive any bonuses or be granted any equity during this time.

There's a tendency when companies face challenging moments to lose sight of what makes them special, what makes them great. You are a truly special group of people who – through passion, conviction, drive, and determination – keep accomplishing extraordinary things. While the critical work ahead won't be easy, I am confident our collective commitment to workplace excellence will be achieved.

I truly wish not a single employee had had an experience at work that resulted in hurt, humiliation, or worse – and to those who were affected, I

EXHIBIT 1
PAGE 9

sincerely apologize. You have my commitment that we will do everything possible to honor our values and create the workplace every member of this team deserves.

I am grateful for how much people care about this company, and I appreciate that many past and present employees have reached out with their thoughts, concerns, complaints, and suggestions. Your experiences, so courageously shared, serve as reason and reminder for why it is so important for us to do better. And we will.

With thanks and deepest gratitude,
Bobby

Cautionary Note Regarding Forward-Looking Statements

This press release may contain forward-looking statements within the meaning of The Private Securities Litigation Reform Act of 1995. We may, in some cases, use terms such as "predicts," "believes," "potential," "proposed," "continue," "estimates," "anticipates," "expects," "plans," "intends," "may," "could," "might," "will," "should" or other words that convey uncertainty of future events or outcomes to identify these forward-looking statements. Such statements are subject to numerous important factors, risks and uncertainties that may cause actual events or results to differ materially from the Company's current expectations. These and other risks are described in the Company's periodic reports, including the annual report on Form 10-K, quarterly reports on Form 10-Q and current reports on Form 8-K, filed with or furnished to the Securities and Exchange Commission and available at WWW.SEC.GOV (HTTPS://CTS.BUSINESSWIRE.COM/CT/CT? ID=SMARTLINK&URL=HTTP%3A%2F%2FWWW.SEC.GOV&ESHEET=52517308&NEWSITEMID=20211028005446&LAN=EN-US&ANCHOR=WWW.SEC.GOV&INDEX=2&MD5=ADB448B603F795EAE6424BA799C1EFFF). Any forward-looking statements that the Company makes in this press release speak only as of the date of this press release. The Company assumes no obligation to update forward-looking statements whether as a result of new information, future events or otherwise, after the date of this press release.

View source version on BUSINESSWIRE.COM (HTTP://BUSINESSWIRE.COM):
HTTPS://WWW.BUSINESSWIRE.COM/NEWS/HOME/20211028005446/EN/

EXHIBIT 1
PAGE 10

ABOUT +          CAREERS          INVESTOR +
                                  RELATIONS          OUR +
                                                     COMMITMENTS          NEWSROOM

# PRESS RELEASE DETAILS

# ACTIVISION BLIZZARD BOARD OF DIRECTORS CONTINUES TO BUILD

EXHIBIT 1
PAGE 11

3/12/22, 2:52 PM    Activision Blizzard - Activision Blizzard Board of Directors Continues to Build Upon its Ongoing Oversight With New "Workplace R…

Case 2:21-cv-07682-DSF-JEM   Document 70   Filed 03/14/22   Page 12 of 21   Page ID #:2503

# UPON ITS ONGOING OVERSIGHT WITH NEW "WORKPLACE RESPONSIBILITY COMMITTEE" TO ENSURE IMPLEMENTATION OF INITIATIVES TO ELIMINATE HARASSMENT AND DISCRIMINATION IN THE WORKPLACE

November 22, 2021 at 10:30 PM EST

📄 DOWNLOAD PDF (/NODE/34911/PDF)

SANTA MONICA, Calif.--(BUSINESS WIRE)--Nov. 22, 2021-- The Activision Blizzard (Nasdaq: ATVI) Board of Directors today announced that it has formed a "Workplace Responsibility Committee" (the "Committee"), initially comprised of two independent directors, to oversee the Company's progress in successfully implementing its new policies, procedures, and

EXHIBIT 1
PAGE 12

3/12/22, 2:12 PM    Activision Blizzard – Activision Blizzard Board of Directors Continues to Build Upon its Ongoing Oversight to New Workplace R…

Case 2:21-cv-07682-DSF-JEM    Document 70    Filed 03/14/22    Page 13 of 21    Page ID #:2504

commitments to improve workplace culture and eliminate all forms of harassment and discrimination at the Company. The Committee is being chaired by Dawn Ostroff, an independent director since 2020. Reveta Bowers, an independent director since 2018, will serve on the Committee. In addition, the Company is working to add a new, diverse director to the Board.

The Committee will require management to develop key performance indicators and/or other means to measure progress and ensure accountability. The Chief Executive Officer, Bobby Kotick, along with the Chief People Officer and Chief Compliance Officer will provide frequent progress reports to the Committee, which will regularly brief the full Board. The Committee is empowered to retain outside consultants or advisers, including independent legal counsel, to assist in its work.

