DAVID A. ROSENFELD, Bar No. 058163
MICHAELA POSNER, Bar No. 339648
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: courtnotices@unioncounsel.net
drosenfeld@unioncounsel.net
mposner@unioncounsel.net

Attorneys for Intervenor,
JESSICA GONZALEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., and KING.COM, INC., and DOES ONE through TEN, inclusive,<br><br>Defendants. | No. 2:21-cv-07682 SFJ-JEM<br><br>**DECLARATION OF DAVID A. ROSENFELD**<br><br>Date:     April 4, 2022<br>Time:    1:30 PM<br>Place:   Courtroom 7D<br>Judge:  Honorable Dale S. Fischer |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

DECLARATION OF DAVID A. ROSENFELD
Case No. 2:21-CV-07682 DSF-JEM

I, DAVID A. ROSENFELD, declare as follows:

1. I am a shareholder at Weinberg, Roger & Rosenfeld, a Professional Corporation ("WRR"), the law firm representing Jessica Gonzalez in her Motion to Intervene. I make these statements based on personal knowledge and would so testify if called as a witness

2. This Declaration is submitted in support of Jessica Gonzalez's Reply Memorandum in support of her Motion to Intervene.

3. I am a member in good standing of the bar of the State of California, as well as the U.S. District Court for the Central District of California.

4. Pursuant to Local Rule 7.3, the Parties and I met and conferred on February 23, 2022 to discuss the anticipated Motion to Intervene. Counsel for the EEOC stated their lawsuit only covers federal claims, and rejected my request to have clarifying language added to the Decree. When I asked whether the individual state law claims were going to be waived through these settlements, Defendants asserted it would be required, and Plaintiffs explained that even if state claims were exempted, there was a double recovery and claim preclusion issue. I explained that there would be no double recovery since Defendants would be entitled to an offset if the claims covered the same conduct and remedy.

5. At the time the Motion to Intervene was filed, Ms. Gonzalez's DFEH claim had been filed, but the DFEH had not yet issued the right-to-sue.

6. On about March 11, 2022, the DFEH issued a right-to-sue letter and provided a copy of the charge filed with the agency.

7. A true and accurate copy of the charge provided by the DFEH is attached as **Exhibit A**.

8. A true and accurate copy of the right-to-sue letter and accompanying documents issued by the DFEH is attached as **Exhibit B**.

I declare under penalty of perjury under the laws of the United States that the

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

2

DECLARATION OF DAVID A. ROSENFELD
Case No. 2:21-CV-07682 DSF-JEM

1  foregoing is true and correct.

2  Executed this 21st day of March 2022, at Emeryville, California.

_____
DAVID A. ROSENFELD

152496\1255180

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

3

DECLARATION OF DAVID A. ROSENFELD
Case No. 2:21-CV-07682 DSF-JEM