# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>　　Plaintiff,<br><br>　　　　　　v.<br><br>ACTIVISION BLIZZARD INC., et al.,<br>　　Defendants. | CV 21-7682 DSF (JEMx)<br><br>Order DENYING Motion to Intervene (Dkt. 69) |

 Jessica Gonzalez moves for leave to intervene "to object to the Proposed Amended Consent Decree (PACD) and to ask this Court to hold a fairness hearing." For the reasons stated in the Oppositions, the motion is denied.

 IT IS SO ORDERED.

Date: March 22, 2022

              _____
              Dale S. Fischer
              United States District Judge