# ATTACHMENT A

## (to [Proposed] Second Amended Consent Decree)

# ATTACHMENT A



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Los Angeles District Office**

255 E. Temple Street, 4th Floor
Los Angeles, CA  90012
Intake Information Group:  (800) 669-4000
Intake Information Group TTY:  (800) 669-6820
Los Angeles Direct Dial:  (213) 785-3090
FAX (213) 894-1118
Website:  www.eeoc.gov

## ATTENTION

### TO ALL INDIVIDUALS WHO ARE CURRENT OR FORMER EMPLOYEES OF ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., OR KING.COM, INC., OR ANY OF THEIR SUBSIDIARIES, ANYWHERE IN THE UNITED STATES AT ANYTIME BETWEEN SEPTEMBER 1, 2016 AND XXXX, 2022:

The U.S. Equal Employment Opportunity Commission ("EEOC"), a United States government agency charged with enforcing the federal laws against discrimination and harassment in employment, has entered into a settlement with Activision Blizzard, Inc., Blizzard Entertainment, Inc., Activision Publishing, Inc., and King.com, Inc., and their respective subsidiaries, with employees in the United States ("Activision Blizzard Entities"), which resolves the EEOC's Commissioner Charge, Charge Number 480-2018-05212, and *U.S. Equal Employment Opportunity Commission v. Activision Blizzard, Inc., et al*., Case. No. 2:21-CV-07682-DSF-JEM, pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e, *et. seq*. The EEOC's lawsuit alleged that Activision Blizzard Entities engaged in unlawful employment practices by subjecting certain employees to sexual harassment, pregnancy discrimination, or related retaliation in violation Title VII of the Civil Rights Act of 1964. The settlement is in the form of a Consent Decree that was approved on [EFFECTIVE DATE] by United States District Judge Dale S. Fischer.

As part of the settlement, the Consent Decree provides for comprehensive injunctive remedies that Activision Blizzard Entities will implement and a Settlement Fund in the amount of $18,000,000 to be distributed in amounts determined by the EEOC to "Eligible Claimants" who sign and return a Release of Claims.  In the Consent Decree, "Eligible Claimant" is defined as a Claimant who, in the EEOC's sole discretion, meets all of the following requirements:

(i)   The Claimant was employed by Activision Blizzard Entities at any time from September 1, 2016 to the Effective Date; and

(ii)  Based on the EEOC's assessment, the Claimant could assert a viable claim for sexual harassment, pregnancy discrimination, or related retaliation.

If you were employed by Activision Blizzard Entities in the United States at any time between September 1, 2016 and [EFFECTIVE DATE] and believe you were subjected to sexual harassment, pregnancy discrimination, or related retaliation during your employment, you may be eligible to receive money from the settlement.

If you are not a person who falls within this definition, you should disregard this notice.

The EEOC encourages anyone who believes they meet the above requirements to submit a "Claim Form" (attached) in this case.  Participation is completely voluntary and submitting a Claim Form does not obligate you to participate further.  If you wish to be considered for an offer of monetary relief in this case, you **must** submit the Claim Form as instructed below by the deadline of [DATE].  If you do not submit the enclosed Claim Form by the deadline, you may not be eligible to be considered for potential monetary relief from the Settlement Fund.  Please note, however, that returning your Claim Form does not guarantee that you will receive monetary relief from the Settlement Fund.

The deadline for submitting this Claim Form is [DATE]. Your Claim Form must be submitted online at www.ActivisionBlizzardConsentDecree.com or postmarked by [DATE] and mailed to:

EEOC v. Activision Claims Administrator
C/O [CLAIMS ADMINSTRATOR NAME]
CLAIMS ADMINISTRATOR ADDRESS
CITY, STATE ZIP CODE
Toll-Free:
Fax:
Website: www.ActivisionBlizzardConsentDecree.com
E-Mail: Info@ActivisionBlizzardConsentDecree.com

Please be advised that if you do not provide the information requested and return it to the Claims Administrator by the deadline, your claim may be rejected.

The EEOC will determine whether you are eligible and, if you are, what your allocation by the EEOC is in this case. The EEOC will make this determination based on consideration of the information you provide in your submitted Claim Form. The EEOC or the Claims Administrator may reach out to you by phone or email to ask questions and get further information from you if necessary. Participation in this settlement is completely voluntary.

If you are deemed eligible by the EEOC to receive monetary relief, you will receive a Notice of Eligibility and Claim Share Amount form ("Notice of Eligibility") that will include the amount the EEOC has determined should be your monetary relief.

You will also receive a Release of Claims form from the Claims Administrator which is a separate agreement between you and Activision Blizzard Entities. The EEOC is not a party to the release of claims. Prior to signing the Release of Claims, **you will have the opportunity to consult with an attorney of your choice or with an attorney selected from a list the EEOC has compiled of experienced attorneys who have confirmed they are willing to provide this consultation, to advise you on the Release of Claims.** Up to one hour of such consultation will be provided at no cost to you. You must return the Release of Claims form by the deadline listed in the Notice of Eligibility to receive the Claim Share Amount.

If you are deemed ineligible, you will receive a Notice of Ineligibility that will inform you of the basis for the determination.

You may have already filled out the EEOC's e-survey questionnaire during the investigation or been interviewed by the EEOC during its investigation. The EEOC thanks you for your participation and assistance in its investigation. Please note, however, you will still need to submit a Claim Form to be considered for monetary relief even if you have previously communicated with the EEOC about your potential claims.

Please take notice that if you are or were employed by Activision Blizzard, Inc., Activision Publishing, Inc., or Blizzard Entertainment, Inc. in California, the California Department of Fair Employment and Housing ("DFEH"), a California state agency, has filed a lawsuit unrelated to the EEOC's lawsuit in the Los Angeles Superior Court against Activision Blizzard, Inc., Activision Publishing, Inc., and Blizzard Entertainment, Inc. in *DFEH v. Activision Blizzard, Inc., et al.*, Case No. 21STCV26571. In that lawsuit, DFEH includes state law claims of sexual harassment, sex discrimination (including pay, promotion and termination/constructive discharge), retaliation, and failure to prevent harassment and discrimination. If you previously provided information to DFEH, that does not mean you have provided information to the EEOC. If you wish to be considered for monetary relief from the $18,000,000 Settlement Fund, **you must submit a Claim Form as instructed herein.** Again, the EEOC's settlement will compensate Eligible Claimants who experienced sexual harassment, pregnancy discrimination or related retaliation.

If you have any questions, please contact the Claims Administrator: by phone at [number], by email at Info@ActivisionBlizzardConsentDecree.com, or by facsimile at [fax no], or via mail at [address]. If you have questions, you can also contact the EEOC at 213-785-3080 Ext. ___ or ActivisionBlizzardSettlement@eeoc.gov. The EEOC is available to you to answer any questions you may have throughout the claims administration process.