# ATTACHMENT B

**(to [Proposed] Second Amended Consent Decree)**

# ATTACHMENT B

# EEOC v. Activision Claim Form

If you are or were employed in the United States by Activision Blizzard, Inc., Blizzard Entertainment, Inc., Activision Publishing, Inc., or King.com, Inc., or any of their subsidiaries with employees in the United States (collectively "Activision Blizzard Entities") and believe you were subject to sexual harassment, pregnancy discrimination, or related retaliation between September 1, 2016 and [EFFECTIVE DATE], you may be eligible to receive money from the U.S. Equal Employment Opportunity's ("EEOC" or "Commission") settlement if the EEOC determines you were a victim of sexual harassment, pregnancy discrimination, or related retaliation in violation of Title VII of the Civil Rights Act of 1964 during your employment with Activision Blizzard Entities.

To be considered for inclusion in the settlement, you must complete and return this Claim Form by [DATE] to the Claims Administrator. The EEOC will use this information to determine whether you are eligible for money from the settlement and, if so, how much. We may contact you to gather additional information when determining your eligibility to receive money from the settlement. Once the EEOC makes a determination, the EEOC will communicate with you about whether you are eligible and, if you are, what additional steps will be required in order to obtain any monetary relief. Please be sure to keep the EEOC informed about any change in your contact information; if the EEOC is unable to reach you, it may affect your ability to recover any money you are deemed eligible to receive.

First Name:_____   Last Name: _____

Date of Birth (MM/DD/YYYY): _____

SSN: _____-_____-_____

Street Address: _____

City, State, Zip Code: _____

Cell Phone: _____

City: _____

Home Phone: _____

Email Address: _____

1

1. Provide the start and end date of your employment with Activision Blizzard Entities.

   Start Date:_____  End Date: _____ or ❑ PRESENT

   Start Date:_____  End Date: _____

   Start Date:_____  End Date: _____

2. With which of the following Activision Blizzard Entities were you or are you employed since September 1, 2016? Check all that apply.

   ❑ Activision Blizzard, Inc.

   ❑ Activision Publishing

   ❑ Blizzard Entertainment

   ❑ King Digital Entertainment

   ❑ Other: _____

3. From September 1, 2016 forward, provide each job title you held, each Activision Blizzard Entity that employed you, location(s), dates you held each position, and the name and title of your direct supervisor, starting with the most recent.

| Position Title | Activision Blizzard Entity | Location | Dates in Position | Name and Title of Direct Supervisor |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

2

4. At any time on or after September 1, 2016, did you personally experience and/or witness any of the following behaviors by any Activision Blizzard Entities employee while you were employed by Activision Blizzard Entities either within or outside of your workplace or at a work-related event (e.g., conference or work-related social activities)? Read the list of behaviors below and select the response options that best describe what you experienced and/or witnessed during your employment at Activision Blizzard Entities. Select all that apply.

   ❑ Unwanted or unwelcome suggestive stories, crude sexual remarks, sex-based comments or sex-based offensive remarks or displayed visual materials offensive to a particular sex.

   ❑ Unwanted or unwelcome sexual attention including, but not limited to, attempts to discuss sex, staring or leering, attempts to establish a sexual relationship, or repeated requests for drinks or dinner despite rejection.

   ❑ Unwanted or unwelcome touching, including attempts to touch or other physical contact, including sexual intercourse.

   ❑ Pressure to engage in sexual behavior, threats for not cooperating sexually, fear of poor treatment absent sexual cooperation, or consequences for refusing sexual attention or attempts.

   ❑ Other unwanted or unwelcome behavior due to sex: _____
   _____
   _____

5. Were any of the actions you experienced or witnessed in Question #4 by:

   ❑ A manager or supervisor?

   ❑ A non-management/non-supervisory employee?

   ❑ Both a manager/supervisor and a non-management/non-supervisory employee?

   If you marked any of the options in Question #4, for each incident, describe what type of unwanted or unwelcome behavior you experienced and, if you know, the

3

frequency of the incidents and any dates you can recall, and the identity of the alleged harasser(s) and their job title(s). If you experienced more than three separate incidents, please provide the same information for the additional incidents on Attachment A, which provides additional pages.

