UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

MAR 28 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | No.    22-55060 |
| Plaintiff-Appellee, | D.C. No.<br>2:21-cv-07682-DSF-JEM<br>Central District of California,<br>Los Angeles |
| v. | |
| ACTIVISION BLIZZARD, INC.; et al., | ORDER |
| Defendants-Appellees, | |
| v. | |
| CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, Proposed Intervenor, | |
| Movant-Appellant. | |

Before:  FRIEDLAND and BADE, Circuit Judges.

The emergency stay motion (Docket Entry No. 10) is denied.  *See Nken v. Holder*, 556 U.S. 418, 426 (2009).

The previously established briefing schedule remains in effect.