Anna Y. Park, SBN 164242
anna.park@eeoc.gov
Nakkisa Akhavan, SBN 286260
nakkisa.akhavan@eeoc.gov
Taylor Markey, SBN 319557
taylor.markey@eeoc.gov
Maurice Neishlos, NY SBN 5639265
maurice.neishlos@eeoc.gov
Alisha Ansari, SBN 312875
alisha.ansari@eeoc.gov
Ella Hushagen, SBN 297990
ella.hushagen@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 422-8396
Facsimile: (213) 894-1301
E Mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., and KING.COM, INC., and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-07682-DSF-JEM<br><br>**NOTICE OF JOINT SUBMISSION OF FINAL DOCUMENTS** |

ELENA R. BACA (SB# 160564)
elenabaca@paulhastings.com
FELICIA A. DAVIS (SB# 266523)
feliciadavis@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

RYAN D. DERRY (SB# 244337)
ryanderry@paulhastings.com
PAUL HASTINGS LLP
101 California Street
Forty-Eighth Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendants
ACTIVISION BLIZZARD, INC.,
BLIZZARD ENTERTAINMENT, INC.,
ACTIVISION PUBLISHING, INC., AND
KING.COM, INC.

TO THE HONORABLE DISTRICT COURT JUDGE:

Pursuant to the Court's request at the hearing on March 29, 2022, Plaintiff Equal Employment Opportunity Commission ("EEOC" or "Commission") and Defendants Activision Blizzard, Inc., Blizzard Entertainment, Inc., Activision Publishing, Inc., and King.Com, Inc. ("Defendants" or "Activision Blizzard Entities") (collectively, the "Parties") file this Notice of Joint Submission of Final Documents, with the following documents attached:

1. **[Proposed] Second Amended Consent Decree**
   - The Parties reviewed the [Proposed] Second Amended Consent Decree, and confirmed that the word "advance" is singular in the Order. Therefore, the Parties submit the [Proposed] Second Amended Consent Decree that was attached as Exhibit 1 to the Notice of Lodging of [Proposed] Second Amended Consent Decree, filed on March 25, 2022.

2. **Attachment A to [Proposed] Second Amended Consent Decree – Class Notice**
   The Parties made the following changes to the Class Notice, Attachment A:
   - On page 1, the Parties added the Effective Date (March 29, 2022);
   - On pages 2 and 3, the Parties added contact information for the Claims Administrator; and
   - On page 3, the Parties added and corrected the EEOC's contact information.

3. **Attachment B to [Proposed] Second Amended Consent Decree – Claim Form**
   The Parties made the following changes to the Claim Form, Attachment B:
   - On page 1, the Parties added the Effective Date (March 29, 2022);
   - On page 2, the Parties changed the reference in Question 2 from King Digital Entertainment to King.com, Inc.; and
   - On page 3, the Parties changed the answer option to Question 4 from "Other unwanted or unwelcome behavior due to sex" to "Other unwanted or unwelcome behavior due to the person's sex."

///

**4. Attachment C to [Proposed] Second Amended Consent Decree – Release**

- The Parties made no changes to the Release, Attachment C. Therefore, the Parties submit the same document previously filed on March 25, 2022.

Respectfully submitted,

Dated: March 29, 2022

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: */s/ Taylor Markey*
TAYLOR MARKEY
Attorneys for Plaintiff

Dated: March 29, 2022

PAUL HASTINGS LLP

By: */s/ Elena Baca*
ELENA R. BACA
Attorneys for Defendants