UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 21-07682-DSF (JEMx) | Date | March 29, 2022 |
| Title | U.S. Equal Employment Opportunity Commission v. Activision Blizzard, Inc., et al. | | |

Present: The Honorable  DALE S. FISCHER, United States District Judge

| V.R. Vallery for Renee Fisher | Pat Cuneo |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Anna Y. Park<br>Taylor M. Markey | Elena R. Baca<br>Felicia Davis |

**Proceedings:**   HEARING ON CONSENT DECREE

   The matter is called and counsel state their appearances.  Also present is Jahan C. Sagafi, counsel for California Department of Fair Employment and Housing.  The Court and counsel confer as stated on the record.  The Court will approve the Consent Decree as amended.  The California Department of Fair Employment and Housing's request to stay entry of the Consent Decree is DENIED.