DAVID A. ROSENFELD, Bar No. 058163
MICHAELA POSNER, Bar No. 339648
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: courtnotices@unioncounsel.net
drosenfeld@unioncounsel.net
mposner@unioncousnel.net

Attorneys for Apellant,
JESSICA GONZALEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., and KING.COM, INC., and DOES ONE through TEN, inclusive, <br><br> Defendants. | No. 2:21-CV-07682 DSF-JEM <br><br> **NOTICE OF APPEAL OF JESSICA GONZALEZ** |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

1    NOTICE IS HEREBY GIVEN that Jessica Gonzalez appeals to the United

2   States Court of Appeals for the Ninth Circuit from the Judgment of the Court

3   entered on March 29, 2022 (Dkt. #81) and from all orders contained therein,

4   including the Order Denying the Motion to Intervene by Appellant Jessica

5   Gonzalez (Dkt. # 75) entered on March 22, 2022.

6    A copy of said judgment and order are attached hereto.

7   Dated:  May 23, 2022                          Respectfully submitted,

8                                                 WEINBERG, ROGER & ROSENFELD
                                                  A Professional Corporation
9

10                                                /s/ DAVID A. ROSENFELD
                                      By:             DAVID A. ROSENFELD
11                                                    MICHAELA POSNER

12                                                Attorneys for Appellant,
                                                  JESSICA GONZALEZ
13

14   152496\1261569

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

NOTICE OF APPEAL OF JESSICA GONZALEZ
CASE NO. 2:21-CV-07682 DSF-JEM

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and resident of the State of California.  I am employed in the County of Alameda, State of California, in the office of a member of the bar of this Court, at whose direction the service was made.  I am over the age of eighteen years and not a party to the within action.

I hereby certify that on May 23, 2022, I electronically filed the foregoing **NOTICE OF APPEAL OF JESSICA GONZALEZ** with the United States District Court for the Central District of California, by using the Court's CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Notice of Electronic Filing through the Court's CM/ECF system.

I further certify that for any participants in the case who are not registered CM/ECF users service will be accomplished pursuant to F.R.Civ.P. 5 and L.R. 5-3.1.2.

I certify under penalty of perjury that the above is true and correct.

Executed at Emeryville, California, on May 23, 2022, at Emeryville, California.

_____
Rhonda Fortier-Bourne

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

CERTIFICATE OF SERVICE
Case No. 2:21-CV-07682 DSF-JEM