# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br>     Plaintiff, <br><br> v. <br><br> ACTIVISION BLIZZARD, INC., et al., <br>     Defendants. | CV 21-7682 DSF (JEMx) <br><br> Order DENYING Motion to Intervene for Purposes of Appeal (Dkt. 83)[1] |

    The California Department of Fair Housing and Employment (DFEH) has moved to intervene in this case for the purposes of appeal. The Court previously denied DFEH's motion to intervene in the case for broader purposes.

    DFEH does not argue that the standard for intervention on appeal is different from the standard for intervention prior to judgment or that DFEH somehow has a greater interest in the case on appeal for Rule 24 purposes than it had prior to judgment. Therefore, the Court sees the present motion as essentially one for reconsideration of the Court's prior denial of intervention.

    DFEH argues that it should be allowed to intervene on appeal because the EEOC "lacks authority over the claims in the case," "failed to comply with mandatory presuit conditions" under the Civil Rights Act, and "failed to defer to DFEH's statutory right[s]" under California

---

[1] The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15.

law. Mem. at 1. To the degree that these arguments are restatements of prior arguments, they are not grounds for reconsideration. L.R. 7-18. To the degree that they are new arguments, there is no apparent reason why they could not have been raised in the prior motion to intervene and, therefore, they also do not provide grounds for reconsideration. Id.

DFEH once again requests that the Court stay this action, but there are no grounds for revisiting the Court's previous denials of a stay.

The motion to intervene is DENIED.

IT IS SO ORDERED.

Date: June 3, 2022

*Dale S. Fischer*

Dale S. Fischer
United States District Judge