UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 23 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | No. 22-55060<br>22-55587 |
| Plaintiff-Appellee, | D.C. No. 2:21-cv-07682-DSF-JEM<br>Central District of California,<br>Los Angeles |
| v. | |
| ACTIVISION BLIZZARD, INC.; et al., | ORDER |
| Defendants-Appellees, | |
| v. | |
| CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, Proposed Intervenor, | |
| Movant-Appellant, | |
| JESSICA GONZALEZ, | |
| Intervenor-Pending. | |

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | No. 22-55515 |
| Plaintiff-Appellee, | D.C. No. 2:21-cv-07682-DSF-JEM |
| v. | |
| ACTIVISION BLIZZARD, INC.; et al., | |
| Defendants-Appellees, | |

LCC/MOATT

v.

JESSICA GONZALEZ, Proposed Intervenor,

        Movant-Appellant.

Before: BRESS and VANDYKE, Circuit Judges.

    The motion to consolidate appeal No. 22-55515 with previously consolidated appeals Nos. 22-55060 and 22-55587 (Docket Entry No. 7 in 22-55515) is denied.

    The motions to intervene in appeals Nos. 22-55060 and 22-55587 for the purpose of seeking consolidation (Docket Entry No. 43 in 22-55060; Docket Entry No. 15 in 22-55587) are denied as moot.

    The motions to take judicial notice (Docket Entry Nos. 26 and 49 in 22-55060; Docket Entry No. 21 in 22-55587) are referred to the panel assigned to decide the merits of the appeals.

    The established briefing schedules for these appeals remain in effect.