ELENA R. BACA (SB# 160564)
elenabaca@paulhastings.com
FELICIA A. DAVIS (SB# 266523)
feliciadavis@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone: 1(213) 683-6000
Facsimile: 1(213) 627-0705

RYAN D. DERRY (SB# 244337)
PAUL HASTINGS LLP
ryanderry@paulhastings.com
101 California Street
Forty-Eighth Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendants
ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., and KING.COM, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ACTIVISION BLIZZARD, INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC., and KING.COM, INC., and DOES ONE through TEN, inclusive,<br><br>Defendants. | CASE NO. 2:21-CV-07682 DSF-JEM<br><br>**[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE RELATED TO ACTIVISION BLIZZARD'S MOTION FOR OSC RE: CONTEMPT AND SANCTIONS (DKT. NO. 108)** |

Having considered the Parties' stipulation and proposed briefing schedule regarding Activision Blizzard's motion for an order to show cause why (1) CRD should not be held in contempt of Court for violating the Consent Decree signed by this Court on March 29, 2022, and (2) sanctions should not be imposed for CRD's noncompliance (Dkt. No. 108) (the "Motion") the Court hereby orders the following briefing schedule:

- CRD to file and serve any opposition on or before April 12, 2023; and
- Activision Blizzard to file and serve any reply on or before April 28, 2023.

**IT IS SO ORDERED.**

DATED: _____, 2023

HON. DALE S. FISCHER
DISTRICT COURT JUDGE