Jahan C. Sagafi (SBN 224887)
jsagafi@outtengolden.com
Outten & Golden LLP
One California Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810

*Attorney for Proposed Intervenor,
California Civil Rights Department*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD INC., BLIZZARD ENTERTAINMENT, INC., ACTIVISION PUBLISHING, INC. KING.COM, INC., and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. 2:21-CV-07682 DSF-JEM<br><br>**DECLARATON OF JAHAN C. SAGAFI IN SUPPORT OF CALIFORNIA CIVIL RIGHTS DEPARTMENT'S OPPOSITIION TO DEFENDANT'S MOTION FOR ORDER TO SHOW CAUSE REGARDING CONTEMPT AND SANCTIONS, AND SEEKING FURTHER DISCOVERY**<br><br>Date: May 23, 2023<br>Time: 1:30 pm<br>Judge: Hon. Dale S. Fischer |

I, Jahan C. Sagafi, declare:

1. I am a member in good standing of the bar of the State of California, as well as the U.S. District Court for the Central District of California, and I am a partner at Outten & Golden LLP ("O&G"), the law firm representing the California Civil Rights Department ("CRD") in its Opposition to Defendant's Motion for Order to Show Cause Regarding Contempt and Sanctions, and Seeking Further Discovery. I make these statements based on personal knowledge and would so testify if called as a witness.

2. This Declaration is submitted in support of CRD's Opposition to Defendant's Motion for Order to Show Cause Regarding Contempt and Sanctions, and Seeking Further Discovery.

**CRD's Communications About the State Action**

3. In CRD's state court litigation against Activision, *Dep't. Fair Empl. & Hous. v. Activision Blizzard, Inc. et al.*, Case No. 21STCV26571 (Los Angeles Sup. Ct.) (the "State Action"), CRD continues to gather additional relevant evidence, while also taking modest steps to inform victims and the public of the status of the State Action.

4. As part of this process, CRD has interviewed female Activision employees regarding their experiences of discrimination and harassment at Activision. CRD also recently held a virtual meeting by Zoom to inform victims about progress in the State Action.

5. CRD has also posted a two-page document addressing frequently asked questions ("FAQs") regarding the State Action on CRD's public website.

**Discovery in the State Action**

6. CRD and Activision are currently engaged in discovery in the State Action.

7. For example, CRD has sought information about individual releases of claims pursuant to the Consent Decree entered in this action, ECF No. 82, that

1

JAHAN C. SAGAFI DECL. ISO CALIFORNIA CRD'S OPPOSITION TO DEFENDANT'S MOTION FOR ORDER TO SHOW CAUSE REGARDING CONTEMPT AND SANCTIONS, AND SEEKING FURTHER DISCOVERY NO. 21-CV-07682-DSF-JEM

might support Activision's affirmative defenses, including a list of releasing claimants.

8. Activision has, to date, refused to provide this information, and has not provided it with its Motion. Thus, there is no evidence in the record that any individual has signed a release.

9. Activision is also pursuing discovery in the State Action. For example, Activision has requested that CRD provide information about the women on whose behalf CRD is litigating in the State Action, and CRD's communications with releasing claimants. It is difficult for CRD to respond to this request, in part because Activision has yet to reveal who the releasing claimants are.

10. These issues are the subject of ongoing motion practice and negotiations in the State Action.

11. Throughout the meet and confer process leading to Activision's filing this motion, CRD repeatedly requested that Activision provide evidence of problematic statements. CRD asked on February 24, March 2, March 6, and March 17 for Activision to identify the specific statements CRD had made that were false or misleading. Activision could only point to one, though it could not identify any aspect of the statement that was actually false or misleading.

**Exhibits**

12. Attached to this Declaration as **Exhibit A** is a true and correct copy of Activision's First Amended Answer to CRD's First Amended Complaint.

13. Attached to this Declaration as **Exhibit B** is a true and correct copy of email correspondence between myself and Activision's counsel, Eric Distelburger, encompassing my email requests of February 24, March 2, March 6, and March 17 and Mr. Distelburger's responses.

\* \* \*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 12, 2023, in Oakland, California.

                                     */s/ Jahan C. Sagafi*
                                     Jahan C. Sagafi

3

JAHAN C. SAGAFI DECL. ISO CALIFORNIA CRD'S OPPOSITION TO DEFENDANT'S MOTION FOR ORDER TO SHOW CAUSE REGARDING CONTEMPT AND SANCTIONS, AND SEEKING FURTHER DISCOVERY NO. 21-CV-07682-DSF-JEM