The Activision Blizzard Board is committed to ensuring a healthy workplace in which all employees feel valued, safe, and respected. Our Audit Committee has been kept apprised of developments, including the EEOC and DFEH investigations. The Board supports the numerous steps taken by management since 2018 to improve workplace culture, including centralizing the human resources function in 2019 to ensure greater consistency and accountability, strengthening and increasing training, and, most recently, improving methods for reporting and responding to complaints of harassment, discrimination, and retaliation. Beginning in October, the Board has been meeting bi-weekly for in-depth assessments on related plans and progress and also now receives detailed written weekly reports. The Board remains committed to helping drive significant, additional improvements.

As announced on September 27, 2021, in an agreement with the United States Equal Employment Opportunity Commission (EEOC), the Company, upon court approval of the agreement, will hire an EEO Coordinator; that Coordinator will have a direct reporting line to the Board. The Committee will engage regularly with the EEO Coordinator and an independent EEO Consultant, who will be engaged consistent with the agreement. The duties of these two separate EEO functions will provide transparency both to the EEOC and the Workplace Responsibility Committee.

EXHIBIT 1
PAGE 13

While the Company, with the Board's support, has been making important progress to improve workplace culture, it is clear that current circumstances demand increased Board engagement. Formation of the Committee and additional future changes will help facilitate additional direct oversight and transparency and ensure that the Company's commitments to Activision Blizzard's workforce are carried out with urgency and impact. This has been a challenging time across the Company, but the Board is confident in the actions underway to set the Company up for future success.

## About Activision Blizzard

Our mission, to connect and engage the world through epic entertainment has never been more important. Through communities rooted in our video game franchises we enable hundreds of millions of people to experience joy, thrill, and achievement. We enable social connections through the lens of fun, and we foster purpose and a sense of accomplishment through healthy competition. Like sport, but with greater accessibility, our players can find purpose and meaning through competitive gaming. Video games, unlike any other social or entertainment media, have the ability to break down the barriers that can inhibit tolerance and understanding. Celebrating differences is at the core of our culture and ensures we can create games for players of diverse backgrounds in the 190 countries our games are played.

As a member of the Fortune 500 and as a component company of the S&P 500, we have an extraordinary track record of delivering superior shareholder returns for over 30 years.

Our enduring franchises are some of the world's most popular, including Call of Duty®, Crash Bandicoot™, World of Warcraft®, Overwatch®, Hearthstone®, Diablo®, StarCraft®, Candy Crush™, Bubble Witch™, Pet Rescue™ and Farm Heroes™. Our sustained success has enabled the company to support corporate social responsibility initiatives that are directly tied to our franchises. As an example, our Call of Duty Endowment has helped find employment for over 90,000 veterans.

Learn more information about Activision Blizzard and how we connect and engage the world through epic entertainment on the company's website,

WWW.ACTIVISIONBLIZZARD.COM [HTTPS://CTS.BUSINESSWIRE.COM/CT/CT?

EXHIBIT 1
PAGE 14

ID=SMARTLINK&URL=HTTP%3A%2F%2FWWW.ACTIVISIONBLIZZARD.COM&ESHEET=52538242&NEWSITEMID=20211122006725&LAN=EN-US&ANCHOR=WWW.ACTIVISIONBLIZZARD.COM&INDEX=1&MD5=25F1A49AF38C7BC097837CFE5D87B05E).

## Cautionary Note Regarding Forward-Looking Statements

This press release may contain forward-looking statements within the meaning of The Private Securities Litigation Reform Act of 1995. We may, in some cases, use terms such as "predicts," "believes," "potential," "proposed," "continue," "estimates," "anticipates" "expects," "plans," "intends" "may," "could," "might," "will," "should" or other words that convey uncertainty of future events or outcomes to identify these forward-looking statements. Such statements are subject to numerous important factors, risks and uncertainties that may cause actual events or results to differ materially from the Company's current expectations. These and other risks are described in the Company's periodic reports, including the annual report on Form 10-K, quarterly reports on Form 10-Q and current reports on Form 8-K, filed with or furnished to the Securities and Exchange Commission and available at WWW.SEC.GOV (HTTPS://CTS.BUSINESSWIRE.COM/CT/CT?ID=SMARTLINK&URL=HTTP%3A%2F%2FWWW.SEC.GOV&ESHEET=52538242&NEWSITEMID=20211122006725&LAN=EN-US&ANCHOR=WWW.SEC.GOV&INDEX=2&MD5=004DADA39914F036E615019D74EC1F5D). Any forward-looking statements that the Company makes in this press release speak only as of the date of this press release. The Company assumes no obligation to update forward-looking statements whether as a result of new information, future events or otherwise, after the date of this press release.