**Incident #1:**
- Description of the behavior: _____
  _____
  _____
  _____
  _____

- Frequency of the behavior: _____
  _____

- Dates: _____
- Identity and job titles of the alleged harasser(s): _____
  _____

- Any additional information you wish to provide about this incident: __
  _____
  _____
  _____
  _____

**Incident #2:**
- Description of the behavior: _____
  _____
  _____
  _____
  _____

- Frequency of the behavior: _____
  _____

- Dates: _____
- Identity and job titles of the alleged harasser(s): _____
  _____

- Any additional information you wish to provide about this incident: __
  _____
  _____
  _____

4

      **Incident #3:**
- Description of the behavior: _____
  _____
  _____
  _____
- Frequency of the behavior: _____
  _____
- Dates: _____
- Identity and job titles of the alleged harasser(s): _____
  _____
- Any additional information you wish to provide about this incident: __
  _____
  _____
  _____
  _____

6. Did you complain about the incidents you described in Question #6 to anyone in the company? (If you answer "no" to this question, please skip to Question #16).

   ❑ Yes

   ❑ No

7. If you answered "yes" to Question #7, which incidents that you described in Question #6 did you complain about? Describe the first complaint you made including whether the complaint was in writing or verbal, who the complaint was made to, when you made the complaint, the conduct or incident(s) that you complained about, and the response to your complaint, if any. Describe any subsequent complaints in Attachment A, which provides additional pages.

   _____
   _____
   _____
   _____

8. Was the person you complained to a supervisor or manager?

   ❑ Yes

   ❑ No

9. Did you complain to someone in Human Resources (HR)?

   ❑ Yes

   ❑ No

10. Provide the name of the person or people you complained to, if you can remember.

    Full Name: _____ Job Title: _____

    Full Name: _____ Job Title: _____

    Full Name: _____ Job Title: _____

11. When did you complain? Be as specific as you can.

    Date: _____

12. Did the objectionable or offensive behavior change after you complained?

    ❑ Yes, the behavior stopped.

    ❑ No, there was no difference in behavior.

    ❑ Yes, the behavior improved (for example, became less frequent or less offensive).

    ❑ The behavior improved for a period of time, but then returned.

      ❑    The behavior worsened (for example, became more frequent or more offensive).

13. What actions were taken by Activision Blizzard Entities as a result of your complaint? Select all that apply.

    - ❑ My complaint was addressed to my satisfaction
    - ❑ The rules on harassment were explained to everyone
    - ❑ Someone talked to the offender(s) to ask them to change their behavior
    - ❑ The offender(s) was/were moved or reassigned to limit contact with me
    - ❑ My workstation, schedule, duties were changed to limit contact with the offender(s)
    - ❑ The offender(s) was/were terminated
    - ❑ I do not know what happened
    - ❑ The person I told took no action
    - ❑ The offender(s) took action against me for complaining (for example, they threatened you)
    - ❑ I was encouraged to drop the issue
    - ❑ I was penalized for bringing it up (for example: loss of privileges, denied opportunities/training, assigned less favorable job/project, excluded from meetings or social activities, more closely scrutinized, moved or reassigned, issued discipline)
    - ❑ Other: _____

14. If there is anything else you would like to share about what happened following your complaint(s), describe in the space below.

    _____
    _____
    _____
    _____

15. If you answered "no" to Question #7, why did you decide not to complain? Select all that apply.

❏ Did not think it was serious enough

❏ Other actions resolved the situation satisfactorily

❏ Thought it would make my work situation unpleasant

❏ Did not think anything would be done

❏ Thought the situation would not be kept confidential

❏ Did not want to hurt the person who had bothered me

❏ Thought it would adversely affect my career

❏ Was too embarrassed

❏ Thought I would be blamed

❏ Did not think I would be believed

❏ Supervisor was not supportive

❏ Did not know what actions to take or how to take them

❏ Would take too much time or effort

❏ Someone else complained about the same issue

❏ Other:_____

**PREGNANCY DISCRIMINATION:**

16. Were you ever pregnant during your employment with Activision Blizzard Entities between September 1, 2016 and present? If your answer is no, please skip to Question #29.