View source version on BUSINESSWIRE.COM (HTTP://BUSINESSWIRE.COM): HTTPS://WWW.BUSINESSWIRE.COM/NEWS/HOME/20211122006725/EN/ (HTTPS://WWW.BUSINESSWIRE.COM/NEWS/HOME/20211122006725/EN/)

Investors and Analysts:
IR@ACTIVISIONBLIZZARD.COM (MAILTO:IR@ACTIVISIONBLIZZARD.COM)
or
Press:
PR@ACTIVISIONBLIZZARD.COM (MAILTO:PR@ACTIVISIONBLIZZARD.COM)

Source: Activision Blizzard, Inc.

EXHIBIT 1
PAGE 15

3/12/22, 3:45 PM    Activision Blizzard Board of Directors Continues to Build Upon Its Ongoing Oversight & New Workplace R…

Case 2:21-cv-07682-DSF-JEM   Document 70   Filed 03/14/22   Page 16 of 21   Page ID #:2507

CAREERS     LEGAL     TERMS OF
                                   USE              PRIVACY          COOKIE
                                                    POLICY           SETTINGS

## VISIT US

ACTIVISION.COM     BLIZZARD.COM     KING.COM

## CONNECT WITH US

SCROLL UP

## GET IN TOUCH WITH OUR TEAM!

CONTACT US

All Trademarks Referenced Herein Are The Properties Of Their
Respective Owners. © 2020 Blizzard Entertainment, Inc. © 2020
Activision Publishing, Inc. © 2020 King.Com Ltd. All Rights
Reserved.

FORTUNE And FORTUNE 100 Best Companies To Work For Are
Registered Trademarks Of Time Inc. And Are Used Under License.
From FORTUNE Magazine, February 14, 2019.  ©2019 Time Inc. Used
Under License. FORTUNE And Time Inc. Are Not Affiliated With And
Do Not Endorse Products And Services Of Activision Blizzard.

EXHIBIT 1
PAGE 16

# PRESS RELEASE DETAILS

# A LETTER FROM CHIEF OPERATING OFFICER DANIEL ALEGRE

EXHIBIT 1
PAGE 17

Case 2:21-cv-07682-DSF-JEM   Document 73   Filed 03/14/22   Page 18 of 21   Page ID #:2509

# REGARDING ACTIVISION BLIZZARD'S 2021 REPRESENTATION DATA

December 16, 2021 at 12:42 PM EST

 **DOWNLOAD PDF** [/NODE/34926/PDF]

SANTA MONICA, Calif.--(BUSINESS WIRE)--Dec. 16, 2021-- Activision Blizzard, Inc. (Nasdaq: ATVI) President and Chief Operating Officer Daniel Alegre today sent the following letter to employees showing the company's current data on global gender and US diverse representation, along with its commitments to continually improve these numbers over the next several years.

Dec. 16, 2021

Everyone,

While we still have a couple of weeks before the year's end, I wanted to reach out to thank you for your continued dedication to each other and to our players. While we have made great strides on a number of fronts this year, and in our games in particular, we hear you: there is undeniable frustration within the organization around our progress on, and responses to, workplace concerns.

Trust in leadership is critical, and I know that trust is earned through principled and committed action. Thanks to your input during listening sessions, all hands and many 1:1s held across the company, we have doubled our efforts to bring about significant changes, some completed and some still in flight. We created a space to continuously update you on our progress and to share new approaches where we will invest as part of the continuing dialogue we have, and want to continue, with you on workplace issues. While the initiatives may take time to be felt across the

EXHIBIT 1
PAGE 18

company, you will see additional important changes in the new year. Our (and my) commitment and resolve are unwavering.

One of the key areas of feedback has been the need to share more information openly as a company. I recognize that without being more transparent on important data it can make it harder to keep us accountable for progress where needed. That is not my intent, and this will change. As part of our resolve for greater transparency, we are sharing, for the first time, our current data on gender and diverse representation at ABK. As you will see by viewing the full data set, we are not sugar-coating the data or cherry-picking only those points where we excel. You can review the data sorted by full company, Corporate, Activision Publishing, Blizzard, and King HERE (HTTPS://CTS.BUSINESSWIRE.COM/CT/CT? ID=SMARTLINK&URL=HTTPS%3A%2F%2FWWW.ACTIVISION.COM%2FCDN%2FACTIVISIONBLIZZARD%2F2021REPRESENTATIONDATA.PDF&ESHEET US&ANCHOR=HERE&INDEX=1&MD5=11DB73063DD746A7C295D98EB984ACA3). We will share demographic updates on our progress quarterly and discuss with candor what we are learning and how we are responding. BU leaders are, or will be, sharing context with their respective teams, but here are two results from the full company data that stand out for me:

- Our employees who self-identify as women globally make up 24% of our overall workforce. That is identical to our peer gaming companies that publicly disclose this data. Within our business units, however, these numbers vary widely – with some exceeding this industry comparison and others behind. Importantly, women represented 29% of ABK hires and 26% of ABK attrition in 2021.
- In the U.S., 36% of employees identify as a member of an underrepresented ethnic group (UEG). This lags behind the data available from our peers (showing 40% representation).