    ❑ Yes

    ❑ No

17. Do you believe you experienced pregnancy discrimination or unfair treatment because you were pregnant? Pregnancy discrimination could be adverse actions that Activision Blizzard Entities would not have taken against you if you were not pregnant including, but not limited to, demotion, denial of employment opportunities comments regarding pregnancy that indicated an unfavorable view of pregnant people in the workplace, negative changes in your working conditions, refusal to accommodate pregnancy or pregnancy related conditions, obstacles to taking or returning from parental leave, obstacles to accommodations you may have required upon returning from parental leave (such as lactation facilities), termination, or a feeling you had to resign because of your pregnancy.

    ❑ Yes

    ❑ No

18. Describe the discrimination or unfair treatment you believe you experienced because of your pregnancy.

    _____
    _____
    _____
    _____
    _____
    _____

19. Did you complain about the pregnancy discrimination you believe you experienced to anyone at Activision Blizzard Entities?

    ❑ Yes

  ❑ No

20. If no, why did you decide not to complain? Select all that apply.

  ❑ Did not think it was serious enough

  ❑ Other actions resolved the situation satisfactorily

  ❑ Thought it would make my work situation unpleasant

  ❑ Did not think anything would be done

  ❑ Thought the situation would not be kept confidential

  ❑ Did not want to hurt the person who had bothered me

  ❑ Thought it would adversely affect my career

  ❑ Was too embarrassed

  ❑ Thought I would be blamed

  ❑ Did not think I would be believed

  ❑ Supervisor was not supportive

  ❑ Did not know what actions to take or how to take them

  ❑ Would take too much time or effort

  ❑ Someone else complained about the same issue

  ❑ Other: _____

21. If your answer to question #17 was "yes," was the person you complained to a supervisor or manager?

  ❑ Yes

  ❑ No

22. Did you complain to someone in Human Resources (HR)?

  ❑ Yes

  ❑ No

23. Provide the name of the person or people you complained to, if you can remember.

Full Name: _____ Job Title: _____
Full Name: _____ Job Title: _____
Full Name: _____ Job Title: _____

24. When did you complain? Be as specific as you can. _____

25. Did the objectionable or offensive behavior related to your pregnancy change after you complained?

  ❑ The behavior stopped.

  ❑ There was no difference in behavior.

  ❑ The behavior improved (for example, became less frequent or less offensive).

  ❑ The behavior improved for a period of time, but then returned.

  ❑ The behavior worsened (for example, became more frequent or more offensive).

26. What actions were taken by Activision Blizzard Entities as a result of your complaint? Select all that apply.

- ❑ My complaint was addressed to my satisfaction
- ❑ Someone talked to the offender(s) to ask them to change their behavior
- ❑ The offender(s) was/were moved or reassigned to limit contact with me
- ❑ My workstation, schedule, duties were changed to limit contact with the offender(s)
- ❑ My workstation, schedule, duties were changed to correct the discriminatory behavior
- ❑ The offender(s) was/were terminated
- ❑ I do not know what happened
- ❑ The person I told took no action
- ❑ The offender(s) took action against me for complaining (for example, they threatened you)
- ❑ I was encouraged to drop the issue
- ❑ I was penalized for bringing it up (for example: loss of privileges, denied opportunities/training, assigned less favorable job/project, excluded from meetings or social activities, more closely scrutinized, moved or reassigned, issued discipline)
- ❑ Other: _____

27. If there is anything else you would like to share about what happened following your complaint of pregnancy discrimination, describe in the space below.

_____
_____
_____
_____

<u>If you complained more times regarding pregnancy discrimination than there was room to discuss on this form, please use Attachment A to provide additional details about subsequent complaints.</u>

**RETALIATION**

28. Do you believe you were retaliated against because you complained about sexual harassment or pregnancy discrimination? Examples of retaliation are unfair write-

12

ups, unfair scrutiny, unfair discipline, demotions, denied employment opportunities, termination, or feeling forced to resign.