While representation company-wide is similar to our peer gaming companies in the United States, this is wholly inadequate in my mind. We will do better. We have a lot of work to do as we build an organization where diversity is as much a core value as innovation.

A few weeks ago, we committed to increasing women and non-binary representation at ABK by 50% to account for more than one-third of our Company within the next five years. Leadership across the Company, myself

EXHIBIT 1
PAGE 19

3/12/22, 2:45 PM    Letter from Chief Operating Officer Daniel Alegre Regarding Activision Blizzard's Commitment to Inclusion Diversity Representation Data

Case 2:21-CV-07682-DSF-JEM   Document 73   Filed 03/14/22   Page 20 of 21   Page ID #:511

included, is accountable to make this happen. Candid, engaged, and respectful dialogue between diverse, welcoming and passionate employees is crucial to these important ambitions. Your input and participation in this process is invaluable.

As we begin 2022, we will focus on several key areas:

- **Hire or put in place additional DE&I leaders** at the ABK and division levels
- **Tie yearly diversity goals to** respective ABK and division Executive Leadership **performance goals**
- **Invest in learning and development curriculum** that fosters a culture of inclusion
- **Stand up manager and executive mentorship and sponsorship programs** aimed at unlocking upward mobility for UEGs and women
- **Continue evolving our talent and recruiting system**, including launching ABK Academy

Each business unit will also have their own specific initiatives that I will support or adopt globally where appropriate. As stewards of this company, we have an opportunity and a responsibility to dramatically reshape our workforce so it reflects and expands our diverse global player base and unlocks new ideas and approaches that keep us at the leading edge of interactive entertainment. This is but one of the transparent reports you will see from us, and we will be sharing greater details on pay equity and a progress update on compliance.

Warmest wishes to all for the rest of 2021, and a safe and joyous start to the new year. I look forward to continuing this journey with you.

Daniel

Cautionary Note Regarding Forward-Looking Statements
This press release may contain forward-looking statements within the meaning of The Private Securities Litigation Reform Act of 1995. We may, in some cases, use terms such as "predicts," "believes," "potential," "proposed," "continue," "estimates," "anticipates," "expects," "plans," "intends," "may," "could," "might," "will," "should" or other words that convey uncertainty of future events or outcomes to identify these forward-looking statements. Such statements are subject to numerous important

EXHIBIT 1
PAGE 20

factors, risks and uncertainties, that may cause actual events or results to differ materially from the Company's current expectations, including, but not limited to, whether the Company will be able to continually improve its global gender and US diverse representation numbers over the next several years. These and other risks are described in the Company's periodic reports, including the annual report on Form 10-K, quarterly reports on Form 10-Q and current reports on Form 8-K, filed with or furnished to the Securities and Exchange Commission and available at WWW.SEC.GOV (HTTPS://CTS.BUSINESSWIRE.COM/CT/CT?ID=SMARTLINK&URL=HTTP%3A%2F%2FWWW.SEC.GOV&ESHEET=52552423&NEWSITEMID=20211216005936&LAN=EN-US&ANCHOR=WWW.SEC.GOV&INDEX=2&MD5=6E293CB04A7EBF900B3E4CBC9370ED58). Any forward-looking statements that the Company makes in this press release speak only as of the date of this press release. The Company assumes no obligation to update forward-looking statements whether as a result of new information, future events or otherwise, after the date of this press release.

View source version on BUSINESSWIRE.COM (HTTP://BUSINESSWIRE.COM): HTTPS://WWW.BUSINESSWIRE.COM/NEWS/HOME/20211216005936/EN/ (HTTPS://WWW.BUSINESSWIRE.COM/NEWS/HOME/20211216005936/EN/)

Investors and Analysts:
IR@ACTIVISIONBLIZZARD.COM (MAILTO:IR@ACTIVISIONBLIZZARD.COM)
or
Press:
PR@ACTIVISIONBLIZZARD.COM (MAILTO:PR@ACTIVISIONBLIZZARD.COM)

Source: Activision Blizzard, Inc.