- ❑ Yes

- ❑ No

29. If you answered yes, describe the retaliation you experienced and, if you know, why you believe it was related to sexual harassment, pregnancy, and/or your complaints about sexual harassment or pregnancy discrimination.

_____
_____
_____
_____

## **DAMAGES**

30. If you are no longer employed by Activision Blizzard Entities, select the reason for the end of your employment:

    - ❑ Resignation

    - ❑ Mutual Agreement

    - ❑ Forced Resignation

    - ❑ Involuntary Termination

    - ❑ End of Contract/End of Assignment

    - ❑ Other _____

31. Do you believe that the end of your employment was related to sexual harassment, pregnancy discrimination, or related retaliation you experienced?

    - ❑ Yes

❑   No

32.  If you answered yes to Question #32, describe how you believe the end of your employment was related to the sexual harassment, pregnancy discrimination, or related retaliation you experienced.

_____
_____
_____
_____

33.  If you resigned, was your resignation caused by sexual harassment, pregnancy discrimination or related retaliation?

❑   Yes

❑   No

34.  If you answered :yes" to question #33, please describe how you believe your resignation was caused by sexual harassment, pregnancy discrimination or related retaliation in the space below.

_____
_____
_____
_____

35.  If you were involuntarily terminated and answered "yes" to Question #32, do you believe the involuntary termination should be reclassified as a voluntary resignation?

❑   Yes

❑   No

36.  If the EEOC sought to have your involuntary termination reclassified as a resignation, would you be interested in this reclassification?

❑   Yes

14

Case 2:21-cv-07682-DSF-JEM Document 78-3 Filed 03/25/22 Page 16 of 17 Page ID #:2722

❑  No

37. As a result of the sexual harassment, pregnancy discrimination, or related retaliation, did you experience any negative emotions such as anger, embarrassment, sadness, stress, confusion?

   ❑  Yes

   ❑  No

38. If you answered yes to Question #37, describe the negative emotions you experienced and how they affected you.

   _____
   _____
   _____

39. As a result of the sexual harassment, pregnancy discrimination, or related retaliation you experienced, did you lose pay? For example, you may have lost pay if you were demoted to a lesser paying position, if your contract was canceled or not renewed, or if you were terminated or forced to resign.

   ❑  Yes

   ❑  No

40. What was or is your most recent pay during your employment with Activision Blizzard Entities? If you were paid a salary, provide your annual salary. If you were paid hourly, provide your hourly rate and the number of hours you worked per week and how many weeks per year you were paid to work. The EEOC may ask you to provide documentation to show your pay and losses.

   _____
   _____
   _____

**Removal of Personnel Documents**

As part of the agreement with Activision Blizzard Entities, Activision Blizzard Entities will remove from an Eligible Claimant's personnel records any references to the allegations related to sexual harassment, pregnancy discrimination, or related retaliation. This is intended to protect Eligible Claimants from retaliation, including retaliation for engaging in protected activity by complaining about sexual harassment, pregnancy discrimination, and/or related retaliation, for cooperating with the EEOC's investigation or making a claim. If you answer yes to the following question, EEOC will request your personnel file from Activision Blizzard Entities for review. EEOC will consult with you prior to instructing Activision Blizzard Entities to remove any documents.

41. Do you believe there may be any documents in your personnel records that you believe constitute unfair discipline, reprimand, counseling, termination, or other write-ups that you believe were made against you because you were sexually harassed, discriminated against on the basis of your pregnancy, or retaliated against for complaints of sexual harassment or pregnancy discrimination?

    ❑   Yes

    ❑   No

42. If you are aware of specific documents that exist in reference to Question #41 that you believe should be removed from your personnel file, provide a description of those documents below.

    _____
    _____
    _____
    _____

43. Is there any other information you wish to share that the EEOC should be aware of to support any of the claims herein?

    _____
    _____
    _____
    _____